IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Charles Hicks #246241 )
_____ )
Full name and prison number )
of plaintiff(s) )
 )
v. )      CIVIL ACTION NO. 2:07 cv 668 - WHA
The Prison Health Services )   (To be supplied by Clerk of
416 Mary Lindsay Pl. Ste 515 )   U.S. District Court)
Franklin, Tenn; Staton Correctional )
Warden Leon Furniss )
Dr. Paul Corbier )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES (✓) NO ( )

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES (✓) NO ( )

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:
            Plaintiff(s) Charles Hicks #246241

            Defendant(s) Alabama Dept. of Corrections
            and The Prison Health Services.

        2.  Court (if federal court, name the district; if state court, name the county) Alabama, District Middle Court, Montgomery County.

3. Docket number _N/A_

4. Name of judge to whom case was assigned _Judge Charles Coody, Jr._

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Still pending._

6. Approximate date of filing lawsuit _Oct of 2006._

7. Approximate date of disposition _Oct of 2006._

II. PLACE OF PRESENT CONFINEMENT _Alexander City Community Base, P.O. Drawer 160, Alexander City, AL 35011_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Staton Correctional Facility, P.O. Box 56, Elmore, Alabama 36025_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                   ADDRESS

1. _The Prison Health Services, 416 Mary Lindsay Pl. Franklin, Te_
2. _Staton Correctional Facility, P.O. Box 56, Elmore, AL 36025_
3. _Warden Leon Furniss, P.O. Box 56, Elmore, AL 36025_
4. _Dr. Paul Corbier, P.O. Box 56, Elmore, AL 36025_
5. 
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _July 12th, 2007._

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _I was in danger of losing my left leg that has alot of fluid in it because they would not provided me with the proper medical treatments that i need. And they also violated my constitutional Rights from not sending me to an outside Hospital too get help for my leg and blockage that is in my main artery at all. And also for the cruel and unusual punishment for treating me about my health problems._

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On July 12, 2007, I met with The Prison Health Services members at Staton Correctional and I told them about my health problems. I told them that I wanted another doctor's opinion but they told no. They will not send me too an outside Hospital.

GROUND TWO: Suing because of cruel and unusual Prunishment and violation of my Constitutional Rights.

SUPPORTING FACTS: They violated my Constitutional Rights by not giving me adequate treatments about my health problems at all. They are not very professional at all to anyother inmates also that has health problems.

GROUND THREE: Suing for money for pain and suffering.

SUPPORTING FACTS: The reason why is because my left leg is always hurting me so bad because it has alot of fluid in it from the bottom of my foot toa the upper part of my thigh. It hurts so bad that i am walking on a walking cane all of the time too try to keep presure off of it. they won't do anything for me at all.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

To make them pay me money for all the suffering and pain and also to get me too an Outside Hospital so I can get help for it. I am suing for $2 Million Dollars for suffering and pain. And for my freedom.

Charles Hicks #246241
_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on July 18, 2007.
             (Date)

Charles Hicks #246241
_____
Signature of plaintiff(s)

4

Charles Hicks 246841 J.A
Alexander City Community Base
P.O. Drawer 160
Alexander City, AL 35011



Legal Mail

To The Office of the Clerk
United States Middle District Court
Attention!!! Clerks Office
P.O. Box 711
Montgomery, AL 36101-0711