**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

Dr. Paul Corbier
Staton Corr Fac.
P.O. Box 56
Elmore, AL  36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Angela Thornell
☐ Agent
☐ Addressee

B. Received by (Printed Name): Angela Thornell
C. Date of Delivery: 7-25-07

D. Is delivery address different from item 1? ☐ Yes  ☒ No
If YES, enter delivery address below:

07cv668

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0005 4873 1758

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540