**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.

Warden Leon Furniss
Staton Corr Facility
P.O. Box 56
Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Angela Thornell*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Angela Thornell
C. Date of Delivery: 7-26

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

07cv 668
pro order
cmp

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail

4. Restricted Delivery? ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0005 4873 1741

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540