# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| CHARLES HICKS (246241), | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 2:07-CV-668-WHA |
| | ) |
| PRISON HEALTH SERVICES, et al, | ) |
| | ) |
|     Defendants. | ) |

## ANSWER

In response to the Plaintiff's allegations, Defendant states as follows:

1. Defendant denies Plaintiff's allegations and demand strict proof thereof.

2. Defendant denies that any of the Plaintiff's constitutional rights have been violated.

3. Defendant asserts the affirmative defenses of sovereign, qualified immunity, and absolute immunity.

4. Defendant denies each and every material allegation not expressly admitted herein and demand strict proof thereof.

Respectfully submitted,

TROY KING (KIN-047)
ATTORNEY GENERAL
By:


/s/ *Bettie J. Carmack*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*
*Civil Litigation Division*
11 South Union Street
Montgomery, AL 36130
Telephone: (334) 353-5305
Facsimile: (334) 242-2433


CERTIFICATE OF SERVICE

This is to certify that I have on this **30**[th] day of **August**, **2007**, served copies of the foregoing *pleading* upon the plaintiff by depositing same in the United States Mail, addressed as follows:

**Charles Hicks (#246241)**
**Alexander City Community Base**
**P. O. Drawer 160**
**Alexander City, Alabama 35011**


/s/ *Bettie J. Carmack*
Bettie J. Carmack (CAR -132)
*Assistant Attorney General*
*Civil Litigation Division*