### UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 31, 2007

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Hicks v. Prison Health Services et al
Civil Action No. 2:07-cv-00668-WHA

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now 2:07-cv-00668-MHT. This new case number should be used on all future correspondence and pleadings in this action.