IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES HICKS (AIS# 246241), | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. 2:07-CV-668-WHA |
| ALABAMA DEPARTMENT OF CORRECTIONS, et al. | * | |
| Defendants. | * | |

### DEFENDANT'S MOTION TO EXTEND TIME
### TO FILE SPECIAL REPORT AND ANSWER

COMES NOW the Defendant, Prison Health Services (hereinafter "PHS") and respectfully requests that this Honorable Court extend the time period which this Defendant has to file its Answer and Special Report in this action by thirty (30) days, up to and including October 4, 2007. As grounds for this Motion, Defendant shows to the Court as follows:

1. A brief extension of time will in no way prejudice any party nor will it unduly delay the adjudication of this matter.

2. The Defendant is in the process of assembling the appropriate records and doing the necessary investigation into this claim in order to properly address all issues within the confines of that Special Report and Answer.

WHEREFORE, all premises considered, this Defendant respectfully requests an extension within which to file its Special Report and Answer, said Special Report and Answer to be filed on or before October 4, 2007.

Respectfully submitted,

/s/ PAUL M. JAMES, JR.
Alabama State Bar Number JAM017
Attorney for Defendant
Prison Health Services, Inc.

RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
Telephone: (334) 206-3148
Fax: (334) 262-6277
E-mail: pmj@rsjg.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 6th day of September, 2007, to:

Charles Hicks (AIS# 246241)
Alexander City Community Base
P. O. Drawer 160
Alexander City, AL  35011

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

Alabama Department of Corrections
Legal Division
P. O. Box 301501
Montgomery, AL  36130

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendant
Prison Health Services, Inc.