IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES HICKS, #246241, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-668-WHA |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by Prison Health Services on September 6, 2007 (Court Doc. No. 13), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that defendants Prison Health Services and Dr. Corbier be GRANTED an extension from September 4, 2007 to and including October 4, 2007 to file their special report and answer.

Done this 6th day of September, 2007.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE