IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION

| | | |
|---|---|---|
| CHARLES HICKS, | ) | |
| | ) | |
|      Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **2:07-cv-668-WHA** |
| | ) | |
| PRISON HEALTH SERVICES, et al , | ) | |
| | ) | |
|      Defendant, | ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW*, Warden Leon Forniss*, Defendant in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■     This party is an individual, or

☐     This party is a governmental entity, or

☐     There are no entities to be reported, or

☐     The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____    _____

_____    _____

_____    _____

_____    _____

12/12/2007                           /s/ Bettie J. Carmack
Date                                    Counsel Signature

**Warden Leon Forniss**
Counsel for (print names of all parties)

11 South Union Street Montgomery, AL 36130
Address, City, State Zip Code

334-353-5305
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Bettie J. Carmack, do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, properly addressed, and postage prepaid on this 13th day of December 2007, to:

**Charles Hicks (#246241)**
**Alexander City Community Base**
**P. O. Drawer 160**
**Alexander City, AL 35011**

12/13/2007                                              /s/Bettie J. Carmack
        Date                                                    Signature