IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN _____ DIVISION

CHARLES HICKS (AIS # 246241)                     )
_____ ,              )
                                                 )
        Plaintiff,                               )
                                                 )
                                                 )    CASE NO. 2:07-CV-668-WHA
v.                                               )             _____
                                                 )
ALABAMA DEPT. OF CORRECTIONS, et al.             )
_____ ,              )
                                                 )
        Defendants,                              )

## CONFLICT DISCLOSURE STATEMENT

        COMES NOW Prison Health Services, Inc. , a Defendant    in the above-captioned
matter, and in accordance with the order of this Court, making the following disclosure
concerning parent companies, subsidiaries, partners, limited liability entity members and
managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under
the provisions of the Middle District of Alabama's General Order No. 3047:

☐    This party is an individual, or

☐    This party is a governmental entity, or

☐    There are no entities to be reported, or

■    The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

American Service Group, Inc.               Parent company of Prison Health Services, Inc
_____                  _____

_____                  _____

_____                  _____

_____                  /s/ PAUL M. JAMES, JR.
_____                              _____
        Date                               (Signature)

                                           _____
                                           (Counsel's Name)
                                           Defendant Prison Health Services, Inc.

                                           Counsel for (print names of all parties)
                                           P. O. Box 270
                                           _____
                                           Montgomery, AL  36101-0270
                                           Address, City, State Zip Code
                                           334-206-3148
                                           _____
                                           Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN _____ DIVISION

## CERTIFICATE OF SERVICE

I, Paul M. James, Jr. _____, do hereby Certify that a true and correct copy
of the foregoing has been furnished by U.S. mail and electronic mail _____ (manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this 22nd day of January _____ 20 08, to:

Charles Hicks (AIS# 246241) _____

Alexander City Community Base _____

P. O. Drawer 160 _____

Alexander City, AL  35011 _____

_____

By Electronic Mail:  Alabama Department of Corrections, Legal Division _____

1/22/2008 _____                                    /s/ PAUL M. JAMES, JR. _____
            Date                                                          Signature