IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

CHARLES HICKS (AIS # 246241) )
_____, )
)
    Plaintiff, )
)
v. )  CASE NO. <u>2:07-CV-668-WHA</u>
)
ALABAMA DEPT. OF CORRECTIONS, et al. )
_____, )
)
    Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>Dr. Paul Corbier</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

Date

/s/ PAUL M. JAMES, JR.
(Signature)

(Counsel's Name)
**Defendant Dr. Paul Corbier**
Counsel for (print names of all parties)
P. O. Box 270
Montgomery, AL 36101-0270
Address, City, State Zip Code
334-206-3148
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

## CERTIFICATE OF SERVICE

I, Paul M. James, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. mail and electronic mail _____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 22nd day of January 20 08, to:

Charles Hicks (AIS# 246241)

Alexander City Community Base

P. O. Drawer 160

Alexander City, AL  35011


By Electronic Mail:  Alabama Department of Corrections, Legal Division


1/22/2008                                           /s/ PAUL M. JAMES, JR.
        Date                                                Signature