IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES HICKS (#246241)   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| ) | |
| v.   ) | CASE NO. **2:07-CV-668-WHA** |
| ) | |
| PRISON HEALTH SERVICES, et al.   ) | |
| ) | |
| Defendant,   ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW *Leon Forniss,* Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or

- [ ] This party is a governmental entity, or

- [ ] There are no entities to be reported, or

- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| N/A | N/A |

01/22/2008   /s/ BETTIE J. CARMACK
Date   Counsel Signature

Leon Forniss
Counsel for (print names of all parties)

11 South Union Street
Montgomery, AL 36130
Address, City, State Zip Code

334-353-5305
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

      I, Bettie Carmack, do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, properly addressed, and postage prepaid on this 22nd day of January, 2008, to:

Charles Hicks, #246241
Alexander City Work Release
PO Drawer 160
Alexander City, AL  35010

| | |
|---|---|
| 01/22/2008 | /s/ Bettie J. Carmack |
| Date | Signature |