IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES HICKS, #246241, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-668-WHA |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before February 19, 2008 Dr. Paul Corbier and Prison Health Services, Inc. shall:

1. Show cause why they have failed to file a written report in compliance with the orders of this court.

2. File a written report in accordance with the orders of this court.

Done this 4th day of February, 2008.

      /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE