IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES HICKS  (AIS# 246241),     *
                                  *

       Plaintiff,                  *
                                  *

v.                                *     CIVIL ACTION NO.
                                  *     2:07-CV-668-WHA

PRISON HEALTH SERVICES, et al.    *
                                  *

       Defendants.              *

## SPECIAL REPORT OF DEFENDANTS, PRISON HEALTH SERVICES, INC. AND DR. PAUL CORBIER

COME NOW the Defendants, Prison Health Services, Inc. and Dr. Paul Corbier (collectively "PHS"), by and through counsel, and in response to the Plaintiff's Complaint and this Court's Order, presents the following Special Report with regard to this matter.

## I. INTRODUCTION

The Plaintiff, Charles Hicks (AIS # 246241) is a familiar Plaintiff in the federal court system in the Middle District of Alabama. The current pleading before this Court, filed by Mr. Hicks on or about July 26, 2007, is Hicks' fifth Complaint arising out of virtually the exact same claim involving the exact same medical issue that has been filed in the last 18 months. Copies of the additional Complaints are attached hereto as Exhibit "A".

On July 26, 2007, Hicks filed his fifth Complaint against Prison Health Services and Dr. Paul Corbier arising out of medical treatment provided at Staton Correctional Facility in Elmore County, Alabama. Hicks sued PHS, the company that, at the time, contracted with the Alabama Department of Corrections to provide healthcare to

inmates in the State of Alabama, claiming improper medical treatment concerning a "leg issue." [Plaintiff's Complaint, ¶ V].   Hicks seeks $2 million in damages and "his freedom" based on the filing of this Complaint.

As directed by this Court, PHS has undertaken a review of Hicks' claims to determine the facts and circumstances surrounding his Complaint and the medical treatment provided thereto.  As a result, PHS submits this Special Report, which is supported by a certified copy of Hicks' medical records from June 2007 through October 2007 [Exhibit "B"], the Affidavit of Darry Ellis, Director of Nursing [Exhibit "C"], and the Affidavit of Dr. Paul Corbier [Exhibit "D"].    These evidentiary materials demonstrate that  Hicks has been provided appropriate medical care for his complaints and the allegations of his Complaint are without merit.

## II. **NARRATIVE SUMMARY OF FACTS**

During the time outlined in his Complaint, Hicks was incarcerated at Staton Correctional Facility in Elmore, Alabama, but, as of July 26, 2007, Hicks apparently had been transferred to Alexander City Community Base in Alexander City.  During the time period covered by Mr. Hicks' Complaint, he was evaluated and seen by Staton Correctional's medical and nursing staff and received appropriate care each time he registered health complaints at the facility.

Specifically, Hicks claims that he is "in danger of losing my left leg that has a lot of fluid in it because they would not provided [sic] me with the proper medical treatment." [Plaintiff's Complaint, ¶ V].  Hicks also claims that his Constitutional rights have been violated because of PHS's failure to send him to an outside hospital to get

2

help for his leg. [Id.]. Hicks' allegations are, yet again, untrue and he has been afforded appropriate care for this condition at all times. In his Complaint, Hicks claims to have received inappropriate medical treatment on or about July 12, 2007. However, Hicks did not receive any treatment from any PHS physician, nurse, or nurse practitioner on that date. A review of Hicks' medical records, however, shows a past medical history of diabetes with significant swelling in his left leg with venous insufficiency. [Exhibit "D" -- Affidavit of Dr. Corbier]. His diabetes is a hereditary condition and his circulatory problems are complicated by problems with his feet. [Id.]. His condition can be treated by controlling his diabetes and swelling in his left leg, but there is no cure for this condition. [Id.].

In December 2006, Hicks was seen and evaluated by a board-certified surgeon, Dr. Brian White, for complaints of left leg swelling and pain. [Id.]. Test results revealed that Hicks did not have a Deep Vein Thrombosis (DVT) or Claudication (limping) at that time. [Id.]. White's impression was venous and arterial insufficiency and he recommended a lower extremity venous Doppler test be performed. An ultrasound was ultimately performed on January 2, 2007, and it revealed no evidence of DVT in either lower extremity venous system. [Id.].

Dr. White again saw Hicks on January 23, 2007, for continued complaints of pain in his left leg. These complaints in the left leg had been verbalized by Hicks since 1988 and Hicks verbalized to his physicians that his mother had the same problem. [Id.]. Doctors discussed the results of the ultrasound that were negative for a DVT. White diagnosed Hicks with Lymphedema, which is swelling as a result of an obstruction of lymphatic vessels or lymph nodes and the accumulation of large amounts of lymph in

3

the affected region.  Dr. White recommended support hose and compression therapy and advised Hicks that this condition was his for life.  [Id.].

Dr. Paul Corbier saw Hicks on June 1, 2007, for left leg pain and chronic swelling.  [Id.].  On exam, Hicks had marked edema in his left leg and Corbier's assessment was (1) chronic venous insufficiency, (2) Type II diabetes, (3) Hyperlipidemia, (4) renal insufficiency, and (5) gross obesity.  [Id.].  Corbier placed Hicks on a low fat, low cholesterol, low carb diet and monitored his renal function and considered an arterial Doppler test.

On June 7, 2007, Corbier ordered a bilateral venous Doppler ultrasound.  The findings of the tests revealed that there was no flow detected in the left lower extremity arterial tree.  There was a suspected occlusion in the right popliteal artery, an arterial tree of the right calf.  [Id.].  As a result, Dr. Corbier continued to treat Mr. Hicks.

Corbier again treated Hicks on June 19, 2007, and discussed the result of the ultrasound.  Corbier advised Hicks that the impression was a total occlusion (no flow) in his left lower extremity.  There was also a suspected occlusion in his right popliteal artery and in the arterial tree of the right calf.  Corbier's assessment, which was explained to Hicks at the time, was severe bilateral peripheral vascular disease. Peripheral vascular disease refers to the diseases of the blood vessels (arteries and veins) located outside the heart and brain.  Corbier considered an angiogram and the possibility of sending Hicks to a vascular surgeon.  Appropriate tests were ordered at that time and Corbier counseled Hicks and answered his questions regarding his condition.  [Id.].

On June 28, 2007, a Persantine Stress Test was performed and was negative for pharmacologically induced ischemia. [Id.]. A dual isotope nuclear scan performed on the same day noted a fixed defect involving the basal and mid-inferior wall particularly, which would suggest a scar from a previous heart attack. The test results, however, did not identify any reversible defect to suggest ischemia. There was no evidence of coronary artery disease, for which treatment or intervention would be needed. [Id.].

Yet another test was ordered by Dr. Corbier for Mr. Hicks on June 28, 2007. A CT angiogram of the abdomen and pelvis revealed patent arterial circulation to the lower extremities bilaterally from the aorta to the trifurcation arteries with at least two vessel run-offs to the ankles bilaterally. Once again, there was no evidence of significant peripheral vascular disease and no evidence of blockage or poor circulation needing intervention beyond his current treatment. [Id.].

Hicks returned with additional complaints of pain in his lower leg on July 3, 2007 (note that this did not occur on July 12th, as referenced by the plaintiff). Dr. Corbier discussed the above mentioned tests that were essentially normal and would not require outside intervention. Corbier advised Hicks that he may still need cardiac work-up because of his cardiovascular risk, however, Corbier also informed him that a more extensive work-up may not be needed in light of the CT angiogram. Once again, Dr. Corbier reminded Hicks he needed a lifestyle modification. [Id.].

On July 24th, Hicks received treatment from Staton's nurse practitioner. At that time, Hicks insisted on further work-ups for his persistent, bilateral, lower extremity edema. The assessment on July 24th was (1) severe bilateral peripheral vascular disease, (2) chronic venous insufficiency, (3) Type II diabetes, (4) Dyslipidemia

5

(disruption in the amount of lipids in the blood), and (5) hypertension. PHS modified his medications at that time. [Id.].

Again, Hicks was seen by a nurse practitioner on August 3rd for swelling in the lower extremities. His history was recounted and exam revealed a general edema to his lower extremities. He was advised to continue his current medical treatment and was prescribed and advised to wear thigh-high Ted stockings and was also prescribed Lasix.

On August 4th, Hicks received additional treatment. Again, he was advised to wear his Ted stockings at all times and was educated on deep vein thrombosis and the need for stockings and elevating his legs. [Id.]. Hicks received additional treatment on August 7, 2007. Swelling/edema was noted to his bilateral lower extremity. He was reassured this problem was due to chronic venous insufficiency. [Id.]. He was advised to continue his current medicine and educated on medical compliance. [Id.].

Hicks' medical condition is a chronic condition. However, peripheral vascular disease can be treated with lifestyle modifications and/or changes which include controlling blood pressure, diabetes, exercise, low fat - low cholesterol diet, and medication. His leg swelling and pain is mostly due to venous insufficiencies for which he is receiving appropriate care but for which there is no cure.

At all times, PHS provided Hicks with appropriate medical treatment and never exhibited deliberate indifference to any serious medical need of Mr. Hicks. At all times, Hicks' medical complaints and conditions were addressed as promptly as possible under the circumstances of his condition.

## III. **DEFENSES**

The Defendants assert the following defenses to the Plaintiff's claims:

1.      The Defendants deny each and every material allegation contained in the Plaintiff's Complaint and demand strict proof thereof.

2.      The Defendants plead not guilty to the charges in the Plaintiff's Complaint.

3.      The Plaintiff's Complaint fails to state a claim against the Defendants for which relief can be granted.

4.      The Defendants affirmatively deny any and all alleged claims by the Plaintiff.

5.      The Plaintiff is not entitled to any relief requested in the Complaint.

6.      The Defendants plead the defense of qualified immunity and avers that the actions taken by the Defendants were reasonable and in good faith with reference to clearly established law at the time of the incidents complained of by the Plaintiff.

7.      The Defendants are entitled to qualified immunity and it is clear from the face of the Complaint that the Plaintiff has not alleged specific facts indicating that the Defendants have violated any clearly established constitutional right.

8.      The Defendants cannot be held liable on the basis of respondeat superior, agency, or vicarious liability theories.

9.      The Plaintiff is not entitled to any relief under 42 U.S.C. § 1983.

10.     The allegations contained in the Plaintiff's Complaint against the Dr. Corbier sued in its individual capacity, fails to comply with the heightened specificity requirement of Rule 8 in § 1983 cases against persons sued in their individual

capacities. See Oladeinde v. City of Birmingham, 963 F.2d 1481, 1485 (11th Cir. 1992); Arnold v. Board of Educ. Of Escambia County, 880 F.2d 305, 309 (11th Cir. 1989).

11.    The Defendants plead all applicable immunities, including, but not limited to qualified, absolute, discretionary function immunity, and state agent immunity.

12.    The Defendants aver that it was at all times acting under color of state law and, therefore, they are entitled to substantive immunity under the law of the State of Alabama.

13.    The Defendants plead the general issue.

14.    This Court lacks subject matter jurisdiction due to the fact that even if the Plaintiff's allegations should be proven, the allegations against the Defendant would amount to mere negligence which is not recognized as a deprivation of the Plaintiff's constitutional rights.  See Rogers v. Evans, 792 F.2d 1052 (11th Cir. 1986).

15.    The Plaintiff's claims against the individual Defendant, in his official capacity are barred by the Eleventh Amendment to the United States Constitution.

16.    Alabama law provides tort and other remedies for the allegations made by the Plaintiff herein and such remedies are constitutionally adequate.

17.    The Defendants plead the defense that at all times in treating Plaintiff it exercised the same degree of care, skill, and diligence as other physicians and nursing staff would have exercised under similar circumstances and that at no time did they act toward the Plaintiff with deliberate indifference to a serious medical need.

18.    The Defendants plead the affirmative defense that the Plaintiff's Complaint fails to contain a detailed specification and factual description of the acts and omissions

alleged to render them liable to the Plaintiff as required by § 6-5-551 of the Ala. Code (1993).

19.    The Defendants plead the affirmative defenses of contributory negligence and assumption of the risk.

20.    The Defendants plead the affirmative defense that Plaintiff's damages, if any, were the result of an independent, efficient, and/or intervening cause.

21.    The Defendants plead the affirmative defense that it is not responsible for the policies and procedures of the Alabama Department of Corrections.

22.    The Defendants plead the affirmative defense that the Plaintiff has failed to mitigate his own damages.

23.    The Defendants plead the affirmative defense that it is not guilty of any conduct which would justify the imposition of punitive damages against him and that any such award would violate the United States Constitution.

24.    The Defendants adopt and assert all defenses set forth in the Alabama Medical Liability Act § 6-5-481, et seq., and § 6-5-542, et seq.

25.    The Plaintiff has failed to comply with 28 U.S.C. § 1915 with respect to the requirements and limitations inmates must follow in filing in forma pauperis actions in federal court.

26.    Pursuant to 28 U.S.C. § 1915 A, this Court is requested to screen and dismiss this case, as soon as possible, either before or after docketing, as this case is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks money damages from the individual Defendant who is a state officer entitled to immunity as provided for in 42 U.S.C. § 1997 (e)(c).

27.    The Defendants assert that the Plaintiff's Complaint is frivolous and filed in bad faith solely for the purpose of harassment and intimidation and requests this Court pursuant to 42 U.S.C. § 1988 to award Defendant reasonable attorney's fees and costs incurred in the defense of this case.

28.    The Plaintiff's claims are moot because the events which underlie the controversy have been resolved. See Marie v. Nickels, 70 F., Supp. 2d 1252 (D. Kan. 1999).

## IV. ARGUMENT

A.    **The Plaintiff has failed to prove that the Defendants acted with deliberate indifference to any serious medical need.**

A court may dismiss a complaint for failure to state a claim if it is clear that no relief could be granted under any set of facts that could be proven consistent with the allegations in the complaint. Romero v. City of Clanton, 220 F. Supp. 2d 1313, 1315 (M.D. Ala., 2002), (citing, Hishon v. King & Spalding, 467 U.S. 69, 73, (1984). "Procedures exist, including Federal Rule of Civil Procedure 7(a), or Rule 12(e), whereby the trial court may "protect the substance of qualified immunity," Shows v. Morgan, 40 F. Supp. 2d 1345, 1358 (M.D. Ala., 1999). A careful review of Hicks' medical records reveals that he has been given appropriate medical treatment at all times. [See Exhibit "B"].

The Plaintiff's Complaint fails to state a claim against the Defendants with the detail and specificity required by the Alabama Medical Liability Act, ALA. CODE § 6-5-551, which provides as follows:

> In any action for injury, damages, or wrongful death, whether in contract or tort, against a health care provider for breach of the

standard of care, whether resulting from acts or omissions in providing health care, or the hiring, training, supervision, retention or termination of care givers, the Alabama Medical Liability Act shall govern the parameters of discovery and all aspects of the action. <u>The plaintiff shall include in the complaint filed in the action a detailed specification and factual description of each act and omission alleged by plaintiff to render the health care provider liable to plaintiff and shall include when feasible and ascertainable the date, time, and place of the act or acts.</u> The plaintiff shall amend his complaint timely upon ascertainment of new or different acts or omissions upon which his claim is based; provided, however, that any such amendment must be made at least 90 days before trial. <u>Any complaint which fails to include such detailed specification and factual description of each act and omission shall be subject to dismissal for failure to state a claim upon which relief may be granted.</u> Any party shall be prohibited from conducting discovery with regard to any other act or omission or from introducing at trial evidence of any other act or omission. (emphasis added).

ALA. CODE § 6-5-551.

The Plaintiff's Complaint fails to state a claim against the Defendants because it fails to include a "detailed specification and factual description" of each act and omission alleged by Plaintiff to render the Defendants liable to Plaintiff; in particular, said Complaint fails to include the required statement of "the date, time, and place of the act or acts" of alleged malpractice, as required by the Act. <u>See</u> ALA. CODE § 6-5-551 (emphasis added).

In order to state a cognizable claim under the Eighth Amendment, Hicks must allege acts or omissions sufficiently harmful to evidence deliberate indifference to serious medical needs. <u>See</u> <u>Estelle v. Gamble</u>, 429 U.S. 97, 106 (U.S. 1976); <u>McElligott v. Foley</u>, 182 F.3d 1248, 1254 (11th Cir. 1999); <u>Palermo v. Corr. Med. Servs.</u>, 148 F. Supp. 2d 1340, 1342 (S.D. Fla. 2001). In order to prevail, Hicks must allege and prove that he suffered from a serious medical need, that the Defendants were

11

deliberately indifferent to his needs, and that he suffered harm due to deliberate indifference. See Marsh v. Butler County, 268 F.3d 1014, 1058 (11th Cir. 2001) and Palermo, 148 F. Supp. 2d at 1342. "Neither inadvertent failure to provide adequate medical care nor a physician's negligence in diagnosing or treating a medical condition states a valid claim of medical mistreatment under the Eighth Amendment." (citations omitted). [Id.].

Not every claim by a prisoner that medical treatment has been inadequate states an Eighth Amendment violation. Alleged negligent conduct with regard to inmates' serious medical conditions does not rise to the level of a constitutional violation. Alleged medical malpractice does not become a constitutional violation merely because the alleged victim is a prisoner. See Estelle, 429 U.S. at 106, McElligott, 182 F.3d at 1254, Hill, 40 F.3d 1176, 1186 (11th Cir. 1994), Palermo, 148 F. Supp. 2d at 1342. Further, a mere difference of opinion between an inmate and the physician as to treatment and diagnosis cannot give rise to a cause of action under the Eighth Amendment. Estelle, 429 U.S. at 106-108.

The Defendants may only be liable if they had knowledge of Hicks' medical condition, Hill, 40 F. 3d at 1191, and acted intentionally or recklessly to deny or delay access to his care, or to interfere with treatment once prescribed. Estelle, 429 U.S. at 104-105. Obviously, Hicks cannot carry his burden. The evidence submitted with this Special Report clearly shows that the Defendants did not act intentionally or recklessly to deny or delay medical care, or to interfere with any treatment which was prescribed or directed. The evidence demonstrates, to the contrary, that PHS employees applied the appropriate standard of care to the treatment of Mr. Hicks [Exhibit "A"].

The Defendants are, also, entitled to qualified immunity from all claims asserted by Hicks in this action. There is no argument that the Defendants were not acting within the scope of their discretionary authority. See Eubanks v. Gerwen, 40 F. 3d 1157, 1160 (11th Cir. 1994); see also Jordan v. Doe, 38 F. 3d 1559, 1566 (11th Cir. 1994). Because the Defendants have demonstrated that they were acting within the scope of their discretionary authority, the burden shifts to Hicks to show that the Defendants violated clearly established law based upon objective standards. Eubanks, 40 F. 3d at 1160. The Eleventh Circuit requires that before the Defendants' actions can be said to have violated clearly established constitutional rights, Hicks must show that the right allegedly violated was clearly established in a fact-specific, particularized sense. Edwards v. Gilbert, 867 F.2d 1271, 1273 (11th Cir. 1989), aff'd in pertinent part, rev'd in part on other grounds, sub nom., Edwards v. Okaloosa County, 5 F. 3d 1431 (11th Cir. 1989).

The Eleventh Circuit further requires that the inquiry be fact specific, and that officials will be immune from suit if the law with respect to their actions was unclear at the time the cause of action arose, or if a reasonable person could have believed that their actions were lawful in light of clearly established law and information possessed by the individual. See Brescher v. Von Stein, 904 F.2d 572, 579 (11th Cir. 1990) (quoting, Anderson v. Creighton, 483 U.S. 635, 640, (U. S. 1987)). The question that must be asked is whether the state of the law in 2006 gave the Defendant fair warning that its alleged treatment of Hicks was unconstitutional. Hope v. Pelzer, 536 U.S. 730, 741 (U.S. 2002).

Therefore, to defeat summary judgment, Hicks must be able to point to cases with "materially similar" facts, within the Eleventh Circuit, that would alert the

Defendants to the fact that its practice or policy violates his constitutional rights. See Hansen v. Soldenwagner, 19 F.3d 573, 576 (11th Cir. 1994). In order for qualified immunity to be defeated, preexisting law must "dictate, that is truly compel (not just suggest or allow or raise a question about), the conclusion for every like-situated, reasonable government agent that what the defendant is doing violates federal law in the circumstances." Lassiter v. Alabama A & M Univ., Bd. of Trustees, 28 F. 3d 1146, 1151 (11th Cir. 1994). The Defendants submit that there is no case law from the United States Supreme Court, the Eleventh Circuit Court of Appeals, or District Courts sitting within the Eleventh Circuit showing that, under the facts of this case, it was clearly established that these alleged actions violated Hicks' constitutional rights. All of Hicks' medical needs have been addressed or treated. [See Exhibits "B"]. The Defendants have provided Hicks with appropriate medical care at all times and he has received appropriate nursing care as indicated for treatment of his condition.

## V. CONCLUSION

The Plaintiff's Complaint is due to be dismissed on its face, and is, further, disproven by the evidence now before the Court. All of the Plaintiff's requests for relief are without merit. The Defendants have demonstrated both through substantial evidence and appropriate precedent that there is not any genuine issue of material fact relating to a constitutional violation, and that they are, therefore, entitled to a judgment in their favor as a matter of law. The Plaintiff's submissions clearly fail to meet his required burden.

Accordingly, the Defendants request that this Special Report be treated and denominated as a Motion to Dismiss and/or a Motion for Summary Judgment and that

14

this Honorable Court either dismiss the Plaintiff's Complaint, with prejudice, or enter a judgment in their favor.

Respectfully submitted,

/s/  PAUL M. JAMES, JR.
Alabama State Bar Number JAM017
Attorney for Defendants,
Prison Health Services, Inc. and
Dr. Paul Corbier

RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
Telephone: (334) 206-3148
Fax: (334) 262-6277
E-mail: pmj@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 19th day of February, 2008, to:

Charles Hicks (AIS# 246241)
Alexander City Community Base
P. O. Drawer 160
Alexander City, AL  35011

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

Alabama Department of Corrections
Legal Division
P. O. Box 301501
Montgomery, AL  36130

/s/  PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants
Prison Health Services, Inc. and
Dr. Paul Corbier

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

_Charles Hicks # 246241_ )
Full name and prison number )
of plaintiff(s) )

RECEIVED
2006 NOV -1  A 11: 05

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT AL.

v. )

_ALABAMA Department of cor_ )
_Et, Al And Prison Medical_ )
_Services 416 Mary Lindsay_ )
_Park Dr, Suite 515, Franklen_ )
_TN, 37067_ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

CIVIL ACTION NO. _2:06CV990-M_
                                    _F_
(To be supplied by Clerk of
U.S. District Court)

I.    PREVIOUS LAWSUITS
   A.    Have you begun other lawsuits in state or federal court
         dealing with the same or similar facts involved in this
         action?  YES (   )   NO ( ✓ )

   B.    Have you begun other lawsuits in state or federal court
         relating to your imprisonment?  YES (   )   NO ( ✓ )

   C.    If your answer to A or B is yes, describe each lawsuit
         in the space below.  (If there is more than one lawsuit,
         describe the additional lawsuits on another piece of
         paper, using the same outline.)

      1.    Parties to this previous lawsuit:

            Plaintiff(s) _____ _N/A_ _____

            Defendant(s) _____ _N/A_ _____

      2.    Court (if federal court, name the district; if
            state court, name the county) _N/A_ _____

    3.   Docket number _____ _N/A_ _____

    4.   Name of judge to whom case was assigned _____

                      _N/A_ _____

    5.   Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

                      _N/A_ _____

    6.   Approximate date of filing lawsuit ___N/A_____

    7.   Approximate date of disposition ___N/A_____

II.  PLACE OF PRESENT CONFINEMENT _Frank Lee Youth Center_

_P.O.B. 220410, Deatsville, AL 36022_ _____

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Frank Lee Youth_

_Center_ _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
CONSTITUTIONAL RIGHTS.
         NAME                  ADDRESS

    1. _Commissioner Richard Allen ET, Al_  _1400 Lloyd St. Montgomery AL 36107_

    2. _Dr Corbier ET, Al, Prison Medical Services_ _416 Mary Lindsay Pk. Dr._
                                       _Suite 515_
    3. _____ _Franklin, TN 37067_

    4. _____

    5. _____

    6. _____

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED _April -2006_

_thru October 19, 2006_ _____

V.   STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: ____ _To Provide Adequate Medical Treatment_

_____

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (state as best you can the time, place and manner and person involved.)

I am a diabetic and has been incarcerated since April, 2006. Since that time the Ala. Dept. of Corr, And Prison Medical Services. Has not provided me with Adequate Medical Treatment. As of this moment My Left leg is swollen to the brusting stage. I cannot wear a shoe on my feet or hardly walk. This Administration has done nothing to treat the illness Adequately.

This Administration has not provided me with Adequate Eye-Care, Adequate Diabetic Meals. I have repeatedly Requested Adequate Medical Treatment. But my Request have been ignored. By the Medical Service, that provide Medical Service to Prisoner. The defendant's owe me this and Adequate Medical Care. Then have breeched this duty. And the breach has caused me harm. By their contenueing Negligence of the matter. This has continued for a period of 7 months. I have filed numerous Grievances, but nothing has been done. I have complained to both chain of Command. But only to be ignored. My condition is worsten and I am in constant pain. And I fear that I may have to have my Left leg Amputeed because of this continued Negligence.

3

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
      MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

_I want to Receive Adequate Medical treatment; And to be seen by_
_And outside Physician, Immediately Want to be Attended to by A_
_Medical Specialist in this Area of Care._

_Charles Hurk_
——————————————————
Signature of plaintiff(s)

    I declare under penalty of perjury that the foregoing is true
and correct.

    EXECUTED on  _10/19/06_ .
                  (Date)

_Charles Hurk_
——————————————————
Signature of plaintiff(s)

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

RECEIVED

2006 NOV 17  A 9:49

2:06CV1033 — WKW

Inmate Identification Number: #246200 DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Charles Hicks
(Enter above the full name(s) of the plaintiff(s)
in this action)

NOTICE TO FILING PARTY

It is your responsibility to
notify the clerk in writing
of any address change.
Failure to notify the clerk
may result in dismissal
of your case
without further notice.

vs.

"Alabama Deptartment of Corrections"
"Frank Lee Youth Center"

(Enter above full name(s) of the defendant(s)
in this action)

I.    Previous lawsuits

    A.    Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        Yes ( ✓ )        No ( )

    B.    If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

        1.    Parties to this previous lawsuit:

            Plaintiff(s): Charles Hicks

            Defendant(s): Alabama Department of Corrections, Commissioner Richard Allen etc, Alabama Prison Medical Services

2. Court (if Federal Court, name the district; if State Court, name the county)

   _In the District Court of the United States for the Middle District of Ala._

3. Docket number _2:06-CV-990 MEF_

4. Name of judge to whom case was assigned _Charles S. Coody_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _It is still pending_

6. Approximate date of filing lawsuit _October 19th 2006_

7. Approximate date of disposition _November 6th 2006_

I. Place of present confinement _Frank Lee Youth Center_

A. Is there a prisoner grievance procedure in this institution?
   Yes ( ✓ )    No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( ✓ )    No ( )

C. If your answer is YES:

   1. What steps did you take? _(1) Notified an Officer (2) Brought it to the Captains attention (3) Spoke with the Warden (Cummins)._

   2. What was the result? _The Warden set up an doctors appointment in which I did receive an ultra sound._

D. If your answer is NO, explain why not? _N/A_

2

I.    Parties
In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.    Name of plaintiff(s)    Charles Hicks

      Address    FLYC   P.O. Box 220410    Deatsville, Ala 36022

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B.    Defendant    Alabama Dept. of Correction etc. Richard Allen

      is employed as    Commissioner

      at    Alabama Dept. of Corrections in Montgomery, Alabama

C.    Additional Defendants    Prison Medical and Health Services

      416 Mary Lindsay Park Drive  Suite 515

      Franklin, Tennessee 37067

V.    Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I am a diabetic and have been incarcerated since April, 2006. Since that time the Ala Dept. of Corr. and Prison Medical Services has not provided me with adequate medical treatment. My left leg is swollen and so badly that I can't wear an shoe. I can hardly walk. This admin. has done nothing to treat this illness adequately. I have constantly written medical requests to see the doctor but all of my requests have been ignored by the Professional medical

3

here at Frank Lee Youth Center, that suppose to provide medical treatment to all prisoners. The defendants owe me this adequate medical treatment. They have breached their duty and caused me enormous amounts of physical pain, due to the lack of attention. This has been an on going attraction for the past 7 months, I have filed numerous of grievances, but nothing has been done. I have went through the chain of command to only get ignored. My condition has worsten, and I'm in constant pain. I fear that I may have to have my leg amputated because of this continued negligence.

**RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want to sue the Dept. of Corrections of Alabama "Richard Allen" for neglect and cruel unusual punishment. I would also like to receive adequate medical treatment, and be seen by an outside physician, "Immediately".

_____

_____

_____

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _November 14th, 2006_ _____.

Charles Hicks # 246241      pro-se

FLYC   dorm 3   bed 12

P.O. Box 220410

Deatsville, Ala  36022

*Charles Hicks*

Signature(s)

4

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

_Charles Hicks #246241_                    )          2007 FEB 16  A 9: 40
Full name and prison number
of plaintiff(s)                            )

                                           DEBRA P. HACKETT, CLK
                                           U.S. DISTRICT COURT
v.                                         MIDDLE DISTRICT ALA CIVIL ACTION NO. _2:07CV142-MHT_
                                           )          (To be supplied by Clerk of
_Ala Dept. Of Corrections et, al_          )          U.S. District Court)

_Commissioner Richard Allen_               )

_Warden John Cummings_                     )

_Captain Herold Burton_                    )

_The Prison Health Services (Franklin Tenn)_ )

Name of person(s) who violated             )
your constitutional rights.                )
(List the names of all the                 )
persons.)                                  )

RECEIVED
FEB 2 0 2007
LEGAL DEPT.

I.    PREVIOUS LAWSUITS

      A.    Have you begun other lawsuits in state or federal court
            dealing with the same or similar facts involved in this
            action?  YES ( ✓ )  NO (   )

      B.    Have you begun other lawsuits in state or federal court
            relating to your imprisonment?  YES ( ✓ )  NO (   )

      C.    If your answer to A or B is yes, describe each lawsuit
            in the space below.  (If there is more than one lawsuit,
            describe the additional lawsuits on another piece of
            paper, using the same outline.)

            1.    Parties to this previous lawsuit:

                  Plaintiff(s) _Charles Hicks #246241_

                  Defendant(s) _Ala. Dept of Corrections et, al_
                  _and the Prison Health Services  Franklin, Tenn._

            2.    Court (if federal court, name the district; if
                  state court, name the county) _Middle District court_
                  _Alabama, Montgomery, County._

3.  Docket number 2:06-CV-990-MEF

4.  Name of judge to whom case was assigned Judge Charles Coody, Jr.

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Still Pending At Present time

6.  Approximate date of filing lawsuit Oct of 2006

7.  Approximate date of disposition _____

II.  PLACE OF PRESENT CONFINEMENT Frank Lee Youth Center P.O.Box 220410, Deatsville, AL 36022,

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Frank Lee Youth Center, P.O.Box 220410, Deatsville, AL 36022.

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|------|---------|
| 1. Dept. of Corrections (AL) | 301 South Ripley, St. Montgomery |
| 2. Commissioner Richard Allen | 301 South Ripley St. Montgomery |
| 3. Warden John Cummings | P.O.Box 220410, Deatsville, AL 36022 |
| 4. Captain Herold Burton | P.O.Box 220410, Deatsville, AL 36022 |
| 5. Prison Health Services in Franklin, Tennessee |  |
| 6. |  |

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED Jan 27th of 2007 until the present time.

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: The grounds is for money being taken off my account with out me knowing about it. this is the 3rd time that money was taken out of my account. All 3 times I told Captain Burton about my problem. The Prison Health Services took money from my account. They do not suppose too take money off of my account. Captain Burton will not do anything about it.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

The problem is, Money has been taking out of my inmate account since I've been here at Frank Lee within the last 3 weeks. I am a Chronic Patient and they do not supose too take any money from my account. From Jan 27th of 2007 until now.

GROUND TWO:   Cruel and Unusual Punishment.

SUPPORTING FACTS:   From June of 2006 until the Present time people here at Frank Lee Youth Center (Officers and Staff) have been treating me with cruel and unusual punishment about my money and my health problems. I am scared for my life. They are treating me like hell, here.

GROUND THREE: _____

SUPPORTING FACTS: _____

_____

_____

_____

_____

3

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
      MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

*I would like for the court too make these people put my money back on my account as soon as possible and also make them stop treating me with cruel and unusual puinshment about anything containing my health or give me an early Parole from prison.*    Charles Hicks #246241

Signature of plaintiff(s)

    I declare under penalty of perjury that the foregoing is true
and correct.

      EXECUTED on _2/14/07_____.
                     (Date)


                Charles Hicks #246241
                Signature of plaintiff(s)

4

Charles White #246241
Jack Lee Youth Center
P.O. Box 220410
Deatsville, Al 36022
ABorm/ Bed #20A

Office of The Clerk
United States District Court
Attent!!! Clerk Office
P.O. Box 711
Montgomery, Al 36101-0711

THIS CORRESPONDENCE IS FORWARDED
FROM AN ALABAMA STATE PRISON. THE
CONTENTS HAVE NOT BEEN EVALUATED
AND THE ALABAMA DEPT. OF CORRECTIONS IS
NOT RESPONSIBLE FOR THE SUBSTANCE
OR CONTENTS THEREIN.

POSTAGE DUE

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 FEB 20  A 9:52

_Charles Hicks  # 246241_
Full name and prison number
of plaintiff(s)

v.

_Dept. of Corrections et, al_
_Commissioner Richard Allen_
_The Prison Health Services_
_Station Correctional_

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
CIVIL ACTION MIDDLE DISTRICT ALA
(To be supplied by Clerk of
U.S. District Court)

2:07 CV 148 - MEF

I.    PREVIOUS LAWSUITS
   A.   Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( ✓ )  NO (   )

   B.   Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( ✓ )  NO (   )

   C.   If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.   Parties to this previous lawsuit:
             Plaintiff(s) _Charles Hicks  # 246241_

             Defendant(s) _Ala of Dept. of Corrections_
             _and The Prison Health Services._

        2.   Court (if federal court, name the district; if
             state court, name the county) _District Middle_
             _court, Alabama, Montgomery County._

3. Docket number 2:06-cv-990-MEF

4. Name of judge to whom case was assigned Judge Charles Coody, Jr.

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   It is still pending.

6. Approximate date of filing lawsuit Oct of 2006.

7. Approximate date of disposition Oct of 2006.

II. PLACE OF PRESENT CONFINEMENT Frank Lee Youth Center P.O Box 220410, Deatsville, Al 36022.

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Frank Lee Youth Center P.O Box 220410, Deatsville, Al 36022

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Dept. of Corrections | 301 South Ripley St. Montgomery |
| 2. | Commission Richard Allen | 301 South Ripley St. Montgom |
| 3. | Prison Health Services | Franklin, Tennessee |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED February 15, 2007,

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Everytime I go too the doctor at Station Correctional, I have too wait along time too see the doctor. And also, I am a diabetic and everytime I am there, I always have too wait a longtime for my food. I am tried of being treated like an animal that is locked up in a Cage without something too eat. And tried of not being treated like an inmate suppose too be treated.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On Feb 15, 2007 after 9:00 am/ I was at the doctor at Station Corrections about my health. I waited for 6 an half hours. I had to ask about times about giving me some food because I am a diabetic. They tried too act like they did not hear me.

GROUND TWO: They need to do something about waiting along time for the doctor.

SUPPORTING FACTS: Everytime, I go too the doctor I have too wait along time before I see the doctor and always wait along time before they call Tronk Lee too come get me I am tired of being treated with cruel and unusual puinshment.

GROUND THREE: _____

SUPPORTING FACTS: _____

3

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT.    CITE NO CASES OR STATUTES.

*I like to make sure that they will provided me with food especially because I am a diabetic with food. And give me the recopeit whenever I am there too see the doctor.*

*Charles Hicks* #246241
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true
and correct.

EXECUTED on    2/15/2007    .
(Date)

*Charles Hicks* #246241
Signature of plaintiff(s)

4



Charles Coito #2
Frank Lee Youth Center
R D BOX 82-0410
Deatsville, AL 36022
A Dorm) Bed # 20A

THIS CORRESPONDENCE IS FORWARDED
FROM AN ALABAMA STATE PRISON. THE
CONTENTS HAVE NOT BEEN EVALUATED
AND THE ALDEPT OF CORRECTIONS IS
NOT RESPONSIBLE FOR THE SUBSTANCE
OR CONTENTS THEREIN.

Mailed by The Clerk
United States District Court
Atten !!! District Clerk
P O Box 711
Montgomery, Alabama 36101-0711

# EXHIBIT B

# A F F I D A V I T

STATE OF ALABAMA     )
                                   )

<u>Montgomery</u> **COUNTY**     )

      I, <u>Catherine Stallworth</u>, hereby certify and affirm that I am a <u>Medical Records Supv.</u>, at <u>      Kilby      </u>; that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one <u>Charles Hicks</u>, AIS# <u>246241</u>; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

      I further certify and affirm that said documents are maintained in the usual and ordinary course of business at <u>      Kilby      </u>; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

      This, I do hereby certify and affirm to on this the <u>27th</u> day of <u>August</u>, 2007.

                               *Catherine Stallworth*

      SWORN TO AND SUBSCRIBED BEFORE ME THIS THE <u>27th</u> Day of <u>August</u>, 2007.

*Cynthia R. Evans*

Notary Public

<u>6-15-08</u>

My Commission Expires

# ALABAMA DEPARTMENT OF CORRECTIONS

## PROBLEM LIST

INMATE NAME __Hicks, Charles__     AIS# __246244__

Medication Allergies: __NKA__

**Medical:** Chronic (Long-Term) Problems
Roman Numerals for Medical/Surgical

**Mental Health Code:** SMI  HARM  HIST  NONE
Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 5/19/06 | HTN          (1992) | | | H |
| 5/19/06 | DM II        2002 | | | H |
| 5/20/6 | PPd  (Form) | | | WW |
| 6/04/07 | venous insufficiency  both lower legs | | | m |
| 6/04/07 | Dyslipidemia  (1992-1993) | | | m |
| 6/04/07 | non smoker → Reported | | | m |
| 6/9/07 | PVD | | | H |
| 6/25/07 | Major Depressive D/O | MH = 1 | | EB, MD |
| | | | | |
| | | | | |
| | | | | |

**If Asthmatic label:  Mild – Moderate – or Severe.

# IMMUNIZATION RECORD

Name _Hicks, Charles_ AIS _246841_ D.O.B. _11-2-61_

## Hep A Vaccine

Date _____ By _____

Date _____ By _____

## Hep B Vaccine

1) Date _____ By _____

2) Date _____ By _____

3) Date _____ By _____

## Influenza

Date _11/14/06_ By _Omekedy_   Date _____ By _____
Date _____ By _____   Date _____ By _____
Date _____ By _____   Date _____ By _____
Date _____ By _____   Date _____ By _____
Date _____ By _____   Date _____ By _____
Date _____ By _____   Date _____ By _____

## Pneumococcal

Date _____ By _____   Date _____ By _____
Date _____ By _____   Date _____ By _____

## TB PPD

Date _5-2-06_ Result _0mm_   Date _____ Result _____
Date _____ Result _____   Date _____ Result _____
Date _____ Result _____   Date _____ Result _____
Date _____ Result _____   Date _____ Result _____
Date _____ Result _____   Date _____ Result _____
Date _____ Result _____   Date _____ Result _____
Date _____ Result _____   Date _____ Result _____
Date _____ Result _____   Date _____ Result _____

Tetanus Date _____ By _____
Tetanus Date _____ By _____

**PHS**
PRISON HEALTH SERVICES INCORPORATED

DEPARTMENT OF CORRECTIONS
## TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution: _Glen City_

Date: 7/16/9  Time: 300  AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

_Staton_

RECEIVING MEDICAL STATUS
- [x] Population
- [ ] Infirmary
- [ ] Isolation

RELEASED: Inmate/Health Record

Institution: _Staton_

Date: 7/15/07  Time: 1115  AM/PM

RELEASE FROM:
- [ ] Infirmary
- [ ] Segregation
- [x] Population
- [ ] Mental Health
- [ ] Other _____

RELEASE TO:
- [x] DOC
- [ ] Infirmary
- [ ] Mental Health
- [ ] Institution/Work Release Center/Free-World Hospital

ALLERGIES:
_NKA_

PHYSICAL EXAMINATION

Date of last exam: _____

Chest X-Ray Date: _____ Result: _____

PPD Reading 5/20/06 0mm

Classification: _____

Limitations: _____

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal | | YES | NO | |
|---|---|---|---|---|---|---|---|
| CBC | 5/20/06 | [x] | [ ] | Wears Glasses/Contacts | [x] | [ ] | |
| Urinalysis | 5/19/06 | [x] | [ ] | Dental Prosthesis | [ ] | [ ] | |
| | | [ ] | [ ] | Hearing Aide | [ ] | [ ] | |
| | | | | Other Prosthesis | [ ] | [ ] | Receiving Nurse |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

_HTN_    _MH=1_

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

_See MAR_

| | | |
|---|---|---|
| MEDICATIONS | [ ] Sent w / inmate | [ ] Not sent w / inmate |
| X-RAY FILM | [ ] Sent w / inmate | [ ] Not sent w / inmate |
| HEALTH RECORD | [x] Sent w / inmate | [ ] Not sent w / inmate |
| Released to: | _DOC_ | |

Date: 7/15/07  Time: 1115  AM/PM

| | | |
|---|---|---|
| MEDICATIONS | [ ] Received | [ ] Not Received |
| X-RAY FILM | [ ] Received | [ ] Not Received |
| HEALTH RECORD | [ ] Received | [ ] Not Received |
| CHART REVIEWED | [ ] YES | [ ] NO |

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____ LAST CLINIC: _____

Received by: _____ Signature of Receiving Nurse

Date: 7/16/07  Time: _____ AM/PM

FOLLOW-UP CARE NEEDED    Date    Time    With Whom - - Location (Sending Nurse)    Date/Appt. Made w/Whom (Rec. Nurse)
- [ ] Medical
- [ ] Dental
- [ ] Mental Health

| NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation) | | Yes | No |
|---|---|---|---|
| HISTORY | Drug Use | | [x] |
| | Mental Illness | [x] | |
| | Suicide Attempt | | [x] |
| | Chronic Care | [x] | |
| STATUS | Special Diet | | [x] |
| | Appearance | [x] | |
| | OTHER PERTINENT NURSING ASSESSMENT | | |

| NURSING ASSESSMENT (RECEIVING NURSE) (Noted from intake assessment) | | Yes | No |
|---|---|---|---|
| SKIN | Open Sores | | [x] |
| | Lice | | [x] |
| | Edema | | [x] |
| | Warm & Dry | [x] | |
| | Cool & Moist | | [x] |
| CONDITION | Alert | [x] | |
| | Oriented | [x] | |
| | Uncooperative | | [x] |
| | Depressed | | [x] |

INTAKE
- Sick Call Procedures Explained
- Height
- Weight
- Blood Pressure
- Temperature
- Pulse Resp
- Other

9/06
275

_____ 7/15/07 _____ 7/16/07
Signature of Nurse Completing Assessment (Sending Nurse) / Date    Signature of Intake Screening Nurse (Receiving Nurse) / Date

INMATE NAME (LAST, FIRST, MIDDLE)
_Hicks    Charles_

| DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|
| 2462 | 11-2-61 | B m | SCC |

PHS-MD-70000

Treatment Continued:

S/P √ qd x 14 days

| | Date 9/13/06 | Date 9/14/06 | Date 9/15/06 | Date 9/16/06 | Date 9/17/06 | Date 9/18/06 | Date 9/19/06 |
|---|---|---|---|---|---|---|---|
| pm | | 130/90 | 176/94 | 113 | 124/88 | 120/80 | 150/96 |
| | Initials | byones | AWS | AWS | MB | AM | AM |

| | Date 9/20/08 | Date 9/21/06 | Date 9/22/06 | Date 9/23/06 | Date 9/24/06 | Date 9/25/06 | Date 9/26/06 |
|---|---|---|---|---|---|---|---|
| pm | 166/96 | 144/88 | | 122/86 | | 150/40 | |
| | Initials AWS | Initials KMB | Initials | Initials AM | Initials | Initials mf | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

Comments:

| Patient Name/Number 246241 Hick, Charles | Allergies: NKDA | Housing Unit: FLYO |
|---|---|---|

**Treatment Continued:** Epsom Salt Soaks QD x 14days

Bp Vs QD x 14 days

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 10/8 | 10/9 | 10/10 | 10/11 | 10/12 | 10/13 | 10/14 |
|      |      | Done 142/100 | Done 140/90 |      | Done | Done 148/90 |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 10/15 | 10/16 | 10/17 | 10/18 | 10/19 | 10/20 | 10/21 |
|      | 118/76 | 120/80 | 112/85 |      | 140/90 |      |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 10/22 |      |      |      |      |      |      |
| 150/98 TX Done NB |      |      |      |      |      |      |
|      |      |      |      |      |      |      |

**Comments:**

| Patient Name/Number | Allergies: | Housing Unit: |
|---------------------|-----------|----------------|
| Hicks, Charles | NKA | FLYC |

Treatment Continued: BP ✓  2 times weekly x 4 weeks

WEEK 1          WEEK 2          WEEK 3

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 12/13 | 12/16 | 12/20 | 12/22 | 12/27 | 12/29 | |
| 120/76 | 150/100 | 110/84 | 122/80 | 128/80 | 142/94 | |
| | | | | | NB | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

WEEK 4

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 1/3 | 1/5 | | | | | |
| 120/70 | 134/84 | | | | | |
| | None | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| | | | | | | |
| | | | | | | |
| | | | | | | |

Comments:

| Patient Name/Number | Allergies: | Housing Unit: |
|---------------------|-----------|---------------|
| Hicks, Charles 246244 | NKA | |



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: *Charles Hicks*          Date of Request: *9/26/06*
ID # *246241*                    Date of Birth: *11-2-61* Location: *2D - Bed #20*
Nature of problem or request: *I need some diebetic orthopedic shoes real bad and also some Elpson salt and a foot tub for my feet because i have swelling in left leg that hurts real bad.*

                              *Charles Hicks*
                                      *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
RECEIVED
Date: 9/26/06
Time: 720
Receiving Nurse Intials: PM
```

**(S)ubjective:**

**(O)bjective**   (V/S):  **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

S/C 12:38
9-27-06
NB

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name _Charles Hicks_ Date of Request: _10/10/06_

ID # _246241_ Date of Birth: _11-2-61_ Location: _3 Dorm Bed #12_

Nature of problem or request: _I still requiring about my orthopedics_
_shoes and to get my blood presure checked. I also_
_need to know how much ~~~~ medines do I take_
_everyday please. I want to know about every pill and what it is all about._

_Charles Hicks_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

(S)ubjective: _[illegible signature] 10-11-06_

┌─────────────────────────┐
│      RECEIVED           │
│ Date:                   │
│ Time:                   │
│ Receiving Nurse Intials _____ │
└─────────────────────────┘

(O)bjective    (V/S): **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

(A)ssessment:

(P)lan:

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:    ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002    (1/4)

PHS

## Nursing Evaluation Tool:                          General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Hicks, Charles_

Inmate Number: _246241_ Last                First _Hicks, Charles_    Date of Birth: _11 / 2 / 61_ MM DD YYYY

Date of Report: _10 / 11 / 06_ MM DD YYYY         Time Seen: _11⁵⁵_ **AM / PM** Circle One

**Subjective:** Chief Complaint(s): _Need B/P checked and want to find out_
Onset _about Shots take & for what, want to know_

Brief History _Diabetic requesting diabetic shoes, diabetic_
(Continue on back if necessary) _4 yrs._

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _97⁶_  P: _80_  RR: _20_  B/P: _120 / 86_

Examination Findings: _Requesting diabetic shoes and wants_
(Continue on back if necessary) _to know about meds._

☐ Check Here if additional notes on back

**Assessment: (Referral Status)**      Preliminary Determination(s): _____
☒ Referral **NOT REQUIRED**

☐ Referral **REQUIRED** due to the following: (Check all that apply)
  ☐ Recurrent Complaint (More than 2 visits for the same complaint)
  ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☒ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____ (Describe)
OTC Medications given ☒ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☐ YES (If Yes, Whom/Where): _MD review_      Date for referral: __/__/__ MM DO YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?) _____   Time

x _T. Swindle LPN_                    Name: _T. Swindle LPN_
  Nurses Signature                            Printed



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Charles Hicks        Date of Request: 10-16-06
ID # 246241            Date of Birth: 11-2-61 Location: 3-#12
Nature of problem or request: I am requiring about the othrodnetic
show that i suppose it gets Dr. Corbier told me that
he will let me know when or were will, I go to the
hospital to see about my leg. the reason why my leg really
hurts me real bad.                                   Charles Hicks

                                                    *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────────┐
│         RECEIVED            │
│  Date:                      │
│  Time:                      │
│  Receiving Nurse Intials ___│
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective** (V/S): **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN

CIRCLE ONE

Check One:  ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
                Was MD/PA on call notified:    Yes ( )    No ( )

_____
                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Charles Hicks_   Date of Request: _10/19/06_
ID # _246241_   Date of Birth: _11-2-67_  Location: _3-#72_
Nature of problem or request: _I need to have my diabetic_
_Blood ~~Glucose~~ Sugar Checked Every morning_
_because it is very important._

_Charles Hicks_
                                    *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   **(V/S):**  **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
          If Emergency was PHS supervisor notified:   Yes ( )     No ( )
                    Was MD/PA on call notified:   Yes ( )     No ( )

_____
                                *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS

**Nursing Evaluation Tool**                    <u>General Sick Call</u>

Facility: Staton Correctional Facility

Patient Name: _Hicks, Charles_
               Last                      First

Inmate Number: _246247_            Date of Birth: _1_ _12_ _16_
                                               MM   DD  YYYY

Date of Report: _10_ _20_ _06_      Time Seen: _1145_   (AM)/ PM  Circle One
              MM  DD  YYYY

**Subjective:** Chief Complaint(s): _Want B/s done q Am_

Onset: _Years ago_

Brief History: _Diabetic x's some time and want B/S_
(Continue on back if necessary) _q d_

□ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _97.6_  P: _72_  RR: _20_  B/P: _140_/_98_

Examination Findings: _No acute distress, Stable no problems_
(Continue on back if necessary) _Just want BS q d_

□ Check Here if additional notes on back

**Assessment: (Referral Status)**    **Preliminary Determination(s):** _____

☒ Referral <u>NOT REQUIRED</u>

□ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
    □ Recurrent Complaint (More than 2 visits for the same complaint)
    □ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☒ Instructions to return if condition worsens.
□ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. □ YES □ NO (If NO then schedule patient for appropriate follow-up visits)
□ Other: _____
    (Describe)
OTC Medications given ☒ NO □ YES (If Yes List): _____

Referral: ☒ NO □ YES (If Yes, Whom/Where): _____    Date for referral: _/_ _/_
                                                         MM DD YYYY
Referral Type: □ Routine □ Urgent □ Emergent (if emergent who was contacted?): _MD review_    Time ____

x _T. Swindle Lpn_     Name: _T. Swindle Lpn_
   Nurses Signature                        Printed



**PRISON HEALTH SERVICES**
**INCORPORATED**

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Charles Hicks          Date of Request: 10/21/06
ID # 246241          Date of Birth: 11-2-61  Location: 3-#12
Nature of problem or request: I need the doctor to write me
some papers so the people here at Frank Lee
wood know that, I have promission to wear these
slides because my left leg is hurting me real bad.

Charles Hicks
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────┐
│         RECEIVED            │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**    (V/S): T: _____    P: _____    R: _____    BP: _____    WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
                              CIRCLE ONE
Check One:    ROUTINE ( )        EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
                Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



Nursing Evaluation Too'                                  General Sick Call

Facility: Staton Correctional Facility

Patient Name: _Hicks, Charles_

Inmate Number: _246247_    ___Last___

Date of Birth: _11_ _2_ _61_    MI
                                MM  DD  YYYY

Date of Report: _10_ _23_ _06_    Time Seen: _1155_    AM / PM  Circle One
                MM  DD  YYYY

**Subjective:**  Chief Complaint(s): _Need pink slip to wear slides due to my feet & leg swelling_

Onset: _____

Brief History: _Chronic feet & leg swelling_
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:**  Vital Signs: (As Indicated)  T: _97_⁶  P: _68_  RR: _20_  B/P: _110_/_70_

Examination Findings: _Chronic leg swelling left leg_
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Assessment:** (Referral Status)     **Preliminary Determination(s):** _____
☑ Referral **NOT REQUIRED**

☐ Referral **REQUIRED** due to the following: (Check all that apply)
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Other: _____

_noted_
_R_  _10/27/06_

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:**  Check All That Apply:
   ☐ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up.  ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
                (Describe)

OTC Medications given  ☐ NO  ☐ YES (If Yes List): _____

Referral: ☑ NO  ☐ YES (If Yes, Whom/Where): _MD review_    Date for referral: _/_ _/_
                                                                            MM  DD  YYYY
                                                                            Time _____

Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____

x _T. Swindle_    Name: _T. Swindle_
  Nurses Signature              Printed



**PRISON HEALTH SERVICES**
**INCORPORATED**

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: Charles Hicks                    Date of Request: 10-28-06
ID # 246241                    Date of Birth: 11-02-61 Location: 3-#12
Nature of problem or request: I need to see the Doctor because
my Left Leg still hurts me. Also, I made a profile
so I can show it to Sgt. Givens.

_____

                                        Charles Hicks
                                         *Signature*

### DO NOT WRITE BELOW THIS LINE
_____

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────┐
│        RECEIVED         │
│ Date:                   │
│ Time:                   │
│ Receiving Nurse Intials ___ │
└─────────────────────────┘

**(S)ubjective:**

**(O)bjective**   **(V/S): T:**_____  **P:**_____  **R:**_____  **BP:**_____  **WT:**_____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE ( )      EMERGENCY ( )
         If Emergency was PHS supervisor notified:    Yes ( )    No ( )
              Was MD/PA on call notified:    Yes ( )    No ( )

_____
                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

## Nursing Evaluation Tool:                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Hicks, Charles_
                          Last

Inmate Number: _246247_                    First              Date of Birth: _11 2 16/_
                                                                                MM  DD  YYYY

Date of Report: _10 30 06_                  Time Seen: _12⁰⁰_ AM / PM  Circle One
                MM  DD  YYYY

**Subjective:** Chief Complaint(s) _Need to see leg doctor, request to see another doctor about leg. Having a lot of leg pain._

Onset: _____

Brief History: _Having problem c̄ left leg. Pain + swelling_
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _97⁶_  P: _70_  RR: _18_  B/P: _110 / 76_

Examination Findings: _Left_
(Continue on back if necessary)

**Assessment:** (Referral Status)        Preliminary Determination(s): _____    ☐ Check Here if additional notes on back
  ☑ Referral **NOT REQUIRED**

  ☐ Referral **REQUIRED** due to the following: (Check all that apply) _____
      ☐ Recurrent Complaint (More than 2 visits for the same complaint)
      ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
  ☐ Instructions to return if condition worsens.
  ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☐ Other: _____
              (Describe)
OTC Medications given ☐ NO ☐ YES (If Yes List): _Motrin 400 mg bid x 2days_

Referral: ☑ NO ☐ YES (If Yes, Whom/Where): _____    Date for referral: _/ /_
                                                                           MM DD YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?) _____    Time _____

x _T. Swindle LPN_    Name: _T. Swindle LPN_



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Charles Hicks          Date of Request: 11-5-06

ID # 246241          Date of Birth: 11-2-61 Location: 3 Dorm / Bed # 12

Nature of problem or request: I need to ~~get~~ start back checking my blood sugar. I also need to talk to Dr. Corbier again about seeing a free world Doctor again. My leg hurts me real real bad. I want to go to UAB or Jackson ~~Hos~~ Hospital for test on my leg and Body please.

Charles Hicks
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

RECEIVED
Date: 11/9/06
Time: 8:53pm
Receiving Nurse Intials

**(S)ubjective:**

**(O)bjective**   (V/S): T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**Nursing Evaluation Tool:**                    **General Sick Call**

Facility:  Alabama Department of Corrections

Patient Name: _Hicks, Charles_
                              Last                              First

Inmate Number: _24629_                    Date of Birth: _11/2/61_
                                                              MM  DD  YYYY

Date of Report: _11/6/06_              Time Seen: _12 N_    AM / PM  Circle One
                  MM  DD  YYYY

**Subjective:** Chief Complaint(s): _Need to start BS again and leg hurts
real bad._ Onset: _Request to see FW doctor @ USB @ Jackson_

Brief History: _Chronic leg pain and edema. Requesting_
(Continue on back if necessary) _FWA. Also want blood sugar checks._

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _97⁶_ P: _80_ RR: _20_ B/P: _120/78_

Examination Findings: _Left leg edematous, c/o real bad pain_
(Continue on back if necessary) _and wants FWA._

☐ Check Here if additional notes on back

**Assessment: (Referral Status)**    Preliminary Determination(s): _____

☑ **Referral NOT REQUIRED**

☐ **Referral REQUIRED** due to the following: (Check all that apply)
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☑ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
   (Describe)
OTC Medications given ☑ NO ☐ YES (If Yes List): _____

Referral: ☑ NO ☐ YES (If Yes, Whom/Where): _MD review_    Date for referral: __/__/__
                                                                        MM  DD  YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?) ____    Time ____

x _T. Swindle_              Name: _T. Swindle_
   Nurses Signature                    Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: *ChaRLes Hicks* _____ Date of Request: *11- 7- 06*
ID # *246241* _____ Date of Birth: *11-2-61* Location: *3D-B #12*
Nature of problem or request: *I need to go to another free woRld*
*Doctor to have A test on my Left Leg again. This*
*is to Doctor CoRbieR.*

_____

*Charles Hicks*
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────────────┐
│         **RECEIVED**            │
│ Date: 11/7/06                   │
│ Time: 2050                      │
│ Receiving Nurse Intials _MY_    │
└─────────────────────────────────┘

*Refused SC*
*11-8-06*
*11:55 pm*

**(S)ubjective:**

**(O)bjective**  **(V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                                    CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )     No ( )
              Was MD/PA on call notified:   Yes ( )     No ( )

_____
                              *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

PRISON
HEALTH
SERVICES
INCORPORATED

Print Name: _Charles Hicks_    Date of Request: _11-16-06_
ID # _246241_    Date of Birth: _11-2-61_ Location: _3#2_
Nature of problem or request: _I need to talk to Dr._
_Corbier because my leg is really hurting me real bad._
_the fluid in my leg looks like it has gone up my leg_
_and I don't like it at all._
                                    _Charles Hicks_
                                    *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

_4/4 c 5c_
_11-17-06_
_12.39 pm_

┌─────────────────────────┐
│         RECEIVED         │
│ Date:                    │
│ Time:                    │
│ Receiving Nurse Intials ____ │
└─────────────────────────┘

**(S)ubjective:**

**(O)bjective**    (V/S): **T:** _____    **P:** _____    **R:** _____    **BP:** _____    **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                            CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                Was MD/PA on call notified:   Yes ( )    No ( )

_____
                *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**Nursing Evaluation Tool:**                                    <u>General Sick Call</u>

Facility: Alabama Department of Corrections

Patient Name: *Hicks, Charles*
           Last                  First

Inmate Number: *246247*
         Date of Birth: *11  12  60*  MI
                           MM  DD  YYYY

Date of Report: *11  17  06*
        MM  DD  YYYY
        Time Seen: *12³⁰* AM / **PM** Circle One

**Subjective:** Chief Complaint(s): *need to go back to Dr. Carbier and need diabetic shot. Need something for pain, leg hurts too.*
Onset: _____

Brief History: *Have pain and swelling in left leg for*
(Continuation on back if necessary) *a long time.*

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: *97⁶* P: *84* RR: *20* B/P: *140 / 93*

Examination Findings: *Swelling noted left leg. Requesting to*
(Continuation on back if necessary) *see Dr. Carbier to discuss outside appt. and*
*need something for pain.*

☐ Check Here if additional notes on back

**Assessment: (Referral Status)**  Preliminary Determination(s): _____
  ☐ Referral <u>NOT REQUIRED</u>
                     _____

  ☒ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
    ☒ Recurrent Complaint (More than 2 visits for the same complaint)
    ☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
  ☒ Instructions to return if condition worsens.
  ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☐ Other: _____
        (Describe)

OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _____
                                      Date for referral: ___/___/___
                                              MM  DD  YYYY

Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): *MD review* Time ___

x *T. Swindle LPN*
  Nurses Signature
                      Name: *T. Swindle LPN*
                             Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Charles Hicks_     Date of Request: _11-21-06_

ID # _24624 1_     Date of Birth: _11-2-61_ Location: _3-12_

Nature of problem or request: _I need to see Dr. Corbier_
_about my Leg. And also to make an appointment_
_too see Another Free World doctor real Bad._
_my Leg is hurting me real bad Right now._

                                           _Charles Hicks_
                                                *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: _11 / 22 / 06_
Time: _1930_   AM **PM**
Allergies: _NKA_

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** "I need to see Somebody About my chronic
Problem with this Swelling in my leg" "I need
Some cautches to take Some wgt off my foot"

**(O)bjective** (V/S): T: _98²_   P: _78_   R: _20_   BP: _138/96_   WT:
Ambulated to HCU Slow gait. Edema to (L)↓ ext 4+ pitting edema
Scaling skin to↓ ext Very dry skin. Discoloration to Area below Knee
to side of Calf. Unable to palpate pedal pulse.

**(A)ssessment:**
Alteration Skin Integrity R/t edema

**(P)lan:** Evaluate per MD

Refer to: (MD/PA)  Mental Health  Dental  Daily Treatment  Return to Clinic PRN
                               CIRCLE ONE
Check One:  ROUTINE ( )  EMERGENCY ( )  _Urgent_ (✗)
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

                     _D McLeod_
                       *SIGNATURE AND TITLE*

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Charles Hicks_     Date of Request: _11-29-06_

ID # _246241_     Date of Birth: _11-2-61_  Location: _3-#12_

Nature of problem or request: _Dr. Corbier told me that I_
_will have some crutches on Monday afternoon. I_
_need them real real bad because my leg hurts_
_me really bad._

_Charles Hicks_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

```
RECEIVED
Date: 11-30-06
Time: 6:10 p
Receiving Nurse Intials  K
```

**(S)ubjective:**

**(O)bjective**   **(V/S): T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

Crutches sent over after
sick call by nurse. 11/30/06

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_K Jones LPN_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



PRISON HEALTH SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: *Charles Hicks*    Date of Request: *12/11/06*
ID # *246241*    Date of Birth: *11-2-61* Location: *3 - 12*
Nature of problem or request: *I would like for you to*
*Check my blood Presure please? When will*
*I get my orthepidic shoes? I am tried of*
*waiting.*

*Charles Hicks*
Signature

### DO NOT WRITE BELOW THIS LINE

Date: *12/12/06*
Time: *9:20* AM (PM)
Allergies: _____

```
┌─────────────────────────────┐
│         RECEIVED            │
│ Date: 12/12/06             │
│ Time: 6 AM                 │
│ Receiving Nurse Intials BW │
└─────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective    (V/S): T:          P:          R:          BP:          WT:**

**(A)ssessment:**    *inmate stated he had seen*
*the doctor on today and did*
*not need to come to sick call."*
*Jones*

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
                                    CIRCLE ONE
Check One:    ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
                Was MD/PA on call notified:    Yes ( )    No ( )

*K M Jones LPN*
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002    (1/4)

FL4C



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Charles Hicks_          Date of Request: _12/20/06_
ID # _246241_          Date of Birth: _1/12/61_ Location: _3 - #12_
Nature of problem or request: _Dr. Cobier, I need to go too UAB in_
_Birmingham about my health because, I want_
_to know whats going with me. Make me a_
_appointment too see a Doctor please. I want another_
_Doctor too see me please. Charles Hicks_
                                                          _Signature_

### DO NOT WRITE BELOW THIS LINE

Date: _12 / 22 / 06_
Time: _6:15_   AM **PM**
Allergies: _N/A_

RECEIVED
Date: _12/21/06_
Time: _10:07 pm_
Receiving Nurse Intials _NP_

**(S)ubjective:**

**(O)bjective**   (V/S): T: _98_   P: _98_   R: _16_   BP: _122/80_   WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                        CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
        Was MD/PA on call notified:   Yes ( )    No ( )

_J. Parker, LPN_
                _SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Charles Hicks_     Date of Request: _1-21-07_
ID # _246241_     Date of Birth: _11-2-61_ Location: _A Dorm/Bed #20A_
Nature of problem or request: _I need to go to a free world Hospital_
_like UAB so I can get the best treatments that I need_
_for my left leg as soon as possible. Also, I need to take_
_my medicine KOP on my own._
                      _Charles Hicks_
                            *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: 1/21/07 |
| Time: 4:45 P |
| Receiving Nurse Initials: |

**(S)ubjective:**

**(O)bjective (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
                               CIRCLE ONE
Check One:  ROUTINE (  )    EMERGENCY (  )
      If Emergency was PHS supervisor notified:  Yes (  )    No (  )
             Was MD/PA on call notified:  Yes (  )    No (  )

                                  *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Charles Hicks_ _____ Date of Request: _4/9/07_
ID # _246241_ _____ Date of Birth: _11-2-61_ Location: _C-#23A_
Nature of problem or request: _I would like too talk too the_
_Doctor about getting a Work Profile so i can go_
_out on a squad. And also for a Check Up from_
_Doctor Courier._

_Charles Hicks_
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: 4-10-07 |
| Time: 1:34 pm |
| Receiving Nurse Intials ___ |

**(S)ubjective:**

**(O)bjective** (V/S): **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
        Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



PRISON HEALTH SERVICES, INC.

**SICK CALL REQUEST**

Print Name: _Charles Hicks_            Date of Request: _4/11/07_
ID # _246241_            Date of Birth: _11-2-61_ Location: _C Dorm/Bed 23A_
Nature of problem or request: _I talked too a nurse about a lower_
_and no standing Profiles And also a light work Profile_
_from Dr. Cobier on this morning after 9:30 am And she_
_told me she would send me a paper too fill out._
                                        _Charles Hicks_
                                          *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────┐
│        RECEIVED         │
│ Date: 4-11-07           │
│ Time: 10²⁰ p            │
│ Receiving Nurse Intials │
└─────────────────────────┘

**(S)ubjective:**   _4-13-07_
_Inmate states he was seen this morning concerning this matter._

**(O)bjective**   (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                        CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                Was MD/PA on call notified:   Yes ( )    No ( )

                                _SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Charles Hicks_    Date of Request: _5-14-07_
ID # _246241_
Date of Birth: _11-2-61_  Location: _E2- #9A_
Nature of problem or request: _I have sores in my head and it's itching so bad, I am a diabetic, I need something for my head. I really, really need to go too an outside hospital like UAB too see another Doctor about my health problems._

_Charles Hicks #246241_
                                          _Signature_

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

SSC 5-16-07
9 AM

```
RECEIVED
Date: 5/15/07
Time: 4:00
Receiving Nurse Intials
```

**(S)ubjective:**

**(O)bjective**  (V/S): T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:**

5/16/07
f la ɛ me
@ comp
lss

**(P)lan:**

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment     Return to Clinic PRN
                                  CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
     If Emergency was PHS supervisor notified:  Yes ( )    No ( )
              Was MD/PA on call notified:  Yes ( )    No ( )

_____
                                  _SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
GLF-1002  (1/4)

Nursing Evaluation Tool                                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Hicks, Charles_
               Last                               First

Inmate Number: _246247_

Date of Report: _5 / 6 / 07_       Date of Birth: _11 / 2 / 61_
          MM  DD  YYYY                     MM  DD  YYYY

Time Seen: _900_   AM/ PM Circle One

**Subjective:** Chief Complaint(s): _Have sores in head and leg still_
_Swollen and painful._
          Onset:

Brief History: _Left leg swollen and painful for a while_
(Continue on back if necessary) _Sores in head for a long time._

**Objective:** Vital Signs: (As Indicated) T: _97_ P: _____ RR: _____ B/P: _120/90_
                                            ☐ Check Here if additional notes on back

Examination Findings: _Scabs noted to top of head c̄ no_
(Continue on back if necessary) _drainage. Lt. leg swollen and c/o_
_pain._

**Assessment: (Referral Status)**    Preliminary Determination(s):            ☐ Check Here if additional notes on back
  ☐ Referral **NOT REQUIRED**

  ☑ Referral **REQUIRED** due to the following: (Check all that apply)
     ☑ Recurrent Complaint (More than 2 visits for the same complaint)
     ☐ Other:

_5/16/07_
_pm T me_
_@ cromp_
_by_ Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of
the appropriate care to be given.

**Plan:** Check All That Apply:
  ☑ Instructions to return if condition worsens.
  ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they
should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☐ Other: _____
        (Describe)

OTC Medications given ☐ NO ☑ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Refer to MD_

Referral Type: ☐ Routine ☑ Urgent ☐ Emergent (if emergent who was contacted?): _____ Date for referral: _5 / 16 / 07_
                                                                   MM  DD  YYYY

_T. Swindle LPN_                                 Time
  Nurses Signature                Name: _T. Swindle LPN_
                                           Printed



PRISON HEALTH SERVICES, INC.
SICK CALL REQUEST

Print Name: *Charles Hicks* _____ Date of Request: __5/17/07__

ID # *246241* _____ Date of Birth: __11-2-61__ Location: __E-2-9A__

Nature of problem or request: *This is too see Dr. Paul Corbier about my left leg. It is still hurting me and also too go too a outside hospital too a outside Doctor so he can look at it Also.*

*Charles Hicks 246241*
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___

Time: _____ AM PM

Allergies: _____

```
                        ┌─────────────────────────────┐
                        │        RECEIVED             │
                        │  Date: 5-19-07              │
                        │  Time: 3:50 p              │
                        │  Receiving Nurse Intials  JP │
                        └─────────────────────────────┘
```

**(S)ubjective:** *Seeing CRNP 6-21-07-9s*

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:  MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN

CIRCLE ONE

Check One:  ROUTINE ( )    EMERGENCY ( )

*5/21/07 See progress notes RO*

If Emergency was PHS supervisor notified:   Yes ( )   No ( )

Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE

YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**Nursing Evaluation Tool:**

General Sick Call

Facility: Alabama Department of Corrections

Patient Name: Hicks, Charles

Inmate Number: 246241

Date of Report: 8 3 07

Date of Birth: 11 2 61

Time Seen: 1135  (AM)/PM Circle One

Subjective: Chief Complaint(s): Swelling to (B) ↓ extr. (L) leg worse

Onset: x 1 yr.

Brief History: Stated had problems with this on the street.

Objective: Vital Signs: (As Indicated) T: 97.9 P: 72 RR: 16 B/P: 164, 90

Examination Findings: AA0x3. Resp c̄ ease. Edema noted (L) ↓ extremity mild to (R) ↓ ext. NAD.

Assessment: (Referral Status)
☐ Referral NOT REQUIRED

Preliminary Determination(s): Alt health status R/T dx

☐ Referral REQUIRED due to the following: (Check all that apply)
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Other

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

Plan: Check All That Apply:
   ☐ Instructions to return if condition worsens
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other

OTC Medications given (HO) ☐ YES (If yes, list)

Referral ☐ No ☐ YES (If Yes, When/Where): Baker NP

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (If emergent who was contacted?)

Date for referral: 8 3 07

Rebekah Stough   Rebekah Stough RN

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE 3/29/07 6:25 TIME ☐ AM ☑ PM | ORIGINATING FACILITY F-LYC ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☑ EMERGENCY ☐ OUTPATIENT |
|---|---|---|

**ALLERGIES** NKA

| CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

**VITAL SIGNS: TEMP** 98.0  ORAL / RECTAL    **RESP.** 18    **PULSE** 80  **B/P** 130/72  RECHECK IF SYSTOLIC <100> 50    SAT 97

**NATURE OF INJURY OR ILLNESS**

S- having numbness off on on in (L) arm... Started after dinner about 5:30/P.

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |



PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O able to MEW. not numb @ this time.

A - Pt. in comfort

**ORDERS / MEDICATIONS / IV FLUIDS**

| | TIME | BY |
|---|---|---|
| Motrin 600mg - PO BID 7 days PRN | | X |

P. How to review request to see MD

**DIAGNOSIS** See Prog. notes

**INSTRUCTIONS TO PATIENT** Fin if any more symptoms/

| DISCHARGE DATE 3/29/07 | TIME 630 ☐ AM ☑ PM | RELEASE / TRANSFERRED TO | ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|

| NURSE'S SIGNATURE | DATE 3/29/07 | PHYSICIAN'S SIGNATURE RN CRNP | DATE 3/30/07 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Hicks, Charles | DOC# 246241 | DOB 11/4/61 | R/S B/M | FAC. FLYC |

PHS-MD-70007

(White – Record Copy, Yellow – Pharmacy Copy)

# EMERGENCY

| ADMISSION DATE 3/29/07 6²⁵ TIME AM (PM) | ORIGINATING FACILITY FLYC ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | | ☐ SICK CALL ☑ EMERGENCY ☐ OUTPATIENT |

**ALLERGIES** NKA

**CONDITION ON ADMISSION** ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS: TEMP** 98.0 ORAL RECTAL  **RESP.** 18  **PULSE** 60  **SAT** 97  **B/P** 130/72  RECHECK IF SYSTOLIC <100> 50

**NATURE OF INJURY OR ILLNESS**

S- having numbness off
On on in (L) arm...
Started after dinner
about 5:30/P.

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION / ___ SUTURES |

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- able to MEW. not
numb @ this time.

A- Alt. in comfort

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Motrin 600mg- PO 7 days | BID PRN | X |

P- Xfer to review
request to see MD

**DIAGNOSIS** See Prog. notes

**INSTRUCTIONS TO PATIENT** RTC if any more Symptoms

| DISCHARGE DATE 3/29/07 6³⁰ TIME AM (PM) | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE 3/29/07 | PHYSICIAN'S SIGNATURE RN CRP | DATE 3/30/07 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Hicks, Charles | DOC# 246241 | DOB 11/2/61 | R/S B/m | FAC. FLYC |

PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

ADMISSION DATE 5 /17/07   TIME 3:4̲ AM/PM

ORIGINATING FACILITY _Staton_
☐ SIR  ☐ PDL  ☐ ESCAPEE

☐ SICK CALL   ☐ EMERGENCY
☐ OUTPATIENT

ALLERGIES  Doesn't Know

CONDITION ON ADMISSION
☒ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP 98⁸  ORAL/RECTAL 298 RESP. 18   PULSE 89   B/R 118/76   RECHECK IF SYSTOLIC <100> 50

NATURE OF INJURY OR ILLNESS

S) Lt Leg Pain ( onset
today .

O) Points to complete
leg  Edema noted
lower leg.  No pitting
Stops had chronic
swelling of Lt leg
Wants Dr. __ MD
Opinion.  Pedal pulse
present. Has T&D
hose on Lt extremity

|  | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

A) Alt Health maintenance
Leg Comp't

P) Motrin (600mg) po (PP)
Elevate leg

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
|  |  |  |

DIAGNOSIS  Chronic Ⓛ leg edema

INSTRUCTIONS TO PATIENT  Fill out  Sick call for Chronic problem   Flu ( me ( cramp

DISCHARGE DATE 5 /17/07   TIME 3:5̲ AM/PM

RELEASE / TRANSFERRED TO  ☐ DOC  ☐ AMBULANCE  ☐

CONDITION ON DISCHARGE  ☒ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL

NURSE'S SIGNATURE  C Gulmn   DATE 5/17/8   PHYSICIAN'S SIGNATURE   DATE 5/18/07   CONSULTATION

INMATE NAME (LAST, FIRST, MIDDLE)  Hicks, Charles

DOC# 246241   DOB   R/S   FAC. Staton

PHS-MD-70007

(White – Record Copy, Yellow – Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Hicks Charles 246 241          D.O.B.: 11/2/61 |
|-----------|---------------------------------------------------------------|
| 7-5-06 | wt 252 T 98¹ P 64 R 20 B/P 140/90   O2 SAT 97% |
|  | Chronic Care |
| 7/12/06 | 20 N/CP w. nail clipping   Wt 258   T-98⁷   P-72 |
|  | R-20  O2 sat 98%   B/p (164/96)   →Dr... |
|  | ⑤ c/o poor funly bican of toenails. |
|  | ⑥ Upper lip bin fracture of Cory. |
| 9-22-06 | 20 N/CP w. Eval c/o neck pain, √3/p et B/s   Wt 271  BS-167 |
| 830 | T-98⁴  P-72   R-20  O2sat 97%   B/p 128/88 |
|  | S: PT here for Flu sick call. c/o "Knot on Ⓛ side |
|  | of neck" x 6 days. Pain c̄ Ⓛ side turng of neck. Approx |
|  | 6 days ago c/o chills, fever x 2 days c̄ resulted |
|  | "Knot c̄ tenderness" on Ⓛ side of neck. Denies cough, |
|  | nasal drainage, ear pain / drainage, SOB. |
|  | O: VSS Afebrile. GEN: AAOx3, in NAD. HEENT: |
|  | Head normocephalic, atraumatic. Eyes: PERRLA, EOMs |
|  | intact. Ears: TMs intact, Ø drainage. Nose: Nares |
|  | patent, Ø draing. Neck: Ⓛ lymph node enlargement / tenderness |
|  | 1cm x 1cm Ⓛ posterior cervical, Movable. Ⓝ warmth. ⊝ JVD. |
|  | ⊝ carotid bruits. Throat: Pharynx pink. ⊝ PND. Lungs: CTA/B |
|  | COR: RRR Ø M/G/R/C. Abd: Benign, soft, NTT, ⊕ BSx4, |
|  | ⊝ HSM. Ext: ②⁺ DP/PT pulses. ⊕ generalized Ⓑ LE |
|  | edema. Presently wearng TED hose. |
|  | A: 1) Posterior cervical enlarged lymph node |
|  |     a) Possible lymphangitis vs. folliculitis |
|  | P: 1) DP II   2) Bactrim DS 1 po BID x 10 days |
|  | 3) 1 wk. F/S... |

60111 (5/85)                     ...te **Both Sides** Before Using Another She...

...... CRNP

| Date/Time | Inmate's Name: | | D.O.B.: | / | / |
|---|---|---|---|---|---|

9-29-06  20×/CP re: f/u. Inmate was not brought to HCU. Will see monday— JA—

10-2-06  20×/CP re: f/u. Neck pain  Wt 279  T-98°  P-66
9:56  R-20  O2 Set 97%  (180/116) ——— JA—

S: Pt. for F/U ⓒ posterior cervical lymph node enlargment — possible lymphangitis vs folliculitis. Mild improvmnt w/ Bactrim, but area still enlarged. Denies fever, malaise, fatigue. On ROS c/o persistent ⓑ LE pitting edema, dry/scaly skin, & ⓑ LE pain w/ walkg. H/O ⓑ LE edema/pain since 1982. Denies calf tenderness

O: VSS × BP ↑ 180/116 (Clonidine 0.2g given now) Afebrile
HEENT: Head normocephalic, atraumatic. Eyes: PERRLA, EOM's intact. Ears: TM's intact. Nares patent. Pharynx intact. Neck: ⊖ JVD ⊖ carotid bruits. ⊕ 1cm×1cm enlarged lymph node post. cervical, hard, movable, ⊖ warmth ⊕ mild tenderness to palpation. Lungs: CTAB. Cor: RRR s mrmr.
Extremities: +2 DP/PT pulses. +2 pitting edema ⓑ LE to knee. Dry scaly/thick skin. Cap refill WNL. Thick ingrown toenails ⓑ feet s infxn sgn.

A: 1) Posterior Cervical Lymph Node enlargment
    a) Infectious vs Inflammatory
  2) NIDDM
  3) Possible PVD

P: 1) Stat Augmentin 875g 1 PO BID × 10 days
  2) ⓑ venous doppler ⓑ LE (? PVD)
  3) Epson salt soaks QD × 14 days
  4) Dx diabetic shoes
  5) Add Lasix 40mg PO QAM & HCU 1 0mg QAM × 2 wks for HTN & ⓑ LE edema
  6) Anticipate DP #T — not done as of this visit
  7) BP ✓ QD × 14 days
  8) 2 wk. F/U — will consider further  M.L., CRNP
    testg if lymphnode enlarged or improved w/abx.



PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Hicks Charles | D.O.B.: / / |
|---|---|---|

10/2/06
2:00
B/p rechecked 112/78 ――――― ___

10/13/06
11:45n
20HCP re: Endo f/u UM wt 280    T-98³ P-72
R-20 02Sat97%,    B/p 128/80 ――― OMA

⎰ Pt. is concerned about ℒ leg.
Pt. requested special shoes
leg. Elephantiasis. Pt. has
chronic pain.
Pt. is diabetic.

O- Ⓛ leg - marked swelling
⎰ Brawny discoloration of
shin. B+ pitting Edema.

A/P - ↑ diuretic therapy
     - Venous doppler
     - Diabetic shoes
     - Consult c̄ Vascular if
       need be ↑

| Date/Time | Inmate's Name: Hicks, Charles #1234    D.O.B.: 11/2/16/ |
|---|---|

10-25-00
3:00pm

Return from FWA venous Doppler on leg. — T 97.8  O2sat 97%, P66, R20
B/P 156/88

S. Traylor LPN

Patient Back from FWA appt re: venous doppler study of leg. No complaints voiced
Pt want attorney contacted re: his leg. Instructed Pt have attorney express records for his review.
Will bring Back to HCU in 10 Days for venous report results. Pt w/o return paperwork

11-3-00
9:48

30+ NP re: f/u test result Wt 253  T 97 P 64   NomceNP
R-20  O2sat 99%  146/88

Pt informed Results of Doppler study — No evidence of DVT  Q.S at done
c/o Pain Along Lateral leg.
Severe chronic swelling. Hx DM HTN.
Pt informed to inspect leg twice daily.
Came t support stocking given today.
Resume ASA qd.

EXAM

Large leg: ↑ severe chronic venous insuff
skin hyperpig & dry — No evidence
of infectn.   Fungal nails

A: DM ↑
  HTN
  Chronic venous insuff.

P: Elevate leg Pamoles Given Came
  Skin care education.  A&D ointment
  F/u HCU R 2-3 wks ī Dr corbera

Prosthetics /
Orthotics Consult

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

15  Black
XW Lace

**PROGRESS NOTES**

| Date/Time | Inmate's Name: Charles Hicks | D.O.B.: 11/02/61 |
|---|---|---|

11/3/06 — Pt seen for evaluation for quality shoes and inserts. Pt is neuropathic diabetic and has extremely swol lower extremity. Pt in need of diabetic shoes to protect neuropathic feet and help prevent wound. Pt also in need of custom molded inserts due to size and weight of patient. Pt in need of Black lace 15 XW shoes. Will provide when approved

60111 (5/85)                    **Complete Both Sides Before Using Another Sheet**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Hicks Charle. BM246241   D.O.B.: 11/6/61 |
|---|---|
| 11/7/06 8²³ | 20 N.l.ai. eval see 11/6/06 sickcall    wt 280 T-98° P-70 R-20   O2sat 98% B/P 162/102 |

| 11/7/06 | Pt. Venous doppler ⊖ for DVT. Plan 1) Elevated the legs frequently 2) Continue using Support stockings. 3) Cont. c̄ No prolonged standing profile |
| | N.B. Pt. c̄ diabetes discussed Diabetic diet |

| Date/Time | Inmate's Name: | D.O.B.: / / |
|-----------|----------------|-------------|

**11·27·06 8⁹³** 20NCPu: UM for Diabetic shoes W+281
T. 98' P. 76 R. 20 O₂Sat 97% B/p 146/98 - 3Hr

**12/4/06 8³⁰am** #t HCU F/u MD + Diabetic shoes
wt 279½

③ "I feel pretty good but my Left V leg still hurts"

⑥ Left lower leg swollen. wt 279½
BP 118/72, P 64, R 20, T 98⁵, O²Sat 98%

A

**12/4/06** ~ Ⓛ leg chronically swollen since 198.
Ⓛ Calf diameter 42 cm.
2+ Edema → To me swelling
is Ⓛ leg. has ↓ √

A/P chronic Venous insufficiency
continued c̄ Diuretics,
Ted Hoses Stocking
Elevate leg
Venous doppler Ⓛ

Will get Diabetic shoes (ordered
F/U c̄ Vascular Surgery
Discussed Elevating Ⓛ leg above
Tylenol ES for Pain. Cont. c̄ Lasix.

Ortho pedic (Diabetic) Shoes

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

AIS # 246241

## PROGRESS NOTES

| Date/Time | Inmate's Name: Charles Hicks | D.O.B.: / / |
|-----------|------------------------------|-------------|

12/13/06 Pt seen for delivery of his diabetic shoes and custom molded foot orthotics. Initial donning demonstrated good fit and proper support. Pt indicated comfort. Instructed on wearing schedule of 1½ days wear for first 3 days, then full days wear. Instructed to inspect feet daily for abrasion and to discontinue if noted

Auth # 1673650z



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Hicks Charles 246241 | D.O.B.: 1/12/61 |
|---|---|---|

12-19-06
8:45pm — Return from FWA - T 98, O2sat 97-90 P 78
R20, B/P 124/79 ————————— S. Taylor LPN

F/u Flu Hx venous insuff eval by
Dr Whyte. Rec Full length stocking
w/ 20-30 mmHg, Repeat doppler w/
saphenous vein Reflux eval.

Plan discussed w/ pt
Will sched F/u thru in 2-4 wks
Flu UM & Request of stockings as
ordered.
    Leg hypertrophy c dependent edema 3+ pitting

DM
HTN
Venous Insuff

Plan
① Repeat Doppler c saph vein study
    w/m Done
② stockings full length ordered
③ F/u thru   (md)

| Date/Time | Inmate's Name: Hicks, Charles 246241 | D.O.B.: 11 / 2 / 61 |
|---|---|---|

1-3-07
8:45 am

S- " My leg was hurting a little bit last night"

O- T 99.8, O2 sat 97%, P 86, R 20, B/P 120/80   A & O x 3
Resp. c̄ ease + nonlabored, walks c̄ unsteady gait c̄ use of cane

A- Alt. in comfort R/T knee pain

P- MOU to see MD ————— S. Taylor LPN

S- Pt. had venous doppler (L) leg. (Repeat) it was normal.
Pt. still has intermittent swelling. He is using support stocking.
Pt. did receive diabetic shoes ( Neuropathy ).

O- ↓ (L) leg swelling
   c̄ discoloration of chin
   p̄ calf tenderness

A/P (1) Chronic Venous insufficiency
   cont. current Tx's
   I told Pt. that his dx is
   chronic - I'll see if Dr. White
   who I referred Pt. to has any
   further recommendations.
   P.T. may be of help in the future.
   (2) HTN → stable (3) WPDDM

   RJ Crley



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Hicks, Charles  246241          D.O.B.: 11/2/61 |
|-----------|---------------------------------------------------------|
| 1-23-07 1pm | Return from FWA re: (L) leg - paperwork in jacket - T98.2, O2 sat 99%, P64, R18, B/P 140/84                          S. Taylor LPN |
| | Pt. ~~to~~ returned from Dr. Whyte's office. He did not have his support stockings in place.

Plan
— Reviewed CBC, BMP, C, & other labs.
 Give Colwestrol KOP (He has missed some AM doses).

— Discussed chronicity of venous insufficiency.

— Use support stockings faithfully

F/U in 2 months. |

| Date/Time | Inmate's Name: Hicks, Charles | D.O.B.: 1/12/61 |
|-----------|-------------------------------|-----------------|

**2-9-07**
**0350**

HCP: Re: Venous insufficiency W+279  T-98'  P-78  R-20  o2sat 97%  B/p 110/80 ——— 2A

Pt. comes for FU of chronic leg swelling from venous insufficiency. Pt. is also diabetic.

Pt. is not wearing his support stockings consistently.

On Exam
∅ calf tenderness
Dorsalis pulses bil. W/N.

Plan
support stockings QD
Continue ō current meds

**3/30/07**
**1615**

Pt. c/o numbness to Ⓛ arm on 3/29/07 but left before exam. (I am just now seeing his chart) d% SOB or CP. Unsure if any injury. Asymptomatic during nurse's screening. RN if any more symptoms.
Never saw patient.

**4/19/07**   800   A - T 98.0   P-71   R-18   BP 128/83



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Hicks, Charles | D.O.B.: / / |
|---|---|---|

4/19/07
0935

Pt. Requests profiles for chronic
(L) leg edema since ~ 1982, ⊖ CP or SOB.

(L) LE noted c̄ trace /+/ edema;
no calf tenderness; amb. c̄
ease; he is not wearing
his support stockings

1) Chronic (L) LE edema
  – ⊕ prolonged standing / BBP — ok
  – cont present meds
  – cane

  PM c̄ CCC as schd. / PRN

E: Dr pm

                                        ___ CRNP

4/05/07  Received sliding scale record. BS ≈ 200. Added Glucophage
500mg typo BID & standard sliding scale form w/ req acute
monitor in ca & got lab 5/2008        ___ CRNP

4-22-07  In mou. No s/s of distress, BS r 302
6A   and received 10 units of Humulin R SQ,
A+O x3. Ambulatory, V/S 96% O2 on room air
P 102, R 18, T 97.7, BP 120/82. ——— A. Tipping RN

2307  In mou. No s/s of distress and no c/o
2300  pain @ this time.

| Date/Time | Inmate's Name: Fuchs, Charles | D.O.B.: 1 / 2-16/ |
|-----------|-------------------------------|-------------------|

5/21/07  9⁴⁵/A - CRNP visit re: scalp lesions.  T 98.0
P.84  R-18  BP 122/76  WT. 205. — J. Mhddn

Integ - Pyoderma noted to scalp (# 4);
(all < 1 cm diam)

L leg - still c̄ trace / 1+ edema ; s̄ Δ in
exam ; he is not wearing TED hose,
no calf tenderness

1) Folliculitis — Bactrim x10d / Percogesic
— Flu 2wks

2) Chronic L LE edema —
— wear TED hose
— cont. present POC

c̄: TX plan                                        (BrCRP)

6-1-07  To HCP re: Edema  WT 275  T 98.9  P 72  R 20  O Sat  97%
128AM  BP 110/70 ————                              W7 Farris GN

Pt. C/O L leg pain & chronic swelling
He's concerned about losing his legs.
inlb ≤ 5/15/07

Glucose 153              Chol. 218
Cr. 1.4                    Trig. 285
                          LDL/HDL - 128/33

Name Hicks Chron% A1C  [10.1]
740241
06/09-07
A1C 83036QW
Fingerstick 36416

On Exam
Obese. ◦ Today's manual A1C 10.1
Ext. Marked Edema L leg → 3/ Both
Edema c̄ hyperpigmented, dark, dry
scaly skin

A/P ① Chronic Venous insufficiency ② Type II DM
③ Dyslipidemia ④ Renal insufficiency ⑤ Obesity



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.:    /    / |
|-----------|----------------|-------------------|

(Cont. From 6/1/07)
Previous page.

Plan — All meds reviewed
- D/C Mevacor to ↓ LDL.
  Start Zocor.

- low fat/low Chol./low carb. diet

- C&T. Coss

- Monitor renal functions.

- Consider Arterial doppler.
  renal function
  F/U in a few weeks.

| Date/Time | Inmate's Name: Hicks, Charles | D.O.B.: / / |
|---|---|---|

6.19.07  Ox NCP Ro. f/u W) 275  T. 98⁶  P. 70  R. 20
9½ᵖ  O2 Sat 97%  124/90  J. Bowman WRI

Pt. comes for his report - Venous
US done on 6/7/07
The impression was total occlusion
(No flow) in (R) lower Ext. Suspected
occlusion (R) Popliteal Artery & Arterial
tree of (R) Calf -

N.B.
M. Res HTN
Type II DM
Chronic Venous insufficiency
Dyslipidemia

A/P Severe Bilat. PVD
Consider Angiogram vs
sending Pt. to Dr. Redd or
other Vascular surgeon.
- Maximize medical therapy
- I councelled Pt. & Answered
all his questions
N.B. I obtained correct info. for obtaining
old records. (The info previously given by Pt was incorrect)  R. [signature]

N.B. I will also obtain Carotid doppler &
Nuclear stress test given Pt's Risk

[signature]



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Hicks, Charles | D.O.B.: 11 12 161 |
|---|---|---|
| 7-3 | Return from FWA c̄ ∅ complaints. O₂ 96 P84 R18 | |
| 6-27-07 | B/P 145/85 T 98.5 ——————— | B. M |
| 6.27.07 | V/S: B/P 149/9 T 98.5 P62 O2SAt98% R18. ∅ complaints | |
| | voiced at this present time. —————————— Swceatondon | |
| | A. Heof CT Invironment of Abd/Relieg | |
| | & Peripheral System | |
| | Results pending. | |
| | EKG done was NSR. | |

| Date/Time | Inmate's Name: | Hicks Charles    246241 | D.O.B.: 11 12 161 |

**7/3/07**
**7:30 AM** — To terre; Angiogram WT 279    T 98.0    P 72
R 20    O₂ Sat 97%    B/P 116/88 ———— W7 Hawkins CRN

Pt. informed that his CT Angiography
Abd/pelvis & peripheral study
were all normal. Because of his cardiovascular
risks, Pt. may still need cardiac
work-up. UM was submitted. I did
inform Pt. however that more
extensive work up may not be needed
in light of this study (CT Angiogram).
I reminded him that he does have
venous insufficiency.
lifestyle modification emphasized.

**7-24-7**
**14/5** — VS T. 98.6 - R 20 - P 77 - SATS 97% BP 16⁴/100

S: Pt. to Corp to FN serve pre-op wt. 290

*Venous VIS*
*total exc.QUE*
*total aspect*
*occlu - Opp*
*arty*
*arterial door*
*Ocalf* — venous insufficiency, Pt. recently received thorough
W/V CV status by Dr. Coble including CT angiogram
Abd/pelvis & periph study → Normal.
Pt. still having in fact w/u CV persistent
(L) LE edema. No CV complaints. On Lanx, also edema
Ō VSS & BP ↑. NAD. Amb. w/ cane. HEENT: B/L
lungs: CTAB. COR: S₁S₂ ⊘ m/G/r/C. Abd: Bso.
EXT: +1 DP/PT (L) LE w/ +2 pitting pedal edema
+1 DP/PT @ LE w/ +1 pitting pedal edema

*p/left/07*
*persantine*
*stress test*
*reg. for*
*myocardial*
*ischemia*
*- fixed defect at myocardium*
*basal wall (old MI)*



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Hicks, Charles | D.O.B.: / / |
|---|---|---|

7/24/07
1415

A: 1) Severe Bilateral PVD
2) Chronic Venous Insufficiency
3) Type II DM
4) Dyslipidemia
5) HTN

P: 1) ↑ Lisinopril to 40 mg PO BID
2) Emphasized lifestyle modification
3) Cont current meds
4) F/V @ ccc 9/07 — Educated on s/s to rtc
5) Imm. F/V BP ✓  6) DP II

_[signature]_ CRNP

**Complete Both Sides Before Using Another Sheet**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Hicks, Charles  246244    D.O.B.: 11 2 61 |
|-----------|----------------------------------------------------------|

8/3/07 — CC: Swelling ↓ extreme

HPI: 46 y/o Bm presents to OPC c̄ c/o swelling in both leg × years — worse now @ off leg over the last year. No c/o N/V. Has been seen for same symptoms — Hx PVD; Chronic Venous Insff/ DM Dyslipidemia; HTN.

PE: Gen. edema LE — taunt c̄ ⊕ leg.

Assess: ① Gen. Edema LE
         ② Prob PVD

Plan: ① Cont. current med tx
      ② Thigh High TED stocking
      ③ Lasix 80 mg ÷ PO QD×3

Educ: ① Med. Comp.
      ② Disease Process

Goal: ① ↓ Edema
      ② No Complications

                    Marianne Baker, CRNP

8/7/07 1010 AM  VS T98.2  P74  R20  O₂ 97%  130/98  wt 289
S: Pt to CRNP for F/U PVD  HTN 124/96  labor P
meds. ⊖ CV complaint. Seen c̄ wife 2's c on d/o
of swelling ⊕ LE. Meds review — ∆ med ∆'s. Pt
reassd c̄ chronic venous inflny. Thigh High TEDs onl.
O: VSl c̄ ↑BP. HEENT: Benlys. CTAB. Cor: SSc
DM/G/R. Abd: B. FXT ⊕ IDP/T ⊗ w/ +2 pit/ped
LⓔE c̄ H pit ⊕ edema ⊕ LE.

alt 62
AST 96
FBS 113
HDL 34 3/15/06
LDL 123

| Date/Time | Inmate's Name: | | D.O.B.:    /    / |
|-----------|----------------|--|------------------|

A: 1) DVD — Severe Bilateral

2) Chronic venous insufficiency

3) HTN — elevated DBP today

4) Dr. #

5) Dyslipidemia — Improved

P: 1) cont's cunt med — edct on med compliance

2) BP's 2x /wk x 2 wk

3) 2 month F/U BP

4) cont's TED hose

5) Hg A1c, Cpl (↑ ALT)

6) Estb on 1 the diet at T exercise   7) Rept LFT in late

— goal LDL <100

8-1?-7  VS 7.98.14 — R 20 — P 81 — BP ¹¹⁴/70  Sat 98% ← ℳ.ℳℓ CRNP   Wt. 283

Ⓞ — unned lab, wnc

Ⓐ — DVP — severe

Chronic insuff

HTN

Ⓟ — cont to wear TEDS @ all times!

edc on DVT + need of stockings + elevate legs

until get wt. optimal ...

wt. neg
8/1?/07



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Hicks, Charles | **DIAGNOSIS (If Chg'd)** |
| | —Obtain old records. |
| D.O.B. 11/2/61 | (Release of info. form) done. |
| ALLERGIES: NKDA | —Chem. 8 this week |
| Use Last    Date 6/19/07 | ☐ GENERIC SUBSTITUTION is NOT PERMITTED |

| | |
|---|---|
| NAME: Hicks, Charles | **DIAGNOSIS (If Chg'd)** |
| 246241 | Neurish any use for renal fun w/NP and |
| STATON | KOP Zocor. |
| D.O.B. 11/2/61 | noted 3 |
| ALLERGIES: NKA | NBS 6/4/07 3pm |
| Use Fourth    Date 06 04 07   0910 | ☐ GENERIC SUBSTITUTION is NOT PERMITTED  Dyne camp |

| | |
|---|---|
| NAME: Hicks, Charles ① | **DIAGNOSIS (If Chg'd)** |
| 246241 | Dental referral PM |
| STATON | Phenergan 0.5cc SQ (cc nurse to give injection) |
| D.O.B. 11/2/61 | (schedule any use) |
| ALLERGIES: NKA | —EKG annual |
| | ☐ LHCT          noted NBS 6/4/07 12⁴⁰pm |
| Use Third    Date 06 04 07   0910 | ☐ GENERIC SUBSTITUTION is NOT PERMITTED  Dgeuevro |

| | |
|---|---|
| NAME: Hicks, Charles SCC | **DIAGNOSIS (If Chg'd)** |
| 246241 | —DC Mevacor |
| Noted & written | & to Zocor 40mg T PO QPM x120 days |
| 6-1-07 | |
| 10:45am | |
| D.O.B. 11/2/61 | |
| ALLERGIES: NKDA | |
| Use Second    Date 6/1/07 | ☐ GENERIC SUBSTITUTION is NOT PERMITTED |

| | |
|---|---|
| NAME: Hicks, Charles | **DIAGNOSIS** |
| | ① Flu c me @ camp on 5/24/07 |
| | (Re: chronic L leg edema) |
| D.O.B. 11/2/61 | |
| ALLERGIES: NKDA | 5-24-07  AA |
| | Moore |
| Use First    Date 5/18/07 | ☐ GENERIC SUBSTITUTION is NOT PERMITTED |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Hicks, Charles

D.O.B. 11/2/61
ALLERGIES: NKDA

Use Last    Date 6/19/07

DIAGNOSIS (If Chg'd)

—Obtain old records.
(Release of info. form) done.
— Chem. 8 this week

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hicks, Charles

246241
STATON

D.O.B. 11/21/61
ALLERGIES: NKA

Use Fourth    Date 06 04 07    0910

DIAGNOSIS (If Chg'd)

Neurist any wss for Renal fun w/Dr ani
1 cap 200uc
noted

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hicks, Charles

246241
STATON

D.O.B. 11/21/61
ALLERGIES: NKA

Use Third    Date 06 04 07 0910

DIAGNOSIS (If Chg'd)

Dental referral DM
Pneumovac 0.5cc SQ (for nurse to give injection
schedule any wss)
EKG annual
DL HCT+     noted

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hicks, Charles

SCC
246241

D.O.B. 11/2/61
ALLERGIES: NKDA

Use Second    Date

DIAGNOSIS (If Chg'd)

— D/C Mevacor
△ to Zocor 40mg 1 PO QPM x120 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hicks, Charles

D.O.B. 11/2/61
ALLERGIES: NKDA

Use First    Date 5/18/07

DIAGNOSIS

① Flu c me @ camp on 5/24/07
(Re: chronic L leg edema)

5.24.07
MO

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / <br> ALLERGIES: | |
| Use Last    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / <br> ALLERGIES: | |
| Use Fourth    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / <br> ALLERGIES: | |
| Use Third    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: *Hicks, Charles* | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 11 2 6/ <br> ALLERGIES: *NKDA* | *Hold Glucophage for 3 days* |
| Use Second    Date 6 8 07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: HICKS, CHARLES <br> 246241  5A 10N <br> MHI <br> D.O.B. 11 2 61 <br> ALLERGIES: | DIAGNOSIS *MDD* <br> PROZAC 20 mg. po. q AM x 90 days. <br> *Banerjee, MD* |
|---|---|
| Use First    Date 6 25 07 | *Noted 6/25/07* *[signature]* <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: Hicks Charles | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 11 2 61 | 1) Please obtain cardiology consult regarding angiogram results |
| ALLERGIES: NKDA | 2) Ref. Dr. Robbins (Severe PVD) |
| Use Last    Date 7 24 07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Hicks, Charles    SCC | DIAGNOSIS (If Chg'd) |
|---|---|
| | 7.16.07 NO BA2B |
| D.O.B. 1 2 61 | HCU in 1 wk → Discuss strep but. |
| ALLERGIES: NKDA | |
| Use Fourth   Date 7 10 07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Hicks, Charles | DIAGNOSIS (If Chg'd) |
|---|---|
| | 7.3.07 NO B2B |
| D.O.B. 6 27 07 | HCU next week to discuss Angiogram |
| ALLERGIES: NKDA | |
| Use Third    Date 6 27 07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Hicks, Charles | DIAGNOSIS (If Chg'd) |
|---|---|
| | ① BBP X 180 days |
| D.O.B. 1 2 61 | ② No Prolonged standing X 180 days |
| ALLERGIES: NKDA | ③ blood Glucophage for 2 days |
| | ④ Glucometer ✓ BID (3A & 3PM) X 60 days |
| Use Second   Date 6 12 07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Hicks, Charles | DIAGNOSIS |
|---|---|
| | ① CTA Abd & Pelvis |
| D.O.B. / / | ② IVF's c̄ 0.9 NS 150 cc/hr 30 min. |
| ALLERGIES: NKDA | before procedure & 1hr after |
| Use First    Date 6 1 07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / <br> ALLERGIES: | |
| Use Last      Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Hicks, Charles 246241 | DIAGNOSIS (If Chg'd) <br> 1) Hep A, B, C panel <br> 2) LFT's in month <br> 3) BP v's 2x/wk X 2wks |
|---|---|
| D.O.B. 11/2/61 <br> ALLERGIES: NKDA | |
| Use Fourth      Date 8/7/07 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Hicks, Charles 246241 | DIAGNOSIS (If Chg'd) <br> Lasix 40mg po qd X 180d <br> Klor-con 10meq ÷ i po qd X180d <br> Aldactone 25mg ii po qd X180d <br> Zocor 40mg ÷ i po qpm X 180d |
|---|---|
| D.O.B. 11/2/61 <br> ALLERGIES: NKA | |
| Use Third      Date 8/3/07 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Hicks, Charles 246241 | DIAGNOSIS (If Chg'd) <br> ASA 325mg EC ÷ i po qd X 180d <br> Glipizide 10mg ÷ i po qd X 180d <br> HCTZ 25mg ÷ i po qd X 180d <br> Glucophage 500mg i po bid X180d |
|---|---|
| D.O.B. 11/2/61 <br> ALLERGIES: NKA | |
| Use Second      Date 8/3/07 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Hicks, Charles 246241 | DIAGNOSIS (If Chg'd) <br> 1) BMP ↑ test → DP ii <br> 2) Lisinopril ↑ 40 mg PO BIDX 90d <br> 3) BP v's 2x/wk X 2wks |
|---|---|
| D.O.B. 11/2/61 <br> ALLERGIES: NKDA | |
| Use First      Date 7/24/07 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

60110 (4/03)

MEDICAL RECORDS COPY



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.  /  /  | |
| ALLERGIES: | |
| Use Last    Date  /  /  | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.  /  /  | |
| ALLERGIES: | |
| Use Fourth    Date  /  /  | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.  /  /  | |
| ALLERGIES: | |
| Use Third    Date  /  /  | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| | |
|---|---|
| NAME: Hicks Charles 246241 | DIAGNOSIS (If Chg'd) UA dip ↑ |
| D.O.B. 11/2/61 | |
| ALLERGIES: NKA | |
| Use Second    Date 8/14/07 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| | |
|---|---|
| NAME: Hicks Charles 246241 | DIAGNOSIS |
| | ① Thigh High Ted Stocking on AM / off PM X 10 at KA |
| | ② Lipid Profile |
| D.O.B. 11/21/61    ACNP | ③ Lasix 80mg TPO QD X 3 days extra |
| ALLERGIES: NKA | |
| Use First    Date 8/3/07 | Marianne Baker, CRNP |
| | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

MEDICAL RECORDS COPY

60110 (4/03)

# PRISON HEALTH SERVICES

## Physician's Chronic Care Clinic

Date: 7/5/06    Time: _____    Facility: FLYC

~~Maternal Grandmother has h/o Steph~~    mother HTN & DM

father - HTN

Check all applicable CIC's being evaluated:  Card/HTN X__ DM X__GI__ID__PUL__SZ__TB__

HTN & DM    HTN Onset 1992  DM onset 2003

**SUBJECTIVE:** "getting regular food, but aware order is for 2200 cal ADA diet. Walk approx 3 miles QD. Denies tobacco use. Mother h/o DM & HTN. Eye exam @ K1 by 05/06. Mevacor 1st dose last week; out of enalapril X 2 month.

**OBJECTIVE:** BP 140/90  HR 64  RR 20  Temp 98  Wt 252  Peak Flow ____  O2Sat 97%

05/31 to QD    **NOTE:** PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
08/06  B&D Glucose X 30 days  **Complications:** DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Glucose range 87- 143  cardiopulmonary, abdomen, extremities.; ID-all systems; PUL-HEENT,
cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.    NKA

Meds

| | | | | |
|---|---|---|---|---|
| Maxzide 75/50 | 138 | 101 | 15 | (132) |
| EC ASA 325mg | 4.6 | 20 | 1.3 | |
| Glucotrol | Total Chol. 217↑ | Urine Cr. 16 8.87 | | |
| Mevacor 20mg QD | TRG 156↑ | Microalb 51.3↑ | | |
| Vasotec (enalapril) 5mg QD | HDL 42 | HgbA1c 7.6↑ | | |
| | VLDL 31↑ | TSH 1.353 | | |
| | LDL 144↑ | EKG 05/06 NSR | | |

EYE EXAM 05/06 @ K1 by
CXR 5/9/06
Funds - clear
S1-S2 - Auscultated RRR
Chest symmetrical & clear
A↑A
Abd soft @ BS present
Toenail grossly thick dystrophic
DPP 3/4 @ R/L ↑ block dorsum rt

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | HTN/CARD | SZ | PUL | ID | GI | OTHER |
|---|---|---|---|---|---|---|
| Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control |
| G (F) P | G (F) P | G F P | G F P | G F P | G F P | G F P |
| Status | Status | Status | Status | Status | Status | Status |
| I (S) W | I (S) W | I S W | I S W | I S W | I S W | I S W |

**PLAN:** ① ↑ Activities • ↓ weight by 10 lbs (2 lbs weight loss per week)
② DIET - counsel on 2200 cal ADA
③ ↑ Lisinopril to 20mg QD & d/c Vasotec    ⑤ A/P Elephantiasis ? thick toenail
④ DM - BS • 2X/DAY X 30 days    ⑥ Check feet ✓ Yes QD
**F/U:** Routine 90 days: _____  Other: _____  Problem List Updated: Yes    No
⑦ Check lipid & micro albumin.

B. Howard CRNP
Physician/NP/PA

NAME: Hicks Charles

AIS#: 246241

GENDER: M    RACE: B    DOB: 11-2-61

(Revised 2/28/05)



**Integrated Magnetic Imaging**

| | |
|---|---|
| **Date:** | **10/25/2006** |
| **Patient:** | **Hicks, Charles** |
| **DOB:** | **11/2/1961** |
| **Physician:** | **P. Corbier, MD** |
| **Tech:** | **Amy Waite, RT** |
| **Chart #:** | **PAT000020360** |
| **Indication:** | **Left leg edema greater than 5 years, painful** |

**SCAN:** Bilateral lower extremity Doppler ultrasound.

**TECHNIQUE:** Bilateral lower extremity venous Doppler was performed in the usual manner.

**FINDINGS:**

Right extremity: The patient had normal compression, augmentation and flow in the deep venous system of the right extremity.

Left extremity: The patient had calcifications and edema in the region of the left posterior tibial vein. There was normal compression, flow and augmentation of the deep venous system of the left extremity.

**IMPRESSION:**

1. Exam negative for DVT in the right leg.
2. Scattered calcifications and edema surrounding the left posterior tibial vein. No thrombus was identified.

Thank you for this patient referral.

P. Kulback, MD
PK/bk
D:10/25/2006
T:10/26/2006

74240 Tallassee Hwy
Wetumpka, AL 36092
Phone: 334-567-8383
Fax: 334-567-1880

7094 University Court
Montgomery, AL 36117
Phone: 334-271-1345
Fax: 334-271-1342

www.myimi.org
A Division of Ransom & Heart, Inc.


BlueCross·
BlueShield
Preferred Provider

acr®
Accredited by the American
College of Radiology



## Integrated Magnetic Imaging

| | |
|---|---|
| **Date:** | 10/25/2006 |
| **Patient:** | Hicks, Charles |
| **DOB:** | 11/2/1961 |
| **Physician:** | P. Corbier, MD |
| **Tech:** | Amy Waite, RT |
| **Chart #:** | PAT000020360 |
| **Indication:** | Left leg edema greater than 5 years, painful |

**SCAN:** Bilateral lower extremity Doppler ultrasound.

**TECHNIQUE:** Bilateral lower extremity venous Doppler was performed in the usual manner.

**FINDINGS:**

Right extremity: The patient had normal compression, augmentation and flow in the deep venous system of the right extremity.

Left extremity: The patient had calcifications and edema in the region of the left posterior tibial vein. There was normal compression, flow and augmentation of the deep venous system of the left extremity.

**IMPRESSION:**

1. Exam negative for DVT in the right leg.
2. Scattered calcifications and edema surrounding the left posterior tibial vein. No thrombus was identified.

Thank you for this patient referral.

P. Kulback, MD
PK/bk
D:10/25/2006
T:10/26/2006


BlueCross BlueShield
Preferred Provider

74240 Tallassee Hwy
Wetumpka, AL 36092
Phone: 334-567-8383
Fax: 334-567-1880

www.myimi.org
A Division of Ransom & Heart, Inc.

7094 University Court
Montgomery, AL 36117
Phone: 334-271-1345
Fax: 334-271-1342

acr
Accredited by the American
College of Radiology



## Integrated Magnetic Imaging

| | |
|---|---|
| **Date:** | **01/02/07** |
| **Patient:** | **Hicks, Charles** |
| **DOB:** | **11/02/61** |
| **Physician:** | **W. Winfred, MD** |
| | **Staton Correctional Facility** |
| **Tech:** | **R. Meadows** |
| **Chart #:** | **PAT0000022843** |
| **Indication:** | **Possible DVT.** |

**SCAN:** Ultrasound of the bilateral lower extremity venous systems.

**TECHNIQUE:** Duplex ultrasound evaluation of the bilateral lower extremity venous systems was performed in the usual manner.

**FINDINGS:** The scan shows normal flow compression and augmentation. There is no evidence of DVT. Evaluation of the saphenous throughout its entire length was difficult due to the patient's body habitus.

**IMPRESSION:** No evidence of deep venous thrombosis in either lower extremity venous systems.

Thank you for this patient referral.

Delbert Hahn, M. D.
DH/ccg
D: 01/02/07
T: 01/02/07



74240 Tallassee Hwy.
Wetumpka, AL 36092
Phone: 334-567-8383
Fax: 334-567-1880

www.myimi.org
A Division at Ransom & Heart, Inc.

7094 University Court
Montgomery, AL 36117
Phone: 334-271-1345
Fax: 334-271-1342

Accredited by the American
College of Radiology

# SOUTH ATLANTA RADIOLOGY ASSOCIATES, P.C.
## P.O. Box 961930
### 119 Upper Riverdale Rd.
### Riverdale, GA 30296-1930
### (770) 991-1010    Fax: (770) 997-8242

PT.:        Hicks, Charles                    XRAY#: GD246241
DOB:        11/02/1961                         SSN:
EXAM DATE: 06/07/2007                    EXAM LOCATION: GLOBAL

---

U/s Global Diagnostics
2504 Beach Tree Ct SW                              FAX: (770) 761-9742
Conyers, GA  30094                       PHONE: (770) 602-0502

PROCEDURE(S) PERFORMED:  Ultrasound Venous Doppler - bilateral

BILATERAL LOWER EXTREMITY DUPLEX DOPPLER ARTERIAL

Findings: Duplex doppler evaluation of the left lower extremity arterial tree shows no
evidence for flow within the common femoral artery, superficial femoral artery, popliteal
artery, or arteries of the calf.  The technologist reports a large amount of swelling and
pain in the left lower extremity.

The right common femoral artery, superficial femoral artery, and popliteal artery are
evaluated as well.  No flow is detected in the right popliteal artery or in the arteries of
the right calf whereas flow is documented to be present within the right common femoral
artery and superficial femoral artery.  Assessment for stenosis is difficult on this exam.

IMPRESSION: NO FLOW DETECTED IN THE LEFT LOWER EXTREMITY ARTERIAL TREE.  SUSPECTED
OCCLUSION IN THE RIGHT POPLITEAL ARTERY AND ARTERIAL TREE OF THE RIGHT CALF.  PATENT RIGHT
COMMON FEMORAL AND SUPERFICIAL FEMORAL ARTERY.

---

John B. Black, M.D.
Signature on file
DATE/TIME GENERATED: 06/18/2007 / 11:20:24
TECH/TRANS:  OT/BW

Page 1 of 1

06/18/2007 MON 10:32  [TX/RX NO 6779]  ☑002



# SOUTH ATLANTA RADIOLOGY ASSOCIATES, P.C.
### P.O. Box 961930
### 119 Upper Riverdale Rd.
### Riverdale, GA 30296-1930
### (770) 991-1010   Fax: (770) 997-8242

PT.:      Hicks, Charles                          XRAY#: GD246241
DOB:      11/02/1961                              SSN:
EXAM DATE: 06/07/2007                             EXAM LOCATION: GLOBAL

U/s Global Diagnostics
2504 Beech Tree Ct SW                                   FAX: (770)761-9742
Conyers, GA  30094                              PHONE: (770)602-0502

PROCEDURE(S) PERFORMED:  Ultrasound Venous Doppler - bilateral

BILATERAL LOWER EXTREMITY DUPLEX DOPPLER ARTERIAL

Findings:  Duplex doppler evaluation of the left lower extremity arterial tree shows no
evidence for flow within the common femoral artery, superficial femoral artery, popliteal
artery, or arteries of the calf.  The technologist reports a large amount of swelling and
pain in the left lower extremity.

The right common femoral artery, superficial femoral artery, and popliteal artery are
evaluated as well.  No flow is detected in the right popliteal artery or in the arteries of
the right calf whereas flow is documented to be present within the right common femoral
artery and superficial femoral artery.  Assessment for stenosis is difficult on this exam.

IMPRESSION: NO FLOW DETECTED IN THE LEFT LOWER EXTREMITY ARTERIAL TREE.  SUSPECTED
OCCLUSION IN THE RIGHT POPLITEAL ARTERY AND ARTERIAL TREE OF THE RIGHT CALF.  PATENT RIGHT
COMMON FEMORAL AND SUPERFICIAL FEMORAL ARTERY.

John B. Black, M.D.
Signature on file
DATE/TIME GENERATED: 06/15/2007 / 16:46:52
TECH/TRANS: OT/sw

Page 1 of 1

**BioReference**
LABORATORIES

| | |
|---|---|
| D O C T O R | STATON CORR. FACILITY<br>2690 MARION SPILLWAY RD.<br>ELMORE, AL  36025 |

(A0116-7)  Bio-Net Print      -FINAL-  Original Report 06/23/2007

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| HICKS, CHARLES | 246241.2968 | CORBIER, PAUL; |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 104909396 | 06/22/2007 11:09 AM | 06/23/2007 11:06 | 6/23/2007 01:35 | 39 Y | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

Tests Ordered : CHEMISTRY 8, ,

Comment :
      FASTING SCC
------------------------------* CHEMISTRY *--------------------------------

| | | | |
|---|---|---|---|
| Glucose | 108 | 70-109 | mg/dL |
| Sodium | 139 | 133-145 | mmol/L |
| Potassium | 4.4 | 3.3-5.3 | mmol/L |
| Chloride | 102 | 96-108 | mmol/L |
| CO2 | 25 | 21-29 | mmol/L |
| BUN | 15 | 7-25 | mg/dl |
| * Creatinine | 1.3 | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | 11.5 | 10-28 | |
| Calcium | 9.6 | 8.4-10.4 | mg/dl |

*****************************************************************************
* GFR, Estimated = 65.10 mL/min/1.73m2

*****************************************************************************

                Final Report                Page: 1

**James Weisberger, M.D.**
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.<br>ELMWOOD PARK, NJ 07407<br>1-800-229-LABS

## BioReference
### LABORATORIES

| D O C T O R | KILBY CORR. FACILITY<br>12201 WARES FERRY RD.<br>MONTGOMERY, AL  36507<br><br>(A0110-0)   Bio-Net Print | BOOK/CASE:<br><br><br>-FINAL-  Original Report 07/26/2007 |
|---|---|---|

| NAME<br>HICKS, CHARLES | PATIENT I.D. / ROOM NO.<br>246241.8723 | DOCTOR / GROUP NAME<br>MAHOOD, MEGAN | | |
|---|---|---|---|---|
| LAB I.D. NO.<br>105335260 | DATE COLLECTED<br>07/25/2007 06:08 AM | DATE RECEIVED<br>07/26/2007 09:58 | DATE OF REPORT<br>7/26/2007 04:12 | AGE<br>45 Y | SEX<br>M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

Tests Ordered : DIAGNOSTIC PROFILE II , ,
------------------------------* CHEMISTRY *-------------------------------

| Test | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| Total Protein | 7.4 | | 5.9-8.4 | gm/dl |
| Albumin | 4.2 | | 3.2-5.2 | gm/dl |
| Globulin | 3.2 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.3 | | 1.1-2.9 | |
| Glucose | | 128 HI | 70-109 | mg/dL |
| Sodium | 140 | | 133-145 | mmol/L |
| Potassium | 4.2 | | 3.3-5.3 | mmol/L |
| Chloride | 106 | | 96-108 | mmol/L |
| CO2 | | 20 LO | 21-29 | mmol/L |
| BUN | 13 | | 7-25 | mg/dl |
| * Creatinine | 1.2 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | 10.8 | | 10-28 | |
| Calcium | 9.2 | | 8.4-10.4 | mg/dl |
| Uric Acid | 5.0 | | 2.4-7.0 | mg/dl |
| Iron | 73 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.2 | | 0.1-1.0 | mg/dl |
| LDH | 216 | | 94-250 | u/l |
| Alk Phos | 70 | | 39-120 | u/l |
| AST (SGOT) | 36 | | < 37 | u/l |
| Phosphorous | 3.9 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | | 62 HI | < 40 | u/L |
| G-GTP | | 66 HI | 7-51 | u/L |

*************************************************************************************
* GFR, Estimated = 69.35 mL/min/1.73m2

*************************************************************************************

------------------------* CARDIOVASCULAR/LIPIDS *-------------------------

| Test | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| Cholesterol | 196 | | < 200 | mg/dl |
| Triglycerides | 113 | | < 151 | mg/dl |
| HDL CHOL.,DIRECT | 51 | | >35 | mg/dl |
| HDL as % of Cholesterol | | 26 | | % |
| Chol/HDL Ratio | | 3.84 | | |
| LDL/HDL Ratio | 2.41 | | 0-3.55 | |
| LDL Cholesterol | | 123 HI | < 100 | mg/dL |

------------------------* HEMATOLOGY *-------------------------

Continued on Next Page

James Weisberger, M.D.
LABORATORY DIRECTOR

Page: 1
481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS
4255 Rev 1/05

**BioReference**
LABORATORIES

| D O C T O R | KILBY CORR. FACILITY<br>12201 WARES FERRY RD.<br>MONTGOMERY, AL 36507 | BOOK/CASE: |
|---|---|---|
| | (A0110-0)  Bio-Net Print | -FINAL-  Original Report 07/26/2007 |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| HICKS, CHARLES | 246241.8723 | MAHOOD, MEGAN |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 105335260 | 07/25/2007 06:08 AM | 07/26/2007 09:58 | 7/26/2007 04:12 | 45 Y | M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|
| WBC | 3.5 | | 3.40-11.80 | x10(3) |
| RBC | 4.7 | | 4.20-5.90 | x10(6) |
| HGB | 13.1 | | 12.3-17.0 | gm/dl |
| HCT | 42.0 | | 39.3-52.5 | % |
| MCV | 89.4 | | 80.0-100.0 | FL |
| MCH | 27.9 | | 25.0-34.1 | pg |
| MCHC | 31.2 | | 30.0-35.0 | gm/dl |
| RDW | 15.1 | | 10.9-16.9 | % |
| POLYS | 39 | | 36-78 | % |
| POLYS   - COUNT,ABS | 1365 | | 1224-9204 | |
| LYMPHS | 42 | | 12-48 | % |
| LYMPHS  - COUNT,ABS | 1470 | | 408-5664 | |
| EOS | 5 | | 0-8 | % |
| EOS     - COUNT,ABS | 175 | | 34-944 | |
| BASOS | 1 | | 0-2 | % |
| BASOS   - COUNT,ABS | 35 | | 0-236 | |
| MONOS | 13 | | 0-13 | % |
| MONOS   - COUNT,ABS | 455 | | 170-1416 | |
| Platelet Count | 224 | | 144-400 | x10(3) |

------------------------------* MISCELLANEOUS *-----------------------------

| | | | | |
|---|---|---|---|---|
| TSH | 1.230 | | 0.27-4.2 | uIU/mL |
| THYROXINE(T4) | 7.6 | | 4.5-12.0 | ug/dL |
| T3 UPTAKE | 31.4 | | 24.3-39.0% | |
| FREE T4 INDEX | 2.4 | | 1.1-4.5 | |

****************************************************************************

NOTE: One or more parameters of the CBC reported for this accession require
a MANUAL peripheral smear differential review and/or cell count. This
has been performed as per our protocol and commented on the report,
if necessary. This review also included RBC morphology and platelet
estimation.

Final Report                                      Page: 2

James Weisberger, M.D.
LABORATORY DIRECTOR

From River Region Cardio... ...DataWorks
07-02-'07 14:14   FROM-River Regions Cardio   334-387-0956          T-542  P001/002 F-743



# River Region Cardiology

114 Mitylene Park Lane
Montgomery, AL 36117
334-387-0948
334-387-0955 Fax

M. Luqman Ahmed, MD, FACC
Pervaiz Malik, MD, FACC, FSCAI
Ann Lawford, CRNP
Laura Rue, CRNP
Michele Jorstad, CRNP
Jimmy Norman, CPA, CMPE – Administrator

PATIENT: Charles Hicks
DOB: 11/02/1961

DATE: 06/28/2007
CHART NO.: 17634

**PRIMARY PHYSICIAN:** Paul Corbier, MD

**REQUESTING PHYSICIAN:** Paul Corbier, MD

**INDICATION FOR STUDY:** Peripheral vascular disease, edema.

## PERSANTINE STRESS TEST REPORT

After appropriate consent was obtained, the patient was brought to the Nuclear Medicine Department.  Then a total of 60 mg. of Persantine were given IV.  Patient experienced no chest pain, no shortness of breath.  Baseline EKG showed normal sinus rhythm, normal tracing.  This EKG tracing remained unchanged during this injection of Persantine as well as during the recovery phase.  Maximum systolic blood pressure was 150 mmHg. Maximum diastolic blood pressure was 93 mmHg.

**CONCLUSION:**
1. This is a negative Persantine stress test for pharmacological-induced ischemia.
2. Myoview SPECT scan images are pending.

Carlos Garcia, MD, FACC

CG/slf

(continued)

PATIENT: Charles Hicks
CHART NO.: 17634
DATE: 06/28/2007
PAGE TWO

## DUAL ISOTOPE NUCLEAR SCAN

Resting images were acquired after injecting the patient with 4.50 mCi of Thallium 201. Resting images show uniform uptake by all segments except the inferior wall, which shows a partial defect.

Post stress images were acquired after giving the patient 60 mg. of Persantine and then injecting him with 28.6 mCi of Tc99 Myoview. Post stress images once again show uniform uptake by all segments except the basal and mid-inferior wall and a small defect in the distal inferior wall.

A gated analysis shows uniform augmentation of all myocardial segments except the very basal inferior wall, which in vertical long-axis views shows some thinning.

**CONCLUSION:**
1. A fixed defect is noted involving the basal and mid-inferior wall particularly, which would suggest a scar from a previous myocardial infarction. Note that the very basal segments also show slight thinning suggesting this may be a true finding. We did not identify any reversible defects to suggest ischemia.
2. Normal wall motion of all segments except the basal inferior wall which shows thinning.
3. An ejection fraction of 64%.

Pervaiz Malik, MD, FACC, FSCAI

PM/slf
CC: Dr. Paul Corbier
DD: 6/29/07
DT: 7/02/07



## Integrated Magnetic Imaging

Date:       06/28/2007
Patient:    HICKS, CHARLES
DOB:        11/02/1961
Physician: Dr. Corbier
Tech:       Charlie Irwin, III, RT (R) (CT)
Chart #:    PAT0000
Tape:
Indication: Severe peripheral vascular disease.
            History of diabetes. Possible occlusion
            right lower extremity.

**SCAN**:  CTA ABDOMEN AND PELVIS WITH RUNOFF

**CONTRAST:** 100 mL Visipaque 320.

**TECHNIQUE**:  Following contrast administration, computed axial tomographic images were obtained from the abdomen to the feet. 3-D CT angiogram images are reviewed.

**FINDINGS**:
The caliber of the abdominal aorta is normal. The celiac, superior mesenteric, inferior mesenteric, and bilateral renal arteries are patent. The internal and external iliac arteries and common and superficial femoral arteries and popliteal arteries are patent. The posterior tibial arteries also are patent to the feet bilaterally and the peroneal arteries are visualized to the ankles. The anterior tibial arteries are seen to the level of the mid-legs. There is subcutaneous edema noted involving the left leg and ankle.

The gallbladder is present. The bile ducts are not dilated. The liver and spleen are of normal size and density. The pancreas, kidneys, and adrenal glands are unremarkable.

**IMPRESSION**:
Patent arterial circulation to the lower extremities bilaterally from the aorta to the trifurcation arteries with at least two-vessel runoff to the ankles bilaterally (posterior tibial and peroneal arteries.)

*George Wakefield MD*

**GEORGE WAKEFIELD, M.D.**
GW/ks
Dict:    06/28/2007
Trans:   06/29/2007
Job#:    190909

74240 Tallassee Hwy.
Wetumpka, AL 36092
Phone: 334-567-8383
Fax: 334-567-1880

www.myimi.org
A Division of Ransom & Heart, Inc.

7094 University Court
Montgomery, AL 36117
Phone: 334-271-1345
Fax: 334-271-1342


BlueCross
BlueShield
Preferred Provider


acr®
Accredited by the American
College of Radiology



## Integrated Magnetic Imaging

**Date:** 06/28/2007
**Patient:** HICKS, CHARLES
**DOB:** 11/02/1961
**Physician:** Dr. Corbier
**Tech:** Charlie Irwin, III, RT (R) (CT)
**Chart #:** PAT0000
**Tape:**
**Indication:** Severe peripheral vascular disease. History of diabetes. Possible occlusion right lower extremity.

<u>SCAN</u>:   CTA ABDOMEN AND PELVIS WITH RUNOFF

<u>CONTRAST:</u>  100 mL Visipaque 320.

<u>TECHNIQUE</u>:   Following contrast administration, computed axial tomographic images were obtained from the abdomen to the feet.  3-D CT angiogram images are reviewed.

<u>FINDINGS</u>:
The caliber of the abdominal aorta is normal.  The celiac, superior mesenteric, inferior mesenteric, and bilateral renal arteries are patent.  The internal and external iliac arteries and common and superficial femoral arteries and popliteal arteries are patent.  The posterior tibial arteries also are patent to the feet bilaterally and the peroneal arteries are visualized to the ankles.   The anterior tibial arteries are seen to the level of the mid-legs.  There is subcutaneous edema noted involving the left leg and ankle.

The gallbladder is present.  The bile ducts are not dilated.  The liver and spleen are of normal size and density.  The pancreas, kidneys, and adrenal glands are unremarkable.

<u>IMPRESSION</u>:
Patent arterial circulation to the lower extremities bilaterally from the aorta to the trifurcation arteries with at least two-vessel runoff to the ankles bilaterally (posterior tibial and peroneal arteries.)

**GEORGE WAKEFIELD, M.D.**
GW/ks
Dict:      06/28/2007
Trans:     06/29/2007
Job#:      190909

74240 Tallassee Hwy.
Wetumpka, AL 36092
Phone: 334-567-8383
Fax: 334-567-1880

www.myimi.org
A Division of Ransom & Heart, Inc.

7094 University Court
Montgomery, AL 36117
Phone: 334-271-1345
Fax: 334-271-1342



BlueCross BlueShield
Preferred Provider



Accredited by the American College of Radiology



## Integrated Magnetic Imaging

Date:        06/28/2007
Patient:     HICKS, CHARLES
DOB:         11/02/1961
Physician:   Dr. Corbier
Tech:        Charlie Irwin, III, RT (R) (CT)
Chart #:     PAT0000
Tape:
Indication:  Severe peripheral vascular disease.
             History of diabetes. Possible occlusion
             right lower extremity.

SCAN:   CTA ABDOMEN AND PELVIS WITH RUNOFF

CONTRAST:  100 mL Visipaque 320.

TECHNIQUE:   Following contrast administration, computed axial tomographic images were obtained from the abdomen to the feet. 3-D CT angiogram images are reviewed.

FINDINGS:
The caliber of the abdominal aorta is normal. The celiac, superior mesenteric, inferior mesenteric, and bilateral renal arteries are patent. The internal and external iliac arteries and common and superficial femoral arteries and popliteal arteries are patent. The posterior tibial arteries are patent to the feet bilaterally and the peroneal arteries are visualized to the ankles. The anterior tibial arteries are seen to the level of the mid-legs. There is subcutaneous edema noted involving the left leg and ankle.

The gallbladder is present. The bile ducts are not dilated. The liver and spleen are of normal size and density. The pancreas, kidneys, and adrenal glands are unremarkable.

IMPRESSION:
Patent arterial circulation to the lower extremities bilaterally from the aorta to the trifurcation arteries with at least two-vessel runoff to the ankles bilaterally (posterior tibial and peroneal arteries.)

*George Wakefield MD*

GEORGE WAKEFIELD, M.D.
GW/ks
Dict:    06/28/2007
Trans:   06/29/2007
Job#:    190909

74240 Tallassee Hwy.
Wetumpka, AL 36092
Phone: 334-567-8383
Fax: 334-567-1880

www.myimi.org
A Division of Ransom & Heart, Inc.

7094 University Court
Montgomery, AL 36117
Phone: 334-271-1345
Fax: 334-271-1342





Accredited by the American
College of Radiology



**BioReference**
L A B O R A T O R I E S

```
D  KILBY CORR. FACILITY
O  12201 WARES FERRY RD.          BOOK/CASE:
C  MONTGOMERY, AL  36507
T
O  (A0110-0)  Bio-Net Print        -FINAL- Original Report 08/10/2007
R
```

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|------|------|------|
| HICKS, CHARLES | 246241.9316 | MAHOOD, MEGAN |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|------|------|------|------|------|------|
| 105288923 | 08/08/2007 08:48 AM | 08/09/2007 09:51 | 8/10/2007 02:22 | 45 Y | M |

Test Description          Result          Abnormal    Reference Range

Tests Ordered : HEPATITIS SCREEN, HEPATITIS C ANTIBODY, HEPATIC PROFILE, ,

```
   Comment :
          ACWR
   -----------------------------* CHEMISTRY *-----------------------------

   Total Protein              7.7                    5.9-8.4        gm/dl
   Albumin                    4.2                    3.2-5.2        gm/dl
   Globulin                   3.5                    1.7-3.7        gm/dL
   A/G Ratio                  1.2                    1.1-2.9
   Bilirubin, Total           0.3                    0.1-1.0        mg/dl
   BILIRUBIN, DIRECT          0.1                    0.0-0.3        MG/DL
   Alk Phos                   64                     39-120         u/l
   AST (SGOT)                 16                     < 37           u/l
   ALT (SGPT)                 36                     < 40           u/L
   -----------------------------* MISCELLANEOUS *-----------------------------


   HEPATITIS A AB/TOTAL       Negative               NEGATIVE
   HBcAB                      Negative               NEGATIVE
   HBsAg                      Negative               NEGATIVE
   HEPATITIS C Ab.            Negative               NEGATIVE
   ************************************************************************
```

NOTE: Results for Hepatitis C Virus Antibody (test# 0812),when
reported as positive indicates the presence of significant antibody
levels (defined as a signal to cutoff ratio [s/co] of greater than
8.0). Sera with a high s/co ratio will confirm positive in >95% of
cases, however <5% of results reported as positive may be false-
positives. Additional serologic testing is available for patients
whose anti-HCV result is inconsistent with clinical findings. Results
that are considered borderline will be automatically reflexed for
RIBA (immunoblot) analysis and reported accordingly. Results reported
as indeterminate by RIBA indicate the presence of only one of the
required protein bands or is reactive with multiple bands including
control protein indicative of reactivity with irrelevant recombinant
sequences.

                    Continued on Next Page                    Page: 1

*James Weisberger, M.D.*
LABORATORY DIRECTOR



481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS
4255 Rev 1/05



**BioReference**
L A B O R A T O R I E S

| D O C T O R | KILBY CORR. FACILITY<br>12201 WARES FERRY RD.<br>MONTGOMERY, AL  36507<br><br>(A0110-0)   Bio-Net Print | BOOK/CASE:<br><br><br>-FINAL-  Original Report 08/10/2007 |
|---|---|---|

| NAME<br>HICKS, CHARLES | PATIENT I.D. / ROOM NO.<br>246241.9316 | | DOCTOR / GROUP NAME<br>MAHOOD, MEGAN | | |
|---|---|---|---|---|---|
| LAB I.D. NO.<br>105288923 | DATE COLLECTED<br>08/08/2007 08:48 AM | DATE RECEIVED<br>08/09/2007 09:51 | DATE OF REPORT<br>8/10/2007 02:22 | AGE<br>45 Y | SEX<br>M |

Test Description        Result              Abnormal      Reference Range

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NOTE: The test(s) requested require serum that has been separated from
      the cells.  We received either an un-spun SST (serum separator tube)
      or a plain RED-TOP tube unacceptable for routine chemistry testing.
      Any results obtained on serum not properly separated will produce
      results which must be carefully evaluated.

                        Final Report                        Page: 2

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS
4255 Rev 1/05

**InterQual**
**S m a r t S h e e t s** ™
**2005 - Imaging Criteria**
Venogram

Authorization#

PATIENT:   Name Charles Hicks   D.O.B. 11/3/61   ID# 246241   GROUP#
CPT/ICD:   Code _____   Facility Staton   Service Date _____
PROVIDER:  Name Dr. Paul Corbier   ID# _____   Phone# _____
           Signature Paul Corbier   Date _____

**ICD-9-CM:** 88.60, 88.66, 88.67
**CPT:** 75820, 75822

## INDICATIONS (choose one and see below)

- [ ] **100 Suspected lower extremity DVT**
- [ ] **200 Suspected upper extremity DVT**
- [x] **300 Evaluation of venous patency**
- [ ] **400 Preoperative evaluation of varicosities**
- [ ] **500 Mapping of the venous system prior to bypass surgery**
- [ ] *Indication Not Listed (Provide clinical justification below)*

**100 Suspected lower extremity DVT(BOTH)**
- [ ] 110 Sx/findings(TWO)
  - [ ] 111 Pain/tenderness in thigh/calf/ankle
  - [ ] 112 Edema/swelling in thigh/calf/ankle
  - [ ] 113 Homan's sign positive
  - [ ] 114 D−dimer assay positive
  - [ ] 115 High−risk for DVT
- [ ] 120 Duplex US(ONE)
  - [ ] 121 Nondiagnostic for lower extremity DVT
  - [ ] 122 Not feasible

**200 Suspected upper extremity DVT(BOTH)**
- [ ] 210 Sx/findings(TWO)
  - [ ] 211 Pain/tenderness in arm/forearm
  - [ ] 212 Edema/swelling in arm/forearm
  - [ ] 213 D−dimer assay positive
- [ ] 220 Duplex US(ONE)
  - [ ] 221 Nondiagnostic for upper extremity DVT
  - [ ] 222 Not feasible

**300 Evaluation of venous patency(BOTH)**
- [x] 310 New Sx/findings
- [ ] 320 Post vascular reconstruction/angioplasty/thrombolysis

**400 Preoperative evaluation of varicosities**

*InterQual® criteria are intended solely for use as screening guidelines with respect to the medical appropriateness of healthcare services and not for final clinical or payment determinations concerning the type or level of medical care provided, or proposed to be provided, to a patient.

Proprietary material protected by intellectual property laws. Use permitted only by and subject to license with McKesson Corporation and/or one of its subsidiaries. Copyright ©2005 McKesson Corporation and/or one of its subsidiaries. CPT only ©2004 American Medical Association. All rights reserved.





**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

DATE: _8-14-7_

### URINALYSIS

LEUKOCYTES ___neg___

NITRITE ___neg___

UROBILINOGEN ___0.2___

PROTEIN ___neg___

pH ___5.0___

BLOOD ___neg___

SPEC. GRAVITY ___1.05___

KETONE ___neg___

GLUCOSE ___neg___

HCG _____

(Add: Final Labs Here)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Hicks    Charles | 246241 | | M | ACWR |

PHS-MD-70012                    **LABORATORY REPORTS**

1 of 2

| Facility Name: Jefferson County Jail | | Month/Year of Charting: 05/06 |

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**Vasotec 10MG Tab    30.00**

Take 1 tablet(s) by mouth daily

| Start Date: | 11-12-2005 | Prescriber: Banu, Shirin |
| Stop Date: | 11-11-2006 | RX #: 250875681 |

**Glucophage 500MG Tab    30.00**

Take 1 tablet(s) by mouth every morning

| Start Date: | 11-29-2005 | Prescriber: Banu, Shirin |
| Stop Date: | 05-27-2006 | RX #: 250921345 |

**Clonidine HCl 0.3MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

| Start Date: | 04-18-2006 | Prescriber: Banu, Shirin |
| Stop Date: | 05-17-2006 | RX #: 251413207 |

**Lasix 40MG Tab    30.00**

Take 1 tablet(s) by mouth daily

| Start Date: | 04-18-2006 | Prescriber: Banu, Shirin |
| Stop Date: | 06-16-2006 | RX #: 251413203 |

**Potassium Chloride CR 10MEQ Tab CR 60.00**

Take 2 tablet(s) by mouth daily

| Start Date: | 04-18-2006 | Prescriber: Banu, Shirin |
| Stop Date: | 05-17-2006 | RX #: 251413211 |

VASotec 10 mg
PO QD x30 days

Renew 30 Day

| Start Date: | 5-1-06 | Prescriber: Banu/Primecure |
| Stop Date: | 6-1-06 | RX #: |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
| | | P | | D | 1. Discontinued Order |
| Allergies | C. Thomas | C.T | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: 6All | | | | | 5. Lock Down |
| Patient ID Number: 199225 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| **Hicks, Charles** | | | | | 8. Medication Held |
| | Date of Birth: | | | | 9. No Show |
| | | | | | 10. Other |

| Facility Name: | | Month/Year of Charting: |
|---|---|---|

**VASotec 10mg PO BID X 30 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0700 | → | | 9 | | DC | SEE new order | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | → | IM | | Renew p 30 days | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 5/3/06    Prescriber: Banu/Philmore nc
Stop Date: 6/2/06    RX #:

**Vasotec 10mg 1 dose Now**

5/4/06 Banu/Thomas

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1400 | | | cc | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 5/4/06    Prescriber: Banu
Stop Date:    RX #:

**VASotec 20mg Q AM X 30 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0700 | → | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Renew p 30 days
Start Date: 5/4/06    Prescriber: Banu/Philmore nc
Stop Date: 6/2/06    RX #:

**VASotec 10mg PO Q HS X 30 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | → | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Renew p 30 days
Start Date: 5/4/06    Prescriber: Banu/Philmore nc
Stop Date: 6/2/06    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

**VASotec 10mg PO X1 dose Now**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1530 | → | MK | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 5/3/06    Prescriber: Banu/Philmore nc
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | Gcaskg | jm | C Thomas | C7 | 1. Discontinued Order |
| Allergies | | | See Johnson Lon | JY | 2. Refused |
| NKA | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: 6AU | | | | | 5. Lock Down |
| Patient ID Number: 199 225 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| Hicks Charles | | | | | 9. No Show |
| | | | Date of Birth: 11/2/61 | | 10. Other |

| Facility Name: | Frank Lee Youth Center | | | | | | | | | | | | Month/Year of Charting: | 10/06 | | | | | | | | | | | | | | | |

**Aspirin EC 325MG EC Tab    30.00**

Take 1 tablet(s) by mouth daily

KOP

given 9/16/06

Start Date: 05-22-2006    Prescriber: Lassiter, L.
Stop Date: 11-17-2006    RX #: 251540568

**Glipizide 10MG Tab    30.00**

Take 1 tablet(s) by mouth daily

10/5/06 by X Charles Hicks

30

Start Date: 05-22-2006    Prescriber: Lassiter, L.
Stop Date: 11-17-2006    RX #: 251540569

**Lovastatin 40MG Tab    15.00**

Take one-half (1/2) tablet(s) by mouth daily

given

Start Date: 05-22-2006    Prescriber: Lassiter, L.
Stop Date: 11-17-2006    RX #: 251540573

**Hydrochlorothiazide ( for HCTZ ) 25MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 09-15-2006    Prescriber: Corbier, Paul
Stop Date: 12-13-2006    RX #: 251941057

**Lisinopril 20MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

given

tabs given 10/11/06

Start Date: 09-15-2006    Prescriber: Corbier, Paul
Stop Date: 12-13-2006    RX #: 251941064

Lasix 40mg; POQAM X2 wks

X

X

See New Order

Meet Mahood

Start Date: 10-3-06    Prescriber:
Stop Date: 10-17-06    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
| --- | --- | --- | --- | --- | --- |
| | | | | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| NKA | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: Population | | | | | 5. Lock Down |
| Patient ID Number: 246241 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| **Hicks, Charles** | | Date of Birth: | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

| Facility Name: F4C | Month/Year of Charting: 10/06 |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**KCL 10 meg ī PO QAM x 2 wks**
Start Date: 10-3-06   Prescriber: Mahood
Stop Date: 10-17-06   RX #:

**Augmentin 875mg ī PO BID x 10 days**
Start Date: 10-3-06   Prescriber: Mahood
Stop Date: 10-13-06   RX #:

**Motrin 400 mg po Bid**
Start Date: 10 13 06   Prescriber: Corbun
Stop Date: 10 26 06   RX #:

**Lasix 40 mg po Bid**
Start Date: 10 13 06   Prescriber: Corbun
Stop Date: 10 27 06   RX #:

**Microk 10 meg 2 po QD**
Start Date: 10 13 06   Prescriber: Corbun
Stop Date: 10 27 06   RX #:

**Motrin 400 mg ī Bid PRN x 2 days**
Start Date: 10-30-06   Prescriber: PO Dr. Corker
Stop Date: 11-1-06   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | J. Parker, PRN | JP | A Blount ron | AB | 1. Discontinued Order |
| Allergies NKA | G Johnson | | | | 2. Refused |
| | Pam Blakey N | GB | | | 3. Patient out of facility |
| Housing Unit: | N Bright LPN | NB | | | 4. Charted in Error |
| Patient ID Number: 2460241 | | | | | 5. Lock Down |
| Patient Name: Hicks, Charles | | | Date of Birth: | | 6. Self Administered |
| | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |



| Facility Name: Frank Lee Youth Center | | Month/Year of Charting: 11/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Aspirin EC 325MG EC Tab    30.00 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Take 1 tablet(s) by mouth daily | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 05-22-2006  Prescriber: Lassiter, L.
Stop Date: 11-17-2006  RX #: 251540568

| Glipizide 10MG Tab    30.00 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Take 1 tablet(s) by mouth daily | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 05-22-2006  Prescriber: Lassiter, L.
Stop Date: 11-17-2006  RX #: 251540569

| Lovastatin 40MG Tab    15.00 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Take one-half (1/2) tablet(s) by mouth daily | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 05-22-2006  Prescriber: Lassiter, L.
Stop Date: 11-17-2006  RX #: 251540573

| Hydrochlorothiazide ( for HCTZ ) 25MG Tab    30.00 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Take 1 tablet(s) by mouth daily | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 09-15-2006  Prescriber: Corbier, Paul
Stop Date: 12-13-2006  RX #: 251941057

| Lisinopril 20MG Tab    60.00 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Take 1 tablet(s) by mouth twice daily | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 09-15-2006  Prescriber: Corbier, Paul
Stop Date: 12-13-2006  RX #: 251941064

Motrin 400mg
BID x 2 days prn

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 0-30-06  Prescriber: Dr. Corbier
Stop Date: 11-1-06  RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies NKA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: Population | | | | | 5. Lock Down |
| Patient ID Number: 246241 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| **Hicks, Charles** | | | Date of Birth: | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

| Facility Name: | | Month/year of Charting: |
|---|---|---|

**ASA 81 mg po QD**

KOP

Start Date: 11/3/06   Prescriber: Williams
Stop Date: 2/13/08   RX #:

**A + D Ointment**

KOP

Charles Hicks
11/4/06

Start Date: 11/3/06   Prescriber: Williams
Stop Date: 2/3/07   RX #:

**Aldactone 50 mg ÷ po QD x 90 days**

Start Date: 11/7/06   Prescriber: Corbier
Stop Date: 2/7/07   RX #:

**KC ASA 325 mg ÷ po daily X 100 days**

Start Date: 11-2-06   Prescriber: D. Cenicé CRNP
Stop Date: 3-2-07   RX #:

**Glipizide 10 mg ÷ po daily X 100 days**

Start Date: 11-2-06   Prescriber: D. Cenicé CRNP
Stop Date: 3-2-07   RX #:

**Mevacor 40 mg ÷ po qHS X 100 days**

Start Date: 11-2-06   Prescriber: D. Cenicé CRNP
Stop Date: 3-2-07   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | Candula | | J. Parker, LPN | JP | 1. Discontinued Order |
| Allergies NKDA | Holladay | | M. Edmay RN | ME | 2. Refused |
| | M. Sanderlin | | | MS | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 246241 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| Hicks, Charles | | | Date of Birth: 11/2/61 | | 8. Medication Refused |
| | | | | | 9. No Show |
| | | | | | 10. Other |

Facility Name: _Staff LRC_

Month/Year of Charting: _11/06_

HCTZ 25mg ÷ po

BID X 100 days

Start Date: 11-21-06    Prescriber: D. Couice CRNP
Stop Date: 3-2-07    RX #:

Lisinopril 20mg ÷

PO BID X 100 days

Start Date: 11-21-06    Prescriber: D. Couice CRNP
Stop Date: 3-2-07    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

| Documentation Codes |
| --- |
| 1. Discontinued Order |
| 2. Refused |
| 3. Patient out of facility |
| 4. Charted in Error |
| 5. Lock Down |
| 6. Self Administered |
| 7. Medication out of Stock |
| 8. Medication Held |
| 9. No Show |
| 10. Other |

Diagnosis

Allergies _NKA_

Housing Unit:
Patient ID Number: _246 241_
Patient Name:

_Hicks  Charles_

Nurse's Signature: M Sanders LPN   Initial: MS
Nurse's Signature: S. Parker, LPN   Initial: SP

Date of Birth: _11/2/61_

| Facility Name: | FLYC | | | | | | | | | | | | Month/Year of Charting: | 2 06 | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**ECASA 325 mg.**
**po QD** ✓

Start Date: 11/21/06  Prescriber: Quier
Stop Date: 3/2/07  RX #:

**Glipizide 10mg**
**po QD** ✓

Start Date: 11/21/06  Prescriber: Quier
Stop Date: 3/2/07  RX #:

**Mevacor 40 mg**
**po QHS** ✓

Start Date: 11/21/06  Prescriber: Quier
Stop Date: 3/2/07  RX #:

**HCTZ 25 mg po**
**Bid**
**?**

Start Date: 11/21/06  Prescriber: Quier
Stop Date: 3/2/07  RX #:

**Lisinopril 20mg**
**po Bid** ✓

Start Date: 11/21/06  Prescriber: Quier
Stop Date: 3/2/07  RX #:

**Aldactone 50mg**
**po QD** ✓

Start Date: 11/7/06  Prescriber: Corbin
Stop Date: 2/7/06  RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | Gandin | | Parker, LPN | NB | 1. Discontinued Order |
| Allergies NKDA | R Jones | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: | | | | | 6. Self Administered |
| Patient ID Number: 246241 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| Hicks, Charles | | | Date of Birth: | 11/2/61 | 9. No Show |
| | | | | | 10. Other |

**Facility Name:** _____

Month/Year of Charting: _____

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

A & D ointment

KOP

Start Date: 11/3/06  Prescriber: Williams
Stop Date: ___  RX #:

---

Lasix 40 mg ÷ po
BID X 60 days

Start Date: 2-4-06  Prescriber: Corbier
Stop Date: 2-4-07  RX #:

---

Tylenol ES ÷ po
BID X 2 weeks

Start Date: 2-4-06  Prescriber: Corbier
Stop Date: 2-18-06  RX #:

---

KCl 10 mEq ÷ po qd
X 60 days

Start Date: 2-4-06  Prescriber: Corbier
Stop Date: 2-4-07  RX #:

---

Start Date: ___  Prescriber: ___
Stop Date: ___  RX #:

---

Start Date: ___  Prescriber: ___
Stop Date: ___  RX #:

---

**Diagnosis:** _____

**Allergies:** NKDA

**Housing Unit:** _____

**Patient ID Number:** 246261

**Patient Name:** Hicks, Charles

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| Cynthia | S | K Jones LPN | RJ |
| | | M Bryant LPN | NB |

**Documentation Codes**
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

**Date of Birth:** 1/2/61

Facility Name: Frank Lee Youth Center

Month/ of Charting: 01/07

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**Aspirin 81MG Tablet    30.00**

Take 1 chew tab(s) by mouth daily

*Revised*

Start Date: 11-07-2006 — Prescriber: Williams, Winfred
Stop Date: 02-14-2007 — RX #: 252104008

**Aspirin EC 325MG EC Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 11-22-2006 — Prescriber: Guice, D.
Stop Date: 03-01-2007 — RX #: 252150917

**Glipizide 10MG Tab    30.00**

Take 1 tablet(s) by mouth daily

*Revised*

Start Date: 11-22-2006 — Prescriber: Guice, D.
Stop Date: 03-01-2007 — RX #: 252150931

**Lovastatin ( for Mevacor ) 40MG Tab 30.00**

Take 1 tablet(s) by mouth at bedtime

Start Date: 11-22-2006 — Prescriber: Guice, D.
Stop Date: 03-01-2007 — RX #: 252150925

**Hydrochlorothiazide ( for HCTZ ) 25MG Tab    30.00**

Take 1 tablet(s) by mouth every morning

Start Date: 11-22-2006 — Prescriber: Guice, D.
Stop Date: 03-01-2007 — RX #: 252150934

**Lisinopril 20MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 11-22-2006 — Prescriber: Guice, D.
Stop Date: 03-01-2007 — RX #: 252150940

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | S. Taylor RN | St | M. Robinson RN | MC | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| NKA | RBrooks LPN | NB | J. Pankey LPN | JP | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit:    Population | | | | | 5. Lock Down |
| Patient ID Number: 246241 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| **Hicks, Charles** | | Date of Birth: 11-2-61 | | | 9. No Show |
| | | | | | 10. Other |

| Facility Name: Frank Lee Youth Center | | Month/ of Charting: 01/07 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Spironolactone ( for Aldactone ) 50MG Tab    30.00

Take 1 tablet(s) by mouth daily

| | Start Date: 11-09-2006 | Prescriber: Corbier, Paul |
| St | Stop Date: 02-06-2007 | RX #: 252113948 |

Furosemide ( for Lasix ) 40MG Tab 60.00

Take 1 tablet(s) by mouth twice daily

| | Start Date: 12-07-2006 | Prescriber: Corbier, Paul |
| St | Stop Date: 01-05-2007 | RX #: 252189187 |

Klor-Con 10 10MEQ Tab CR    30.00

Take 1 tablet(s) by mouth daily

| | Start Date: 12-07-2006 | Prescriber: Corbier, Paul |
| St | Stop Date: 02-04-2007 | RX #: 252189193 |

Glipizide 10mg ↑ PO
QD x90days

KOP

| | Start Date: 1-24-07 | Prescriber: Corbier |
| St | Stop Date: 4-24-07 | RX #: |

| | Start Date: | Prescriber: |
| | Stop Date: | RX #: |

| | Start Date: | Prescriber: |
| | Stop Date: | RX #: |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | S. Taylor LPN | St | | ME | 1. Discontinued Order |
| | | | | | 2. Refused |
| Allergies | | | L. Parker | | 3. Patient out of facility |
| NKA | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit:    Population | | | | | 6. Self Administered |
| Patient ID Number: 246241 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| **Hicks, Charles** | | | | | 9. No Show |
| | | | Date of Birth: 11-2-61 | | 10. Other |



Facility Name: ELYC

Month/ of Charting: 2/07

**Lisinopril 20mg ÷ PO BID X 100 day**

Start Date: 2-5-07
Stop Date: 5-15-07
Prescriber: Guice
RX #:

**Spironolactone (Aldactone) 50mg ÷ PO QD x 90 days**

Start Date: 2-5-07
Stop Date: 5-5-07
Prescriber: Corbier
RX #:

**Lasix 40mg ÷ PO BID X 90 day**

Start Date: 2-5-07
Stop Date: 5-5-07
Prescriber: Corbier
RX #:

**Klor-Con 10meq ÷ PO QD x 90 days**

Start Date: 2-5-07
Stop Date: 5-5-07
Prescriber: Corbier
RX #:

**A+D ointment to legs BID X 30 days    KOP**

Start Date: 2/9/07
Stop Date: 3/9/07
Prescriber: Corbier
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

Diagnosis

Allergies: NKA

Housing Unit:
Patient ID Number: 246241
Patient Name: Hicks, Charles

Date of Birth:

| | Documentation Codes |
|---|---|
| Nurse's Signature / Initial | 1. Discontinued Order |
| Nurse's Signature / Initial | 2. Refused |
| | 3. Patient out of facility |
| | 4. Charted in Error |
| | 5. Lock Down |
| | 6. Self Administered |
| | 7. Medication out of Stock |
| | 8. Medication Held |
| | 9. No Show |
| | 10. Other |

| Facility Name: Frank Lee Youth Center | | | | | | | | | | | Month/Year of Charting: 02/07 | | | | | | | | | | | | | | | | | | | |

**Klor-Con 10 10MEQ Tab CR    30.00**
Take 1 tablet(s) by mouth daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Revised

Start Date: 12-07-2006    Prescriber: Corbier, Paul
Stop Date: 02-04-2007    RX #: 252189193

**Lasix 40mg ÷ PO Bid**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Revised

Start Date: 12-7-06    Prescriber: Culver
Stop Date: 2-5-07    RX #:

**EC ASA 325mg ÷ PO QDX100days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 2-5-07    Prescriber: Guice
Stop Date: 5-15-07    RX #:

**Glipizide 10mg ÷ PO QDX100days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 2-5-07    Prescriber: Guice
Stop Date: 5-15-07    RX #:

**Mevacor 40mg ÷ PO QHSX100day**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 2-5-07    Prescriber: Guice
Stop Date: 5-15-07    RX #:

**HCTZ 25mg ÷ PO QAM X100days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 2-5-07    Prescriber: Guice
Stop Date: 5-15-07    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | S Milanoski, LPN | sm | N Bradley | JB | 1. Discontinued Order |
| Allergies: NKA | S Shumpard, RN | ss | J Parker, LPN | JP | 2. Refused / 3. Patient out of facility / 4. Charted in Error |
| Housing Unit: Population | C Woolly | | | | 5. Lock Down / 6. Self Administered |
| Patient ID Number: 246241 | | | | | 7. Medication out of Stock / 8. Medication Held |
| Patient Name: **Hicks, Charles** | | | | Date of Birth: | 9. No Show / 10. Other |

**Facility Name:** Frank Lee Youth Center

Month/year of Charting: 02/07

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

Aspirin EC 325MG EC Tab    30.00

Take 1 tablet(s) by mouth daily

*Revised*

Start Date: 11-22-2006    Prescriber: Guice, D.
Stop Date: 03-01-2007    RX #: 252150917

---

Glipizide 10MG Tab    30.00

Take 1 tablet(s) by mouth daily

*Revised*

Start Date: 11-22-2006    Prescriber: Guice, D.
Stop Date: 03-01-2007    RX #: 252150931

---

Lovastatin ( for Mevacor ) 40MG Tab 30.00

Take 1 tablet(s) by mouth at bedtime

*Revised*

Start Date: 11-22-2006    Prescriber: Guice, D.
Stop Date: 03-01-2007    RX #: 252150925

---

Hydrochlorothiazide ( for HCTZ ) 25MG Tab  30.00

Take 1 tablet(s) by mouth every morning

*Revised*

Start Date: 11-22-2006    Prescriber: Guice, D.
Stop Date: 03-01-2007    RX #: 252150934

---

Lisinopril 20MG Tab    60.00

Take 1 tablet(s) by mouth twice daily

*Revised*

Start Date: 11-22-2006    Prescriber: Guice, D.
Stop Date: 03-01-2007    RX #: 252150940

---

Spironolactone ( for Aldactone ) 50MG Tab    30.00

Take 1 tablet(s) by mouth daily

*Revised*

Start Date: 11-09-2006    Prescriber: Corbier, Paul
Stop Date: 02-06-2007    RX #: 252113948

---

**Diagnosis**

**Allergies**
NKA

**Housing Unit:** Population
**Patient ID Number:** 246241
**Patient Name:**

**Hicks, Charles**

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| | | S. Taylor, RN | ST |
| S. Shufford, RN | SS | J. Parker, LPN | JP |

**Documentation Codes**
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Date of Birth: 11-2-61



Facility Name: Frank Lee Youth Center

Month of Charting: 03/07

**Aspirin EC 325MG EC Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 02-07-2007     Prescriber: Guice, D.
Stop Date: 05-17-2007     RX #: 252343449

**Glipizide 10MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 02-07-2007     Prescriber: Guice, D.
Stop Date: 05-17-2007     RX #: 252343521

**Lovastatin ( for Mevacor ) 40MG Tab 30.00**

Take 1 tablet(s) by mouth at bedtime

Start Date: 02-07-2007     Prescriber: Guice, D.
Stop Date: 05-17-2007     RX #: 252343535

**Hydrochlorothiazide ( for HCTZ ) 25MG Tab    30.00**

Take 1 tablet(s) by mouth every morning

Start Date: 02-07-2007     Prescriber: Guice, D.
Stop Date: 05-17-2007     RX #: 252343546

**Lisinopril 20MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 02-07-2007     Prescriber: Guice, D.
Stop Date: 05-17-2007     RX #: 252343551

**Furosemide ( for Lasix  ) 40MG Tab 60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 02-07-2007     Prescriber: Corbier, Paul
Stop Date: 05-07-2007     RX #: 252343562

Diagnosis

Allergies
NKA

Housing Unit: Population
Patient ID Number: 246241
Patient Name:

**Hicks, Charles**

Date of Birth:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
| --- | --- | --- | --- |
| | | L. Parker, LPN | JP |
| | | Miles, LPN | |
| | | D. Gillian, LPN | TS |

**Documentation Codes**
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Facility Name: Frank Lee Youth Center

Month/Year of Charting: 03/07

**Klor-Con 10 ( for Potassium Chloride )**
**10MEQ Tab CR    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 02-07-2007
Stop Date: 05-07-2007
Prescriber: Corbier, Paul
RX #: 252343573

**Spironolactone 50MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 02-07-2007
Stop Date: 05-07-2007
Prescriber: Corbier, Paul
RX #: 252343595

A+D oint.
Bid

Start Date: 2/9/07
Stop Date: 3/9/07
Prescriber: Corbier
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

Diagnosis

Allergies
NKA

Housing Unit: Population
Patient ID Number: 246241
Patient Name:

**Hicks, Charles**

Date of Birth:

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| | | Parker, LPN | | 1. Discontinued Order |
| | | | | 2. Refused |
| | | | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other |

Facility Name:

Month of Charting: 4/07

Sliding Scale

Regular insulin

151-200 = 4U
201-250   6U
251-300   8U
301-400   10U

X 120d

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Start Date:    Prescriber:

RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

3A
3P

Start Date: 4/25/07    Prescriber: Gavice
Stop Date: 8/25/07    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

3A
3P

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | K Jones | | | | 1. Discontinued Order |
| Allergies | Tipparau | | | | 2. Refused |
| NKDA | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 24024H | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| Hicks Charles | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | Date of Birth: 11.2-61 | | | 10. Other |

Staton RMC

| Facility Name: | | | | | | | | | | | | Month or of Charting: 4/07 | | | | | | | | | | | | | | | | | | |

| Glucophage 500mg ÷ po BID X 120d  KOP | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | MMorgan | | | |
| | 6P | | | | | | | | | | | | | | | | | | | | | | | | | 8/M | /AB | | | |

Rx  Start Date: 4/25/07  Prescriber: Guice
Stop Date: 8/25/07  RX #:

| HCTZ 25mg ÷ po qAM X 120d  KOP | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6A | | | | | | | | | | | | | | | | | | | | | | | | | MMorgan | | | | |

Rx  Start Date: 4/25/07  Prescriber: Guice
Stop Date: 8/25/07  RX #:

| Mevacor 40mg ÷ po qhs X 120d  KOP | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6P | | | | | | | | | | | | | | | | | | | | | | | | | 8/M | /AB | | | |

Rx  Start Date: 4/25/07  Prescriber: Guice
Stop Date: 8/25/07  RX #:

| Glipizide 10mg ÷ po qd X 120d  KOP | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6A | | | | | | | | | | | | | | | | | | | | | | | | | MMorgan | | | | |

Rx  Start Date: 4/25/07  Prescriber: Guice
Stop Date: 8/25/07  RX #:

| EC ASA 325mg ÷ po qd X 120d  KOP | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6A | | | | | | | | | | | | | | | | | | | | | | | | | MMorgan | | | | |

Rx  Start Date: 4/25/07  Prescriber: Guice
Stop Date: 8/25/07  RX #:

| Lisinopril 20mg ÷ po BID X 120d  KOP | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6A | | | | | | | | | | | | | | | | | | | | | | | | | MMorgan | | | | |
| | 6P | | | | | | | | | | | | | | | | | | | | | | | | | 8/M | /AB | | | |

Rx  Start Date: 4/25/07  Prescriber: Guice
Stop Date: 8/25/07  RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | K Gosub, LPN | Rx | | | 1. Discontinued Order |
| Allergies  NKDA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 246244 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| Hicks, Charles | | | Date of Birth: 11·2·61 | | 9. No Show |
| | | | | | 10. Other |

Staton

Facility Name: Frank Lee Youth Center

Month of Charting: 04/07

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aspirin EC 325MG EC Tab    30.00  Take 1 tablet(s) by mouth daily | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

d/c'd 4/25/07

| | |
|---|---|
| SA | Start Date: 02-07-2007 |
| | Stop Date: 05-17-2007 |

Prescriber: Guice, D.
RX #: 252343449

| Glipizide 10MG Tab    30.00  Take 1 tablet(s) by mouth daily | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

d/c'd 4/25/07

| | |
|---|---|
| SA | Start Date: 02-07-2007 |
| | Stop Date: 05-17-2007 |

Prescriber: Guice, D.
RX #: 252343521

| Lovastatin ( for Mevacor ) 40MG Tab  30.00  Take 1 tablet(s) by mouth at bedtime | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

d/c'd 4/25/07

| | |
|---|---|
| SA | Start Date: 02-07-2007 |
| | Stop Date: 05-17-2007 |

Prescriber: Guice, D.
RX #: 252343535

| Hydrochlorothiazide ( for HCTZ ) 25MG Tab    30.00  Take 1 tablet(s) by mouth every morning | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

d/c'd 4/25/07

| | |
|---|---|
| SA | Start Date: 02-07-2007 |
| | Stop Date: 05-17-2007 |

Prescriber: Guice, D.
RX #: 252343546

| Lisinopril 20MG Tab    60.00  Take 1 tablet(s) by mouth twice daily | 6A / 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

d/c'd 4/25/07

| | |
|---|---|
| SA | Start Date: 02-07-2007 |
| | Stop Date: 05-17-2007 |

Prescriber: Guice, D.
RX #: 252343551

| Furosemide ( for Lasix ) 40MG Tab  60.00  Take 1 tablet(s) by mouth twice daily | 6A / 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | |
|---|---|
| SA | Start Date: 02-07-2007 |
| | Stop Date: 05-17-2007 |

Prescriber: Corbier, Paul
RX #: 252343562

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies: NKA | S. Taylor LPN | SA | | | 1. Discontinued Order |
| | N. Brooks LPN | NB | L. Parker, CMT | LP | 2. Refused |
| | | | | | 3. Patient out of facility |
| Housing Unit: Population | | WS | | | 4. Charted in Error |
| Patient ID Number: 246241 | T. Sullivan, LPN | TS | | | 5. Lock Down |
| | | | | | 6. Self Administered |
| | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

Patient Name:

**Hicks, Charles**

Date of Birth:

Facility Name: Frank Lee Youth Center

Month/Year of Charting: 04/07

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Klor-Con 10 ( for Potassium Chloride ) 10MEQ Tab CR 30.00 Take 1 tablet(s) by mouth daily | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 02-07-2007    Prescriber: Corbier, Paul
Stop Date: 05-07-2007    RX #: 252343573

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Spironolactone 50MG Tab 30.00 Take 1 tablet(s) by mouth daily | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 02-07-2007    Prescriber: Corbier, Paul
Stop Date: 05-07-2007    RX #: 252343595

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies NKA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: Population | | | | | 5. Lock Down |
| Patient ID Number: 246241 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| **Hicks, Charles** | | | | | 10. Other |

Date of Birth:

Staton                                                                    May 07

| Facility Name: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Month or Charting:

**Lasix 40mg ÷ PO BID**

Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30
6A — 6P

x Charles Hicks
60 tabs giv 5/16/07

Start Date: 2-7-07   Prescriber: Corbier
Stop Date: 5-7-07   RX #:

**Potassium 10 mEq PO qd**

Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30
6A

Start Date: 2-7-07   Prescriber: Corbier
Stop Date: 5-2-07   RX #:

**Spironolactone 50mg ÷ PO qd**

Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30
6A

Start Date: 2-7-07   Prescriber: Corbier
Stop Date: 5-7-07   RX #:

**Lasix 40mg ÷ PO qd X 60 days**

Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30
6A

x Charles Hicks
30 tabs giv

Start Date: 5-10-07   Prescriber: Corbier, MD
Stop Date: 7-10-07   RX #:

**KCl 10 meq ÷ PO qd X 60 days**

Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30
6A

x Charles Hicks
30 tabs giv

Start Date: 5-10-07   Prescriber: Corbier, MD
Stop Date: 7-10-07   RX #:

**Aldactone 50mg qd X 60 days**

Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30
6A

Start Date: 5-10-07   Prescriber: Corbier, MD
Stop Date: 7-10-07   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | C. Allen LPN | CA | | | 1. Discontinued Order |
| Allergies | M. Warren PN | MJ | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 296241 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| Hicks, Charles | | Date of Birth: 11-2-61 | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |



Steven                                                   May 07

| Facility Name: | | | | | | | | | | | | | Month and Year of Charting: | | | | | | | | | | | | | | | |

**Glucophage 500mg**
**÷ PO BID X 120 (1)**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

X Charles Hicks
30 tabs gn

Start Date: 4-25-07   Prescriber: Guice
CH   Stop Date: 8-25-07   RX #:

---

**HCTZ 25mg ÷**
**PO qd**

X Charles Hicks
30 tabs gn
5/11/07

Start Date: 4-25-07   Prescriber: Guice
CH   Stop Date: 8-25-07   RX #:

---

**Mevacor 40mg ÷**
**PO qhs X 120**

X Charles Hicks
30 tabs gn
5/11/07

Start Date: 4-25-07   Prescriber: Guice
CH   Stop Date: 8-25-07   RX #:

---

**Glipizide 10mg ÷**
**PO qd X 120**

KOP

X Charles Hicks
30 tabs gn   5/11/07

Start Date: 4-25-07   Prescriber: Guice
CH   Stop Date: 8-25-07   RX #:

---

**EC ASA 325mg**
**÷ PO qd**

X Charles Hicks
30 tabs gn   5/11/07

Start Date: 4-25-07   Prescriber: Guice
CH   Stop Date: 8-25-07   RX #:

---

**Lisinopril 20mg**
**÷ PO qd BID**

X Charles Hicks
60 tabs gn   5/11/07

Start Date: 4-25-07   Prescriber: Guice
CH   Stop Date: 8-25-07   RX #:

---

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | C. Helton | CH | E. Cooth | Ec | 1. Discontinued Order |
| | S. Parker, LPN | SP | | | 2. Refused |
| Allergies | | | | | 3. Patient out of facility |
| NKDA | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 246241 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| Hick, Charles | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| | Date of Birth: 11-2-61 | | | | 10. Other |

| Facility Name: | Stator | | | | | | | | | | | | Mo. | | Year of Charting: | | 5 | 07 | | | | | | | | | | |

| | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Sliding Scale
Regular Insulin
151 - 200 - 4 units
201 - 250 - 6 units
251 - 300 - 8 units
301 - 400 - 10 units

3A

3P

Start Date: 4 25 07     Prescriber: Green
Stop Date: 8 25 07     RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| Allergies  NKDA | | 8 | | | 1. Discontinued Order |
| | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: | | | | | 6. Self Administered |
| Patient ID Number: 246241 | | | | | 7. Medication out of Sto |
| Patient Name: | | | | | 8. Medication Held |
| Hicks, Charles | | | Date of Birth: 11-2-61 | | 9. No Show |
| | | | | | 10. Other |

Facility Name: _Sca_

Month, Year of Charting: 5/07

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bactrim DS : PO BID x 10d | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 5/21/07    Prescriber: Adams
Stop Date: 5/31/07    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percogesic : PO BID x 10d PRN | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 5/21/07    Prescriber: Adams
Stop Date: 5/31/07    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies  NKA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| | | | | | 6. Self Administered |
| Housing Unit: | | | | | 7. Medication out of Stock |
| Patient ID Number: 246,241 | | | | | 8. Medication Held |
| Patient Name: | | | | | 9. No Show |
| Hicks, Charles | | Date of Birth: 11/2/61 | | | 10. Other |

Facility Name: Staton Correctional Facilit

Month or Charting: 07/07

**Aspirin EC 325MG EC Tab    30.00**

Take 1 tablet(s) by mouth daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

KOP    EB

Start Date: 04-30-2007   Prescriber: Guice, D.
Stop Date: 08-27-2007    RX #: 252545489

**Glipizide 10MG Tab    30.00**

Take 1 tablet(s) by mouth daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

KOP    EB

Start Date: 04-30-2007   Prescriber: Guice, D.
Stop Date: 08-27-2007    RX #: 252545503

**Hydrochlorothiazide ( for HCTZ ) 25MG Tab    30.00**

Take 1 tablet(s) by mouth every morning

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

KOP    EB

Start Date: 04-30-2007   Prescriber: Guice, D.
Stop Date: 08-27-2007    RX #: 252545513

**Metformin HCl ( for Glucophage ) 500MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

KOP    EB

Start Date: 04-30-2007   Prescriber: Guice, D.
Stop Date: 08-27-2007    RX #: 252545523

**Lisinopril 20MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

KOP    EB

Start Date: 04-30-2007   Prescriber: Guice, D.
Stop Date: 08-27-2007    RX #: 252545524

**Furosemide ( for Lasix  ) 40MG Tab 30.00**

Take 1 tablet(s) by mouth daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

KOP    EB

Start Date: 05-12-2007   Prescriber: Corbier, Paul
Stop Date: 07-10-2007    RX #: 252580154

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| | | | | | 2. Refused |
| Allergies | | | | | 3. Patient out of facility |
| NKA | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: Population | | | | | 6. Self Administered |
| Patient ID Number: 246241 | EBerry mw EB | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| **Hicks, Charles** | | | Date of Birth | | 9. No Show |
| | | | | | 10. Other |

Facility Name: Staton Correctional Facilit,

Month/Year of Charting: 07/07

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Klor-Con 10 ( for Potassium Chloride ) 10MEQ Tab CR     30.00  Take 1 tablet(s) by mouth daily | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

*Not ICop*

Start Date: 05-12-2007     Prescriber: Corbier, Paul
Stop Date: 07-10-2007     RX #: 252580157

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Spironolactone ( for Aldactone ) 25MG Tab     60.00  Take 2 tablet(s) by mouth daily | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

*Not ICop*

Start Date: 05-12-2007     Prescriber: Corbier, Paul
Stop Date: 07-10-2007     RX #: 252580763

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Simvastatin ( for Zocor ) 40MG Tab 30.00  Take 1 tablet(s) by mouth every evening | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

*ICop*

Start Date: 06-05-2007     Prescriber: Corbier, Paul
Stop Date: 10-02-2007     RX #: 252633341

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prozac  20 mg  1 cap po  q am | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 6-25-07     Prescriber: BAnerjee
Stop Date: 9-25-07     RX #:
EB

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lasix 80mg po  qd x 3d  Extra | 0900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 8/4/07     Prescriber: Baker NP
Stop Date: 8/6/07     RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:     Prescriber:
Stop Date:     RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | h.gackhun | AB | 1. Discontinued Order  2. Refused  3. Patient out of facility  4. Charted in Error  5. Lock Down  6. Self Administered  7. Medication out of Stock  8. Medication Held  9. No Show  10. Other |
| Allergies  NKA | | | | | |
| Housing Unit: Population | | | | | |
| Patient ID Number: 246241 | L Benton w EB | | | | |
| Patient Name:  **Hicks, Charles** | | | Date of Birth: | | |

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## RECEPTION MENTAL HEALTH SCREENING EVALUATION

Institution: __Kilby__     Date/Time Inmate Received: __5/18/06__

Date/Time of Screening: __5/18/06__     Signature/Title of Screener: __D. McLeod Sgn__

**MENTAL HEALTH TREATMENT PRIOR TO ENTERING THE ADOC:**

Yes (No) Psychotropic medication: _____

Yes (No) Medication turned over to ADOC upon arrival? _____

Yes (No) Mental health follow-up in last 90 days: _____

Yes (No) Suicide/self-harm attempts in last 90 days: _____

**MENTAL HEALTH HISTORY   Does inmate report a history of the following (if yes, provide details):**

Yes (No) Outpatient treatment: _____

Yes No Inpatient treatment: _____

Yes (No) Psychotropic medication: _____

Yes (No) Suicidal attempts: _____

Yes No Suicidal thoughts: _____

Yes (No) Head injury: _____

Yes (No) Seizures: _____

Yes (No) Violent behavior: _____

(Yes) No Substance abuse: __Eth__

Yes (No) Substance abuse treatment: _____

Yes (No) Special education classes: _____

**INMATE SELF-REPORT OF CURRENT STATUS:**

(Yes) No First incarceration (reaction): __"Disappointed"__

(Yes) No Reports family support: __Aunt__

Yes (No) Reports significant depression/remorse: _____

Yes (No) Thinking about suicide: _____

Yes (No) Has plan for suicide: _____

Yes (No) Possible to implement suicide plan: _____

Yes (No) Reports hallucinations: _____

**BEHAVIORAL OBSERVATIONS:**

| | | |
|---|---|---|
| Poor eye contact | Poor hygiene | Unable to pay attention | Unresponsive |
| Disoriented | Anxious | Unable to follow directions | Unable to read |
| Crying | Memory deficits | Signs of self-mutilation | Afraid |
| Illogical speech content | Appears to be hearing voices or seeing things | | Paranoid |
| Hostile | Other unusual behavior: _____ | | |

**DISPOSITION/ PLACEMENT RECOMMENDATION (based on reception mental health screening):**

Routine housing                          Emergency mental health referral

Mental health follow-up but not emergency     Crisis cell placement recommended

Current psychotropic meds verified          Interim supply ordered

Inmate Name: __Hicks, Charles__     AIS #: __246241__

Disposition: Inmate Medical Record

Reference: ADOC AR: 610, 612, 635
ADOC Form MH-011 – November 14, 2005

## ALABAMA DEPARTMENT OF CORRECTIONS
## INMATE ORIENTATION TO MENTAL HEALTH SERVICES

The Alabama Department of Corrections provides the following mental health services:

- Assessment and treatment of mental illness
- Referral to a psychiatrist, if necessary for medication
- On-going psychiatric treatment
- Group and individual counseling
- Assistance in dealing with stressful problems (adjustment to prisons, grief and loss, family problems)
- Crisis intervention
- Residential mental health treatment and hospitalization, if necessary

If you wish to speak with mental health staff about routine matters such as scheduling for group or individual counseling, send in a Health Services Request form.

In emergency situations or if you have concerns that need to be addressed immediately, contact any correctional officer so that you may receive mental health assistance as soon as possible.

Your participation in mental health services is voluntary except in emergency situations or when you have been provided due process through administrative review.

If you believe the mental health services provided to you are inadequate, you may file an inmate grievance.

Information about the mental health services provided to you is confidential except in the situations when mental health staff believe that you may be:

- Suicidal
- Homicidal
- Presenting a clear danger of injury to self or others
- Presenting a reasonable clear risk of escape or creation of institutional disorder
- Receiving Psychotropic medication
- Requiring movement to a special unit or cell for observation and treatment
- Requiring transfer to a psychiatric hospital outside of the prison
- Requiring a new program assignment for mental health reasons

Mental health staff has a legal duty to report to appropriate authorities any unreported suspected abuse or neglect of a child.

Mental health and medical staff will have access your mental health records when completing their duties. The following persons may have access to your mental health records on a need to know basis:

- Warden of the institution or designee
- Internal investigation staff and legal counsel working with the ADOC
- Departmental and accrediting audit staff
- Persons authorized by a court order or judgment

All other persons or agencies require an authorization for release of information signed by you before gaining access to your mental health records.

*This information on this form has been explained to me and I have received a copy of the information for my future reference.*

| | | |
|---|---|---|
| _Clarks E. Hicks_ | _246241_ | _____ |
| Inmate Signature | AIS # | Date Signed |

_Hicks, Charles_

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

### Psychological Evaluation

Name: _Hicks, Charles_  AIS# _246241_  R/S _Bm_

Date: _5/30/06_  Date of Birth: _11/2/61_  Age: _44_

Beta III: _81A_  WAIS: _/ /_  WRAT-RL: _4.2_

Last School Grade Completed: _12_  Special Education Classes: ☐ Yes ☒ No  Type: _____

MMPI Welsh Code: _PS1._

## Mental Health Code:    ( 0 )    1    2    3    4    5    6

### General Appearance
✓ a. Neat and generally appropriate        _____ c. Flat or avoiding interaction
_____ b. Poorly groomed                          _____ d. Sad or worried

Other* _____

### I.  Interpersonal Functioning
✓ a. Normal-good relationships likely
_____ b. Withdrawn/apparent loner
_____ c. Likely to ignore rights/needs
_____ d. Lacks skill or confidence
_____ e. Probably difficult to get along with

f. other
_____ 1. Exploitive/manipulative
_____ 2. Weak/vulnerable
_____ 3. Passive/unassertive
_____ 4. Aggressive/Dominant
_____ 5. Retaliates
_____ 6. _____

### II.  Personality
_____ a. Healthy
✓ b. Antisocial
_____ c. Paranoid
_____ d. Explosive
_____ e. Dependent
_____ f. Passive-Aggressive

g. other
_____ 1. Schizoid          _____ 7. Compulsive
_____ 2. Schizotypal       _____ 8. Atypical/mix
_____ 3. Histrionic        _____ 9._____
_____ 4. Narcissistic      _____
_____ 5. Borderline        _____
_____ 6. Avoidant

### III.  Substance Abuse
_____ **a.** Alcohol addiction/abuse history: _Alcohol use._
_____
_____
_____

_____ **b.** Drug addiction/abuse history: _Denies._
_____
_____
_____

Name: _____

_____ c. Current or most recent use: _____
_____
_____

_____ d. Current Addictions: _____
_____

e. Other:
_____ 1. In remission 6 months or less          ✗ 5. Drug use/denies dependency
_____ 2. In remission more than one year        _____ 6. Alcohol use/denies dependency
_____ 3. In remission more than one year        _____ 7. OBS-drug/alcohol induced
_____ 4. In remission only due to incarceration _____ 8. Other:_____

## IV. Emotional Status

_____ a. No significant problems
_____ b. Depressed_____
_____
_____

_____ c. Anxious or stressful_____
_____

_____ d. Angry or resentful_____
_____

_____ e. Confusion or psychotic symptoms_____
_____
_____

_____ f. Mood disturbances_____
_____

_____ g. Sexual maladjustment_____
_____

**History of sex offenses?   ☐ Yes   ✗ No   List:**_____

_____ h. Paranoid ideation_____
_____

_____ i. Sleep/appetite disorder_____
_____

j. Other
_____ 1. Symptoms of Hypochondria    _____ 4. Overtly psychotic      _____ 7. Behavior disorder
_____ 2. Hyperactivity               _____ 5. Psychosis in remission _____ 8. Senile/demented
_____ 3. Violent/uncontrolled        ✗ 6. Personality disorder        _____ 9. Other

Name:_____

### V. Mental Deficiency

| | | | |
|---|---|---|---|
| _____ Mild | (50-70) | _____ | Borderline (70-80) |
| _____ Moderate | (35-50) | _____ | Organic impairment suspected |
| _____ Severe | (20-35) | _____ | Memory Deficit |

Remarks:_____
_____ SI ammons    69 Beta _____

### Emotional response to incarceration:_____

### VI. Mental Health

_____ a. Outpatient treatment (dates/where)_____
_____
_____

_____ b. Inpatient treatment (dates/where)_____
_____
_____

_____ c. Psychotropic medication (type/effectiveness)_____
_____
_____

_____ d. Family history of mental illness_____
_____

### VII. Management Problems

_____ a. Suicide potential    Ideation ☐ Yes ☑ No    Plans? ☐ Yes ☑ No
            History of attempt/gestures_____
_____

_____ b. Serious mental illness (specify)_____
_____

_____ c. Impulsive/acting out behaviors predicted_____
_____

_____ d. Authority Conflict_____
_____

_____ e. Manipulative/untrustworthy_____
_____

_____ f. Easily victimized_____
_____

Name: _____

_____ g. Escape potential _____  _____

_____

_____

_____ h. Assaultiveness _____

_____ i. Other:

_____ 1. Malingering        _____ 4. Physical handicap      _____ 7. Domestic Violence

_____ 2. Mental Deficiency   _____ 5. Self-Mutilation       _____ 8. Gender identity disorder

_____ 3. Aged and infirmed   _____ 6. Potential substance abuse in unsupervised situations

**History of expressive violence?** ☐ Yes ☒ No List: _____

## VIII Educational Needs

_____ a. ABE/GED    _____ b. Special Education    __✗__ c. Trade School    _____ d. Junior College

_____ e. Life Skills

## IX Mental Health Needs

_____ a. Refer to psychiatrist    _____ e. Sexual adjustment       _____ i. Self-concept enhancement

_____ b. Substance abuse counseling  _____ f. Reality therapy         _____ j. Healthy use of leisure time

_____ c. Depression              _____ g. Anger management        _____ k. Personal Development

_____ d. Stress management        _____ h. Values clarification      _____ l. other_____

**Recommendations/Remarks:**  *(Include accommodations needed for the visual, hearing impaired and other disabilities)*  Diabetic  HBP.

Long history of NWOI + similar charges.

Probated - FTR.

Denies SAP needs but is Court Ordered.

Court ordered Trade School.

_____

_____

_____

**Evaluation Completed by:** _W B Brunston_____  **Date:** 5/30/06

**Psychologist/Psychological Associate**

E2 - 9A

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
REFERRAL TO MENTAL HEALTH

Inmate Name: CHARLES HICKS    AIS# 246241    Date of Referral: 5/25/07

REASON FOR REFERRAL: _Inmate c/o "nerves" worrying_ P
CRISIS INTERVENTION    _status, health._    X (

              Family
    problem: _Separation from same_
           Problems with other
    inmates: _____
           Recent _Pending parole consideration, 11/07_
    stress: _____
           Other: _____ (Swelling in left
    —                leg, c/o same)

EVALUATION OF MENTAL STATUS
    Suicidal           Anxious ✓        Physical complaints
    Homicidal         Depressed        Sleep disturbance
    Mutilative        Withdrawn       Hallucinations/delusions
    Hostile, angry      Poor hygiene     Suspicious
    Other inappropriate behavior: _____

EVALUATION OF NEED FOR PSYCHIATRIC EVALUATION

HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO RECEPTION/TRANSFER

OTHER: _Coded MH-0_

COMMENTS: _45, B/M, serving 10 yr. sentence for_
_Theft of Property X3. Borderline IQ_
_____ 564

Referred by: _Carl A. Bowin_    Phone Contact #: _564_
    Referral for psychiatrist (referral has been screened by mental health or medical staff)

MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION

_Scheduled for Thu. 5/31/07_
_Inmate will be seen by Dr. Bareyer_
_upon her return._

Follow-Up by: _D. Santana_    Date: _6/5/07_

| Inmate Name | AIS # |
|---|---|
| HICKS, CHARLES | 246241 |

ALDOC Form 432-03

A.R. 432 – February 26, 2002

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

**PROGRESS NOTES**

| DATE | | SIGNATURE |
|---|---|---|
| | Seen c/o referral | |
| 6/5/07 | (S) "I'm having a bad time c my nerves. I worry alot about different things. My health is real bad. My mother & my aunties all had diabetes. My legs get really swollen. I'm trying to get an appt. to see the free world Dr. I believe I need a check-up to find out what's wrong c me. My scalp bleed sometimes from scratching" | |
| | (O) appeared nervous, jittery, preoccupied c health concerns. reported occassional A/H. Ø delusions. thoughts were logical. did not appear to be responding to internal stimuli. | |
| | (A) Inmate appears nervous. stated scalp bleeds sometimes from scratching. | |
| | (P) Continue f/up. | |
| | | Teresa Trull, Psy.D. |

| INMATE NAME | AIS # | INSTITUTION |
|---|---|---|
| Hicks, Charles | 246244 | SCF |

Disposition: Inmate Medical Record
Printed Front and Back on Blue Paper

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form MH-040 – November 14, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

**PSYCHIATRIC PROGRESS NOTES**

| DATE: 6/25/07 | TIME: | |
|---|---|---|
| Target Symptoms | Behavioral Rating Scale 0=No problem 5= worst | Today versus Before |
| Depressed mood | | 1-2 / 0-1 |
| Anxiety / Worry | | 1-2 / 0-1 |
| Health concerns | | 1-2 / 0-1 |
| Feelings of loneliness | | 1-2 / 0-1 |
| Medications: Im got started on Prozac on 6/25/07 | | Informed Consent |
| Compliance:  Inmate report        % versus MAR        % | | |

In addition to the information in the tables above and below, then inmate-patient:

SUBJECTIVE: "I am feeling sad and depressed with everything
what's going on in my life. I have many medical
Side effects: problems. Can you give me some medicine to
OBJECTIVE: help me with my depression?" Reports & other
s/s of mood / anxiety or thought d/o. & thought
to hurt himself or anyone else. Voices no other

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | &SI, &HI, &HA, &delusions, &paranoia. |
| Serious Depression | ✓ | | mild s/s of depression noted at present time |
| Self-Injurious Thoughts | ✓ | | Denies |
| Suicidal Intent | ✓ | | Denies |
| Aggressive | ✓ | | None noted / at present time |
| Seriously Impulsive | ✓ | | None noted |
| Situational Upset | | ✓ | Re: feeling sad and depressed over |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS: |
|---|---|---|---|
| None at this time | from mental health. | his medical problems. | |

ASSESSMENT/Diagnosis (DSM-IV)
Major Depressive D/O

PLAN: Im exhibits mild s/s and signs of depression
at present time. Will start him on Prozac 20mg/
/day. Discussed Tx plan č Im. He understands
and agrees č Tx plan. MH code 1 at this time.
Return to clinic: RTC 90 days    Print Last Name: DR. BANERJEE    Sign: SBanerjee, M.D.

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| HICKS, CHARLES | 246241 | | B/M | MH=1 | STATON |

Disposition: Inmate Medical Record
Continue care.

ADOC AR: 615, 632, 633
ADOC Form MH-025 – November 14, 2005



PRISON
HEALTH
SERVICES
INCORPORATED

## MONOFILAMENT TESTING FOR DIABETICS

| Fill in the following blanks with a "Y" or "N" to indicate findings | RIGHT | LEFT |
|---|---|---|
| Is there a foot ulcer now? | N | N |
| Is there a history of foot ulcer? | N | N |
| Is there an abnormal shape of the foot? | N | N |
| Is there a toe deformity? | N | N |
| Are the toenails thick or ingrown? | Yes | Yes |
| Is there callus buildup? | No | No |
| Is there swelling? | Yes (mild) | Yes |
| Is there elevated skin temperature? | N | N |
| Is there muscle weakness? | N | N |
| Can the inmate see the bottom of feet? | Yes | Yes |
| Is the inmate wearing improperly fitting shoes? | No Yes | No Yes BH |
| Does the inmate use footwear appropriate? | Yes | Yes |
| Pulses?  3 2 (4 4)         DP/PT | +3 | +3 |

Note the level of sensation in the circles:  (+) → Can feel the 5.07 filament (-) → Can't feel the 5.07 filament



Elephantiasis

Skin Conditions on the Foot or Between the Toes:

Draw in: Callus ▦ , Pre-ulcer ▦ , Ulcer ▦ (note length and width in cm)
Label with:  **R** - Redness, **M** - Maceration, **D** - Dryness, **T** – Tinea

### Risk Category:

| | | |
|---|---|---|
| ✓ | 0 | No loss of protective sensation. |
| | 1 | Loss of protective sensation |
| | 2 | Loss of protective sensation with either high pressure (callous/deformity), or poor circulation. |
| | 3 | History of plantar ulceration, neuropathic fracture (Charcot foot) or amputation. |

Education done about  BH  Yes  Education Received

| Name | AIS NO | Date | By |
|---|---|---|---|
| Hailes, Charles | 246241 | 07/05/06 | C. Noward, CRNP |

60516-A1



**PATIENT INFORMATION FACT SHEET - DIABETES**

**PATIENT NAME:**

**ID NUMBER:**

### WHAT IS DIABETES?

- Diabetes is a chronic or long term disease.
- Diabetes is a disease in which your body does not make enough insulin or properly use its own insulin
- Insulin is a hormone that is needed to turn the sugar and starch we get from food into the energy our bodies need for everyday life.
- If you are diagnosed with diabetes, make sure that your doctor checks you out for any other medical problems such as high blood pressure or high cholesterol. Having diabetes means you are more likely to have a heart attack or stroke – but it doesn't have to happen if you manage your diabetes.
- Your diabetes may be controlled by diet. You may need to take pills everyday or you may need daily injections of insulin. Your doctor will make that decision based on the type of diabetes you have.

### WHAT SHOULD I DO? Take Action NOW. "Self management" is the key to good health. You can live longer for your family, improve your health and reduce your risk of heart disease or stroke.

- Set goals and attempt to reach them (weight loss, smoking cessation)
- Eat the right amounts of food. Eat foods containing less salt and fat.
- Take your medicine the way you and your doctor have agreed to.
- Learn how to check and keep track of your blood sugars.
- Take very good care of your feet- check them for "numbness" or open sores regularly
- Talk to your doctor about taking aspirin

### PUT IN A SICK CALL SLIP IF: You begin to have the following symptoms:

Symptoms of **HYPOGLYCEMIA** - **If your blood sugar is under 60 you must eat some food or**
**(Low blood sugar)** **drink something that has sugar in it. Severe low blood sugar can**
**cause you to go into a coma.**

- ♦ Shakiness
- ♦ Feeling "sluggish"

Symptoms of **HYPERGLYCEMIA** - **You will need to contact your doctor for ways to adjust your diet**
**(High blood sugar)** **and medication to get your blood sugar under control.**
**A "too high" blood sugar can also become a serious emergency.**

- ♦ Increased urination
- ♦ Increased thirst
- ♦ Weight loss
- ♦ Feeling tired or weak
- ♦ Unusual changes in your vision
- ♦ Dry, itchy skin

### EMERGENCY! TELL A CORRECTIONAL OFFICER OR DEPUTY TO CALL MEDICAL IF:

- You suddenly become very shaky
- If you break out into a heavy sweat for no reason
- If you suddenly feel confused or "drunk-like"
- If you have sudden changes in your vision

X _Charles Hicks_ 12/12/06



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## MONOFILAMENT TESTING FOR DIABETICS

| Fill in the following blanks with a "Y" or "N" to indicate findings | RIGHT | LEFT |
|---|---|---|
| Is there a foot ulcer now? | N | N |
| Is there a history of foot ulcer? | N | N |
| Is there an abnormal shape of the foot? | N | N |
| Is there a toe deformity? | N | N |
| Are the toenails thick or ingrown?  long toenails | Y | Y |
| Is there callus buildup?  Mild | Y | Y |
| Is there swelling?  H/o venous insufficiency | Y | Y |
| Is there elevated skin temperature? | N | N |
| Is there muscle weakness? | N | N |
| Can the inmate see the bottom of feet? | Y | Y |
| Is the inmate wearing improperly fitting shoes? | N | N |
| Does the inmate use footwear appropriate? | Y | Y |
| Pulses?                                    DP/PT | 3+ | 3+ |

Note the level of sensation in the circles:  (+) → Can feel the 5.07 filament  (-) → Can't feel the 5.07 filament



Mild calluses
to heel of foot
bilaterally. Dry/
scaly.

Will que AD
ointment. Will bring
to NCU for toenail
trim.

10/30/06
bilateral Doppler UTS
lower extremities neg
for DVT Hmph?

Skin Conditions on the Foot or Between the Toes:

Draw in: Callus ▤, Pre-ulcer ▦, Ulcer ■ (note length and width in cm)
Label with: **R** - Redness, **M** - Maceration, **D** - Dryness, **T** – Tinea

### Risk Category:

| | |
|---|---|
| 0 | No loss of protective sensation. |
| 1 | Loss of protective sensation |
| 2 | Loss of protective sensation with either high pressure (callous/deformity), or poor circulation. |
| 3 | History of plantar ulceration, neuropathic fracture (Charcot foot) or amputation. |

Education done about_____✓_____  Education Received _____

| Name | AIS NO | Date | By |
|---|---|---|---|
| Hicks, Charles | 246241 | 12/12/06 | Dpincerhsp |

## Instructions:

The sensory testing device used with the Diabetic Foot Screen is a nylon filament mounted on a holder that has been standardized to deliver a 10 gram force when properly applied. Research has shown that a patient who can feel the 10 gram filament in the selected sites has "protective sensation" and has a reduced risk of developing plantar ulcers.

    1. Use the 10 gram filament to test for "protective sensation".

    2. Test the sites indicated on the Diabetic Foot Screen.

    3. Apply the filament perpendicular to the skin's surface (see diagram A).

    4. The approach, skin contact and departure of the filament should be 1 1/2 seconds.

    5. Apply sufficient force to cause the filament to bend (see diagram B).

    6. Do not allow the filament to slide across the skin or make repetitive contact at the test site.

    7. Randomize the selection of test sites and time between successive tests to reduce patient guessing.

    8. Ask the patient to respond "Yes" when the filament is felt and record the response on the Diabetic Foot Screen Form.

    9. Apply the filament along the margin of and NOT on an ulcer, callous, scar or necrotic tissue.

    10. Have the patient close their eyes while the filament test is being performed.



           A                              B

## Risk and Management Categories for the Foot

| Risk Category | Description |
|---|---|
| 0 | Diabetes, but no loss of protective sensation in feet. |
| 1 | Diabetes, loss of protective sensation in feet. |
| 2 | Diabetes, loss of protective sensation in feet with either high pressure (callout/deformity) or poor circulation. |
| 3 | Diabetes, history of plantar ulceration or neuropathic fracture. |

Note: "loss of protective sensation" is assessed using a 5.07 monofilament at 10 locations on each foot.

| Category | Management Category |
|---|---|
| 0 | Education emphasizing disease control, proper shoe fit/design.<br>Follow-up yearly for foot screen.<br>Follow as needed for skin/callus/nail care or orthoses. |
| 1 | Education emphasizing disease control, proper shoe fit/design, daily self-inspection, skin/nail care, early reporting of foot injuries.<br>Proper fitting/design footwear with soft inserts/soles.<br>Routine follow-up 3 – 6 months for foot/shoe examination &nail care. |
| 2 | Education emphasizing disease control, proper shoe fit/design, self-inspection, skin/nail/callus care, early reporting of foot injuries.<br>Depth-inlay footwear, molded/modified orthoses; modified shoes as needed<br>Routine follow-up 1 – 3 months for foot/activity/footwear evaluation and callus/nail care. |
| 3 | Education emphasizing disease control, proper fitting footwear, self-inspection, skin/nail/callus care and early reporting of foot injuries.<br>Depth-inlay footwear, molded/modified orthoses; modified/custom footwear, ankle-foot orthoses as needed.<br>Routine follow-up 1 – 12 week for foot/activity/footwear evaluation and callus/nail care. |

Diabetes Foot Clinic visit frequency may vary based on individual patient needs.




# DIABETES CLINIC

## Q 3-months

Name: Hicks, Charles    DOB: 11-2-61    AIS#: 246241    R/S: B/M

**PATIENT HISTORY**

Diagnosis: Type I ☐    Type 2 ☒    Date of Diagnosis: 5 yrs DM / HTN 1992 / Dyslipidemia 1990-1995

Current Meds: Lasix 40mg, Tylenol ES?, KCl 10 MEQ, ECASA 325mg, Glipizide 10mg, Meveros 40mg

Diet/Exercise: 2000 cal Diet / walk w/ crutches Compliant: Y (N) Hctz 25mg, Lisinopril 30mg,
Aldactone 50mg, A+D ointment

Frequency of BG monitoring: BS ✓ BID

### Risk factors (check all that apply)

Family History    Smoker NON-X    HTN    Obesity    CAD    Hyperlipidemia    Renal Disease    Tobaco use
Reviewed meds pt missing some meds

| VARIABLE | Date (initial exam) 12/12 | Date 6-4-07 NB | Date |
|---|---|---|---|
| BP/Weight/Pulse | 142/80 275.5 79 | 104/66 250 78 | |
| CP/dizziness/Indigestion | NO/Everynow then/NO | NO/ yes /NO | |
| Exertional Dyspnea | NO | NO | |
| Urinary frequency | on lasix | on lasix | |
| Fundi exam (annually) | ordered | 1-31-07 | |
| Dental exam (annually) | 5/19/06 | 5-19-06 | |
| Hand and Foot pain | NO | NO | |
| **General Appearance** | NAD noted | NAD noted | |
| Heart | RM | RM | |
| JVD/Carotid Bruits | l | none | |
| Periph. Pulses/edema | 2+ | 2+ (L leg) | |
| Microfilament (annually) | See form | See form | |

**LABS**    Date        Date        Date

| | Date | | Date | Date | |
|---|---|---|---|---|---|
| Fasting Diagnostic Profile II (base line) DPI | 5-23-06 | 0 fasting | 5-14-07 | | |
| Hgb A1c q 3-6 mos | 5-23-06 | 7.6 H | 12-12-06, 2-15-07 11.3 | | |
| BMP (per MD/NP) | | | | | |
| UA Dipstick | — | | 12-12-06 | | |
| Microalb (annually) | 9-22-06 | 22.2 H | 9-27-06 | | |
| EKG (base line) | 5-25-06 | Sinus Rhythm | 5-25-06 | | |
| Disease Control | Good/Fair/Poor Improved/ Worsened | | Good/Fair/Poor Improved/ Worsened | Good/Fair/Poor Improved/ Worsened | |

**PLAN**

| | | |
|---|---|---|
| Flu vac (annually) | yes 2006-2007 | |
| Pneumovax | | ordered |
| Patient Edu/Training | DM Mtg | DM Mtg |
| Completed Master Problem Sheet | yes | yes |
| Next F/U | 3 months | 3 months |
| Signature | NCJ Nelson | W Nelson Npuerwp |

| SHORT TERM GOALS | LONG TERM GOALS |
|---|---|
| 1 Diet & Exercise / weight control | 1 Hba1c ≤ 7.0 |
| 2 medication compliance | 2 BP goal ≤ 120/80 |

Comments: T 98 R 20 O₂ Sat 97 90 (BS 370)
5-23-06 CT/TRI/LDL 217/156/144
Allergies: NKA    PHS Fact sheet Diabetes green

X Charles Hicks 246241

Stressed importance of Diet & Exercise Mtg to control BS & prevent complications of DM

5-14-07 CT/TRI LDL  18/285/128
Temp 98²
Resp 20
BS 198
C/O leg pain (L)

6/04/07 States has had leg edema especially to (L) since 1982. woke up one morning after having fever/chills the night before w/ leg swelling. States his mother/grandmother/aunt all have had similar Dx. Aunt had both legs amputated. will consider arterial doppler. Had neg US of leg, and had surgical consult. No surgery recommended Dr. Weeks



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

DIABETIC CHECKLIST

Name _Hicks, Charles_    Number _246241_    Period _6-07_ to _6-08_

Medications: _ECASA 325mg, Glipizide 10mg, Meticos 40mg, HCTZ 25mg, Lisinopril 20mg_
_A+B ointment     Tylenol ES ⫶   Aldactone 50mg, Lasix 40mg, KCl 10mEq_

Compliance:          Yes  No

    If No, follow-up counseling done:  Yes  No          Date _____

Enrolled in Chronic Care:  (Yes)    No
    Monofilament Foot Exams Done:          (Yes)  No
    Foot Disorders Treated:                Yes   No
    Educational Material Given:             (Yes)  No
    Appropriate Diet Ordered:              Yes   No
    Regular Glucose Testing:               (Yes)  No
    HgbA1C done q 3 months:                (Yes)  No  Every 6 months if stable
    Seen by dental at least annually:      (Yes)  No
    Urine tested annually for microalbumin (Yes)  No
    Seen by Nurse: _6-4-07_____
    Seen by MD _____

Annual dilated retinal exam_____    By _____
    Referral if necessary _____

Immunization:
    Pneumococcus once and repeated after age 64, if more than 5 yrs.    Yes  No
    Influenza annually _11-16-06_                                       (Yes) No

Annual physical exam by MD/NP        Yes  No    Date _____
Individual treatment plan      Yes  No
    Updated                    Yes  No
Appropriate Diet Ordered:      Yes  No
    ADOC notified:             Yes  No

60514-AL



**PRISON
HEALTH
SERVICES
INCORPORATED**

## MONOFILAMENT TESTING FOR DIABETICS

| Fill in the following blanks with a "Y" or "N" to indicate findings | RIGHT | LEFT |
|---|---|---|
| Is there a foot ulcer now? | ✓ | ✓ |
| Is there a history of foot ulcer? | ✓ | ✓ |
| Is there an abnormal shape of the foot? | ✓ | ✓ |
| Is there a toe deformity? | ✓ | ✓ |
| Are the toenails thick or ingrown? | ✓ | ✓ |
| Is there callus buildup? | ✓ | ✓ |
| Is there swelling? | ✓ | ✓ |
| Is there elevated skin temperature? | ✓ | ✓ |
| Is there muscle weakness? | ✓ | ✓ |
| Can the inmate see the bottom of feet? | ✓ | ✓ |
| Is the inmate wearing improperly fitting shoes? | ✓ | ✓ |
| Does the inmate use footwear appropriate? | ✓ | ✓ |
| Pulses?                                DP/PT | ✓ | ✓ |

Note the level of sensation in the circles:  (+) → Can feel the 5.07 filament (-) → Can't feel the 5.07 filament



RIGHT                                                          LEFT

Skin Conditions on the Foot or Between the Toes:

Draw in: Callous ▤ , Pre-ulcer ▦ , Ulcer ■ (note length and width in cm)
Label with: **R** - Redness, **M** - Maceration, **D** - Dryness, **T** – Tinea

### Risk Category:

| | | |
|---|---|---|
| | 0 | No loss of protective sensation. |
| | 1 | Loss of protective sensation |
| | 2 | Loss of protective sensation with <u>either</u> high pressure (callous/deformity), or poor circulation. |
| | 3 | History of plantar ulceration, neuropathic fracture (Charcot foot) or amputation. |

Education done about _foot care_ _____    Education Received _____

| Name | AIS NO | Date | By |
|---|---|---|---|
| Hicks, Charles | 246241 | 6/4/0_ | A.Vincent |

## Instructions:

The sensory testing device used with the Diabetic Foot Screen is a nylon filament mounted on a holder that has been standardized to deliver a 10 gram force when properly applied. Research has shown that a patient who can feel the 10 gram filament in the selected sites has "protective sensation" and has a reduced risk of developing plantar ulcers.

    1. Use the 10 gram filament to test for "protective sensation".

    2. Test the sites indicated on the Diabetic Foot Screen.

    3. Apply the filament perpendicular to the skin's surface (see diagram A).

    4. The approach, skin contact and departure of the filament should be 1 1/2 seconds.

    5. Apply sufficient force to cause the filament to bend (see diagram B).

    6. Do not allow the filament to slide across the skin or make repetitive contact at the test site.

    7. Randomize the selection of test sites and time between successive tests to reduce patient guessing.

    8. Ask the patient to respond "Yes" when the filament is felt and record the response on the Diabetic Foot Screen Form.

    9. Apply the filament along the margin of and NOT on an ulcer, callous, scar or necrotic tissue.

    10. Have the patient close their eyes while the filament test is being performed.



        A                                      B

## Risk and Management Categories for the Foot

| Risk Category | Description |
|---|---|
| 0 | Diabetes, but no loss of protective sensation in feet. |
| 1 | Diabetes, loss of protective sensation in feet. |
| 2 | Diabetes, loss of protective sensation in feet with either high pressure (callout/deformity) or poor circulation. |
| 3 | Diabetes, history of plantar ulceration or neuropathic fracture. |
| Note: "loss of protective sensation" is assessed using a 5.07 monofilament at 10 locations on each foot. | |

| Category | Management Category |
|---|---|
| 0 | Education emphasizing disease control, proper shoe fit/design.<br>Follow-up yearly for foot screen.<br>Follow as needed for skin/callus/nail care or orthoses. |
| 1 | Education emphasizing disease control, proper shoe fit/design, daily self-inspection, skin/nail care, early reporting of foot injuries.<br>Proper fitting/design footwear with soft inserts/soles.<br>Routine follow-up 3 – 6 months for foot/shoe examination &nail care. |
| 2 | Education emphasizing disease control, proper shoe fit/design, self-inspection, skin/nail/callus care, early reporting of foot injuries.<br>Depth-inlay footwear, molded/modified orthoses; modified shoes as needed<br>Routine follow-up 1 – 3 months for foot/activity/footwear evaluation and callus/nail care. |
| 3 | Education emphasizing disease control, proper fitting footwear, self-inspection, skin/nail/callus care and early reporting of foot injuries.<br>Depth-inlay footwear, molded/modified orthoses; modified/custom footwear, ankle-foot orthoses as needed.<br>Routine follow-up 1 – 12 week for foot/activity/footwear evaluation and callus/nail care. |

Diabetes Foot Clinic visit frequency may vary based on individual patient needs.

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# FINGER STICK BLOOD RECORD FORM

NAME: _Hicks, Charles_

INSTITUTION/FACILITY: _KCF_

I.D. # _246241_    D.O.B.: _11/2/61_

CELL SITE: _____

PHYSICIAN ORDER/INSTRUCTIONS: _BSVS  3A + 3p  X 30d_

| DATE | TIME | INITIALS | BLOOD SUGAR RESULTS | URINARY KETONE LEVEL (if required) | INITIALS | * | ACTIONS TAKEN/COMMENTS |
|------|------|----------|---------------------|-------------------------------------|----------|---|-------------------------|
| 3/19 | 1500 | W | 105 | | | | |
| 5/20 | 0400 | CA | 127 | | | | |
| 5/20 | 1500 | W | 101 | | | | |
| 5/21 | 0400 | CB | 128 | | | | |
| 5/21 | 1500 | W | 118 | | | | |
| 5/22 | 0330 | | 102 | | | | |
| 5/22 | 1500 | W | 133 | | | | |
| 5/23 | 0330 | aB | 103 | | | | |
| | | | 113 | | | | |
| 2/24 | 0440 | | 107 | | | | |
| 5/24 | 1500 | AD | 133 | | | | |
| 5/25 | 040 | SS | 110 | | | | |
| 5/25 | 1500 | AD | 93 | | | | |
| 5/26 | 0400 | CB | 121 | | | | |
| 5/26 | 1500 | 8 | 103 | | | | |
| 5/27 | 0400 | CD | 117 | | | | |
| 5/27 | 1500 | 8 | 134 | | | | |
| 5/28 | 0400 | CA | 118 | | | | |
| 5/28 | 040 | CD | 116 | | | | |
| 5/29 | 15.00 | MX | 92 | | | | |
| 5/29 | 0430 | W | 105 | | | | |
| 5/30 | 1000 | B | 117 | | | | |
| 5/31 | MW | | 124 | | | | |

*Check if results called to physician.

| Date | Initials | Signatures | | Date | Initials | Signatures |
|------|----------|-----------|---|------|----------|-----------|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

60415

# FINGER STICK BLOOD RECORD FORM

**PHS**

INSTITUTION / FACILITY: _____ FLYC

NAME: _Hicks, Charles_   I.D.#: _246241_   D.O.B.: _/_/_

CELL SITE: _____

PHYSICIAN ORDER/INSTRUCTIONS: _BS ✓ Bid x 30 days   10/29/06 → 11/29/06_

| DATE | TIME | BLOOD SUGAR RESULTS | URINARY KETONE LEVEL (if required) | INITIALS | * | ACTION TAKEN / COMMENTS |
|------|------|------|------|------|---|------|
| 11-8-06 | 3:00A | 154 | | | | None |
| 11-9-06 | 3:13A | 152 | | | | |
| 11/10/06 | 3:04A | 144 | | | | |
| 11/11/06 | 3:09A | 193 | 11/11/06   127 | WBH | | |
| 11-12-06 | 3:00 | 179 | | | | |
| 11/12/06 | 4:53 | 97 | | | | |
| 11-13-06 | 2:55 | 163 | | JAT | | |
| 11-14-06 | 2:57 | 187 | | | | |
| 11-15-06 | 3:08 | 154 | | GG | | |
| 11-15-06 | 3:25 | 119 | | GG | | |
| 11/16/06 | 3:31p | 59 | | | | |
| 11-16-06 | 3:00AM | 160 | | JAT | | |
| 11/17/06 | 3:20AM | 169 | | | | |
| 11-18-06 | 3:15AM | 160 | | JAT | | |
| 11-18-06 | 3:00AM | 174 | | JAT | | |
| 11-20-06 | 3:12AM | 149 | | | | |
| 11-22-06 | 3:10 | 158 | | LN | | |
| 11-23-06 | 3:08 | 181 | | LN | | |
| 11-24-06 | 3:04 | 158 | | JAT | | |
| 11-25-06 | 4:28 | 161 | | BD | | |
| 11-26-06 | 3:10am | 204 | | BD | | |
| 11/27/06 | 3:09am | 181 | | AM | | |
| 11/28/06 | 3:02Am | 146 | | LN | | |

## Signature Box

| Date | Initials | Signatures |
|------|----------|------------|
| 11/12/06 | LN | L Lewis COI |
| 11/13/06 | JAT | J. Thompson COI |
| 11-15-06 | GG | Gwendolyn Green COI |
| 11-16-06 | GG | Gwendolyn Green COI |
| 11-17-06 | JAT | Jim A Thompson COI |

| Date | Initials | Signatures |
|------|----------|------------|
| 11-18-06 | JAT | Jim Thompson COI |
| 11-19-06 | JAT | Jim A Thompson COI |
| 11-20-06 | BD | B. Daniels |
| 11-25-06 | BD | B. Daniels COI |
| 11-26-06 | BD | B. Daniels COI |
| 11/27/06 | AM | A. McDew COI |

*Check if results called to physician.

# FINGER STICK BLOOD RECORD FORM

**PHS**

INSTITUTION / FACILITY: _FLX_

NAME: _Hicks, Charles_    I.D.# _246241_    D.O.B.: _/ /_

CELL SITE: ___

PHYSICIAN ORDER/INSTRUCTIONS: _BS √s Bid X 30 days  10-29-06 > 11-28-06_

| DATE | TIME | BLOOD SUGAR RESULTS | URINARY KETONE LEVEL (if required) | INITIALS | * | ACTION TAKEN / COMMENTS |
|------|------|---------------------|-------------------------------------|----------|---|--------------------------|
| 11-29-06 | 3:13a | 153 | | KA | | |
| 11/30/06 | 3:00am | 151 | | BD | | |
| 12/1/06 | 3:00am | 138 | | AM | | |
| 12/2/06 | 3:11am | 228 | | JAT | | |
| 12/3/06 | 3:00am | 173 | | AM | | |
| 12/4/06 | 3:00am | 248 | | BD | | |
| 12/5/06 | 2:48a | 190 | | L | | |
| 12/6/06 | 300am | 160 | | AM | | |
| 12/7/06 | 3:04am | 163 | | AM | | |
| 12/8/06 | 300am | 241 | | M | | |
| 12-9-06 | 3:04am | 230 | | JAT | | |
| 12/10/06 | 3:13am | 195 | | BD | | |
| 12/11/06 | 2:54am | 204 | | AM | | |
| 12/12/06 | 3:06 | 245 | | L | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## Signature Box

| Date | Initials | Signatures | | Date | Initials | Signatures |
|------|----------|------------|---|------|----------|------------|
| 11/3/06 | BD | _Brandon Daniels_ | | | | |
| 12/4/06 | BD | _Brandon Daniels_ | | | | |
| 12/10/06 | BD | _Brandon Daniels_ | | | | |
| | | | | | | |

*Check if results called to physician.

## EYE EXAMINATION SHEET

| TO: (Service Physician) Bradford | FROM: (Requesting Ward, Med. Fac. Phys.) FLYC | Date of Request: 1/31/07 |
| --- | --- | --- |

Reason For Request: (Complaints and Finding)

NVDDm × 5 yrs

Past History

Old Rx

| Signature | Type of Consult  ☐ Emergency  ☐ Routine |
| --- | --- |

**CONSULTATION REPORT** ④ OIL

Subjective:  OD − 20/40 ⎯ 
OS − 20/50 ⎯ S

OPHTH:

320 40/8.80Ω
WM

New Rx:  OD
OS           Seg. Ht.

Ext:
Date Dispensed & Initials:

Seg. Type:

− 200 − 150 x 030 /
− 200 − 150 170 / +175
add
69/66

IDP & Time:

Frame:
Size:
Color:

SH 20
54|18| 155

MD 1 31 07
OPTOMETRIST'S SIGNATURE

| Patients Last Name Hicks, Charles | First | Middle | Age 45 | R/S B/m | I D No. 246241 |
| --- | --- | --- | --- | --- | --- |

F-65 Rev. (1-95)



# INSTITUTIONAL EYE CARE

**P.O. Box 390**
**Lewisburg, PA 17837**

(570) 523-3493
FAX (570) 524-2817

| PATIENT | | | | DATE | |
|---|---|---|---|---|---|
| HICKS, CHARLES | | | | | 2/20/2007 |
| **NUMBER** | | | | **INSTITUTION** | |
| 246241 | | STAT | | THOMAS F. STATON | |

| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|
| **OD** | -2.00 | -1.50 | 30 | 0 | |
| **OS** | -2.00 | -1.50 | 140 | 0 | |
| | **ADD** | **HEIGHT** | **DIST PD** | **NEAR PD** | |
| **OD** | 1.75 | 20 | 69 | 66 | |
| **OS** | 0.00 | 0 | 0 | 0 | |

| LENS COLOR/COATINGS | Clear |
|---|---|

| FRAME | STYLE | FRAME COLOR |
|---|---|---|
| NICK | | GREY |

| EYE SIZ | DROP BALL | FINAL INSPECTION |
|---|---|---|
| 54 | | |

| | |
|---|---|
| **LENSES:** | $9.86 |
| **FRAME:** | $3.49 |
| **OVERSIZE:** | $0.00 |
| **TINT/PGX:** | |
| **POLYCARB:** | $0.00 |
| **DIOPTERS:** | $0.00 |
| **PRISM:** | $0.00 |
| **CASE:** | |
| **OTHER:** | |
| | |
| **S/H:** | $1.85 |
| **TOTAL DUE ($):** | $15.20 |

VISION SAFETY NOTICE:
- Your lenses meet or exceed American National Standard Z80.1 and FDA requirement 21CFR Sec 801.410 for impact resistance but are not unbreakable or shatterproof. Of all the materials that lenses can be made from polycarbonate is the most impact resistant.

- If struck with sufficient force, the lenses can break into sharp pieces that can cause serious injury to the eye, or blindness. Even if the lenses do not break, the force of impact may cause the lenses or spectacle frame to contact the eye or surrounding area causing injury.

- The continued impact resistance of your lenses depends on how well you protect them from physical shocks and abuse. For your own protection, scratched or pitted lenses should be replaced immediately.

-If your occupational or recreational activities expose you to the risk of flying objects or physical impacts, your eye safety requires special safety spectacles with safety lenses, side shields, goggles and/or a full face shield.



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _____

    (Print Name)                                  (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(    )   Splint

( ✓ )   Eyeglasses

(    )   Dentures

(    )   Prothesis     describe _____

(    )   Wheelchair

(    )   Cane

(    )   Crutches

(    )   Other         describe _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_Charles Hicks_                     _2/2/07_
(Inmate)                                 (Date)

_J. Parker, LPN_                  _3/2/07_
(Witness)                                 (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Hicks, Charles | 246241 | | | FMC |

PHS-MD-70005                   (White – Medical File, Yellow – Security Property Officer)

## UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print

Please send this form with the Authorization Letter to the service provider at the time of the Appointment

**PHS**

### DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number: <br> Staton 843 | Patient Name: (Last, First,) <br> Hicks, Charles | Date: (mm/dd/yy) <br> 10.03.06 |
| Site Phone #: <br> (334) 567-1548 | Alias: (Last, First,) | Date of Birth: (mm/dd/yy) <br> 11.02.61 |
| Site Fax #: <br> (334) 567-1538 | Inmate #: <br> 246241 | PHS Custody Date: (mm/dd/yy) <br> 4.13.06 |
| Will there be a charge? ☒ Yes ☐ No   Sex ☒ Male ☐ Female | SS Number <br> 420.90.0383 | Potential Release Date: (mm/dd/yy) <br> 11.20.28 |
| Responsible party: ☒ PHS   ☐ Auto Ins. | ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) <br> ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services): | |

### CLINICAL DATA

| | |
|---|---|
| Requesting Provider: ☐ Physician ☒ NP, PA ☐ Dental <br> Megan Mahood, CRNP <br><br> Facility Medical Director Signature and Date: <br> Paul Corbier 10/3/06 <br> ☐ Service meets criteria for "approval via protocol" <br><br> **Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.** <br> ☒ Office visit (OV)   ☒ X-ray (XR)   ☐ Scheduled Admission (SA) <br> ☐ Outpatient Surgery (OS)   ☐ Dialysis (DA) <br> ☐ Routine       ☐ Urgent <br><br> Estimated Date of Service (mm/dd/yy)   /   / <br> (This starts the approval window for the "open authorization period") <br><br> Multiple Visits/Treatments:   ☐ Radiation therapy <br>                          ☐ Chemotherapy <br> Number of Visits/Treatments:   ☐ Other: <br><br> Specialist referred to:   IMI <br><br> Type of Consultation, Treatment, Procedure or Surgery: <br> Ⓑ Venous doppler of lower extremity <br><br> Diagnosis: Peripheral Vascular disease <br> ICD-9 code: <br> You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form. <br> ☐ Pertinent Documents have been attached and faxed. | History of illness/injury/symptoms with Date of Onset: <br> 45 yo male w/ history of Ⓑ LE pitting edema progressive since 1982 c̄ assoc. dry/scaly skin ad c/o intermittent claudication. <br> PMH: HTN, DM II <br><br> Results of a complaint directed physical examination: <br> ↓ DP/PT pulses @ +1/+2 c̄ +2-+3 <br> Ⓑ LE pitting edema prog. to Ⓑ patellar region. Dry scaly/hyperkeratotic skin Ⓑ LE c̄ thick brown toenails. ⊖ Homan's sign <br><br> Previous treatment and response (including medications): <br> ① Elevation Ⓑ LE ② HCTZ ⊕ Ⓑ LASIX 40 mg PO QAM <br><br> 10/25 Ⓓ QAM <br><br> ***For security and safety, please do not inform patient of possible follow-up appointments*** |

| |
|---|
| UM DETERMINATION:     ☐ Offsite Service Recommended and Authorized |
| ☐ Alternative Treatment Plan (explain here): |
| ☐ More Information Requested: (See Attached)      Date resubmitted: |
| ☐ Resubmitted with requested information. |
| Regional Medical Director Signature, printed name and date required:    ✓          UP a 06 |

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: <br> PP | Med Class: <br> NL | CPT code: <br> 93965 | UR Auth #: <br> 1657 36 74 |
|---|---|---|---|

E. Ellis, RN, DON

PHS

Please send this f... [must be Complete and Legible. You must Type... ...e Authorization Letter to the service provider] ...of the Appointment

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843 | Micks, Charles | 10.12.06 |

| Site Phone # | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| (334) 567-1548 | | 11.02.61 |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| (334) 567-1538 | 246 241 | 4.13.06 |

| | SS Number | Potential Release Date: (mm/dd/yy) |
|---|---|---|
| | 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 | 11.20.08 |

| Will there be a charge? ☐ Yes ☐ No | Sex ☐ Male ☐ Female |
|---|---|

Responsible party: ☐ PHS ☐ Auto Ins. ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

| Requesting Provider: ☐ Physician ☐ NP, PA ☐ Dental |
|---|
| Paul Corbier |

Facility Medical Director Signature and Date:

Paul Corbier   10/12/06

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☐ Routine   ☐ Urgent

Estimated Date of Service (mm/dd/yy) ___/___/___
(This starts the approval window for the "open approval period")

Multiple Visits/Treatments:
☐ Radiation therapy
☐ Chemotherapy
Number of Visits/Treatments: _____   ☐ Other:_____

Specialist referred to:

Type of Consultation, Treatment, Procedure or Surgery:

Request for Diabetic Shoes

Diagnosis: (1) DM (2) Elephatiasis (5) Venous insufficiency
ICD-9 code:

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**

44 y.o D? c̄ H/O Diabetes type II in 2003. Pt. has had chronic foot problems 2° to marked swelling of lower extremities.

**Results of a complaint directed physical examination:**

Legs
- Swelling (L) leg (chronic) c̄ evidence of venous stasis
- DP pulses fairly intact
- ↓ Loss of protective sensation per monofilament testing

**Previous treatment and response (including medications):**
- Venous doppler ordered - results pending
- Lymphedema R/O
- Diuresis c̄ diuretics
- A1C - 7.6 (lastone)
- On Hypoglycemic meds

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

Date resubmitted: ___/___/___

Regional Medical Director Signature, printed name and date required:

___/___/___ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

U5a - UM Referral review form

Please send this f...     ...must be Complete and Legible. You must Type c... ...e *Authorization Letter to the service provider* ...of the Appointment     PHS

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Staton 843 | **Patient Name: (Last, First.)** Hicks, Charles | **Date: (mm/dd/yy)** 10,12,06 |
| **Site Phone #** (334) 567-1548 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** 11,02,6 |
| **Site Fax #** (334) 567-1538 | **Inmate #** 246241 | **PHS Custody Date: (mm/dd/yy)** 4,1,30 6 |
| **Will there be a charge?** ☑ Yes ☐ No **Sex** ☑ Male ☐ Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** 11,20,08 |

**Responsible party:** ☑ PHS ☐ Auto Ins. ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

**Requesting Provider:** ☐ Physician ☐ NP, PA ☐ Dental

Paul Corbier

**Facility Medical Director Signature and Date:**

R. Corbier 10/12/06

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)
☑ Routine  ☐ Urgent

Estimated Date of Service (mm/dd/yy) __/__/__
**(This starts the approval window for the "open authorization period")**

Multiple Visits/Treatments: ☐ Radiation therapy ☐ Chemotherapy
Number of Visits/Treatments:_____ ☐ Other:_____

**Specialist referred to:** Harshbarger Orthotics

**Type of Consultation, Treatment, Procedure or Surgery:**

Request for Diabetic Shoes

**Diagnosis:** ① DM ② Elephatiasis ⑤ Venous insufficiency
**ICD-9 code:**
You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**
44 y.o. ♂ ē H/O Diabetes type II in 2003. Pt. has had chronic foot problems 2nd marked swelling of lower extremities.

**Results of a complaint directed physical examination:**
Legs
- Swelling ① leg (chronic) ē evidence of venous stasis
- DP pulses fairly intact
- ∅ Loss of protective sensation per monofilament testing

**Previous treatment and response (including medications):**
- Venous doppler ordered → results pending
- Lymphedema R/O
- Diuresis ē diuretics
- A1C - 7.6 (last one)
- On Hypoglycemic meds

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

Date resubmitted: __/__/__

**Regional Medical Director Signature, printed name and date required:**
_____/_____/_____ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| **Cert Type:** | **Med Class:** | **CPT code:** | **UR Auth #:** |
|---|---|---|---|

05a - UM Referral review form

E. Ellis, RN, DON
10-13-06

FAXED UM 10/13/06

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Hicks, Charles | **Inmate Number:** | 246241HI |
| **Service Authorized:** | Office Visits: Op General Specialty Referral | **Effective Dates:** | 10/13/2006 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Staton Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 16589490 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

| |
|---|
| **The consulting physician should complete this section.**<br>**The completed form will be sealed in the attached envelope and**<br>**returned with an officer to the correctional facility.** |

| **Clinical Summary or Attached Report** |
|---|
| |
| |
| |
| |
| |
| |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| | | |
|---|---|---|
| Signature of Consulting Physician: | Date | Time |
| Reviewed and Signed By<br>Medical Director: | Date | Time |

**PHS**

Please send this fo... (must be Complete and Legible. You must Type ... the Authorization Letter to the service provider ... of the Appointment

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843 | Hicks, Charles | 10/13/06 |

| Site Phone # | Alias: (Last, First,) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| (334) 567-1548 | | 11/02/06 |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| (334) 567-1538 | 246241 | 4/13/06 |

| | SS Number | Potential Release Date: (mm/dd/yy) |
|---|---|---|
| | 420.90.0383 | 11/20/08 |

Will there be a charge? ☑Yes ☐No  Sex: ☑Male ☐Female

Responsible party: ☑PHS ☐Auto Ins. ☐Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )
☐Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

Requesting Provider: ☑Physician  ☐NP, PA  ☐Dental

_Paul Corbier, MD_

Facility Medical Director Signature and Date:

_Paul Corbier_  10/13/06

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☐Office Visit (OV)   ☑X-ray (XR)   ☐Scheduled Admission (SA)
☐Outpatient Surgery (OS)   ☐Dialysis (DA)

☑Routine                    ☐Urgent

Estimated Date of Service (mm/dd/yy)  ___ / ___ / ___

(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:        ☐Radiation therapy
                                   ☐Chemotherapy
Number of Visits/Treatments: _____  ☐Other:_____

Specialist referred to: _FMI_

Type of Consultation, Treatment, Procedure or Surgery:

_Venous doppler (L) leg_

Diagnosis: _(L) leg swelling & pain R/O DVT_
ICD-9 code:

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

History of illness/injury/sypmtoms with Date of Onset:

_Pt. has type 2 DM, HTN & Chronic swelling (L) leg c some faint pain. While symptoms started several years a he has had ↑ swelling in last few months_

Results of a complaint directed physical examination:

_(L) leg : 3 + Edema
- picture of Elephantiasis.
- Homan's sign equivical.
- Dorsalis Pedis pulse 2+._

Previous treatment and response (including medications):

_- Diuretic therapy
- Support stockings._

***For security and safety, please do not inform patient of possible follow-up appointments***

UM DETERMINATION:          ☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.    Date resubmitted:
                                             ___ / ___ / ___

Regional Medical Director Signature, printed name and date required:
                                                          ___ / ___ / ___  (mm/dd/yy)

Do not write below this line.  For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

05a - UM Referral review form

**received** 10/17/06  Faxed 10/17/06

## PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Hicks, Charles | **Inmate Number:** | 246241HI |
| **Service Authorized:** | X-Ray: Doppler Study - Standard Cost | **Effective Dates:** | 10/18/2006 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Staton Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 16609600 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

---

**Clinical Summary or Attached Report**

|  |
|---|
|  |
|  |
|  |
|  |
|  |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| Signature of Consulting Physician: | Date | Time |
|---|---|---|
| Reviewed and Signed By Medical Director: | Date | Time |

UTILIZATION MANAGEMENT REFERRAL / UM FORM

Must be Complete and Legible. You must Type or Print
Please send this form          Authorization Letter to the service provider at      of the Appointment

PHS

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** 843 ~~STATON~~ Frank Lee | **Patient Name: (Last, First,)** HICKS, Charles | **Date: (mm/dd/yy)** 11, 27, 06 |
| **Site Phone #** 334-567-1548 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** 01, 02, 61 |
| **Site Fax #** 334-567-7167 | **Inmate #** 24624 | **PHS Custody Date: (mm/dd/yy)** 4/3/06 |
| **Will there be a charge?** ☑ Yes ☐ No  **Sex** ☑ Male ☐ Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** 11, 20, 08 |

**Responsible party:** ☑ PHS  ☐ Auto Ins.     ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☑ Physician  ☐ NP, PA  ☐ Dental
Paul Corbier, MD

**Facility Medical Director Signature and Date:**
Paul Corbier / 11/27/06

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)
☐ Routine  ☑ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** _____  ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** _____  ☐ Other:___

**Specialist referred to:** Dr. Bryan White

**Type of Consultation, Treatment, Procedure or Surgery:**
Vascular eval, P/W
high risk for DVT.

**Diagnosis:** Venous insufficiency, Diabetic
**ICD-9 code:**

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**
☐ Pertinent Documents have been attached and faxed.

**History of Illness/injury/sypmtoms with Date of Onset:**
Pt. is 44 y.o. ♂ c̄ diabetic
He is very concerned about
persistent & progressive swelling
of (L) leg. Painful as well in
last few months —

**Results of a complaint directed physical examination:**
(L) Calf — 41 cm. (circumference)
(R) Calf — 34 cm
3+ Edema (L) leg.
Homan's Sign (L) ⊖
DP +1 ↓

**Previous treatment and response (including medications):**
(L) leg → Venous doppler
@ ___ ↑ support stockings

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here)

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

**Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:**
___/___/___ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| **Cert Type:** | **Med Class:** | **CPT code:** | **UR Auth #:** |
|---|---|---|---|

05a - UM Referral review form

11/30/2006 THU 12:54  FAX 3   '38 8756 BULLOCK CORRECTIONAL FA     ☒017/052

11/30/2006 12:13 FAX 3343958156          REGIONAL OFFICE          → BULLOCK          ☒037
11/29/2006 WED 15:39  FAX 334 567 1538 Staton Health Unit                        ☒005/006

## UTILIZATION MANAGEMENT REFERRAL/REPORT FORM

*Please send this form w/    Authorization Letter to the service provider at the    at the Appointment*

### DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number: | Patient Name: (Last, First) | Date (mm/dd/yy) |
| 843 STATON Frank Lee | Hicks, Charles | 11 27 0 6 |
| Site Phone #: | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
| 334-567-1548 | | 0 1 02 6 |
| Site Fax #: | Inmate #: | PHS Custody Date: (mm/dd/yy) |
| 334-567-7167 | 2-4624/ | 4 3 06 |
| Will there be a charge? | Sex: | SS Number: | Potential Release Date: (mm/dd/yy) |
| ☒ Yes ☐ No | ☒ Male ☐ Female | 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 | 11 20 88 |
| Responsible party: ☒ PHS ☐ App Inc. | ☐ North American National/HealthChoice Managed Care Alternative plans ) ☐ Other, be specific (Federal Workers, Medicaid and Veterans Administration Services) | |

### CLINICAL DATA

**Requesting Provider:** ☒ Physician  ☐ NP, PA  ☐ Dental

Paul Contier, MD

**Facility Medical Director Signature/and Date:**

History of illness/injury/symptoms with Date of Onset:

Pt. is 44 y o ♂ ē diabetes. He is very concerned about persistent & progressive swelling of (L) leg - painful as well in last few months

☐ Service need offsite to protocol

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☐ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DP)
☐ Routine  ☐ Urgent

Results of a complaint directed physical examination:

(L) calf — 41 cm. Circumference
(R) calf — 34 cm
3+ Edema (L) leg
Homan's sign (-)
(L) PP +1 (R)

**Estimated Date of Service:** (mm/dd/yy)

(This starts the approval window for the "span authorization period")

**Multiple Visits/Treatments:**  ☐ Radiation Therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** ___  ☐ Other ___

**Specialist referred to:** Dr. Bryon White

**Type of Consultation, Treatment, Procedure or Service:**
Vascular eval. 459.0
High risk for DVT.

Previous treatment and response (including medications):

(L) leg - Venous doppler
- support stockings

**Diagnosis:** Venous insufficiency, Diabetic
ICD-9 code:

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

☐ Pertinent documents have been attached and faxed

**For security and safety, please do not inform patient of possible follow-up appointments**

### UM DETERMINATION:

☐ Alternative Treatment Plan (explain here)

☐ (More) Information Requested (specify here)

☐ Resubmitted with requested information.

**Regional Medical Director Signature, printed name and date required:**

Service Recommended and Authorized

[signature] 11 30

Date/requested:

*Do not write below this line. For Case Manager and Corporate Data Entry ONLY.*

| Cert Type | Med Status | CPT code | UR track # |
|---|---|---|---|
| OS OV | | 099 01 | 16 730557 |

OSa - UM Referral review form

UTILIZATION MANAGEMENT REFERRAL REVIEW FORM    PHS

*Please send this form* — Must be Complete and Legible. You must Type of Authorization Letter to the service provider also. of the Appointment

## DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number:<br>843 - STATON | Patient Name: (Last, First.)<br>Hicks, Charles | Date: (mm/dd/yy)<br>11 27 06 |
| Site Phone #<br>334-567-1548 | Alias: (Last, First.) | Date of Birth: (mm/dd/yy)<br>6 02 61 |
| Site Fax #<br>334-567-7167 | Inmate #<br>246241 | PHS Custody Date: (mm/dd/yy)<br>4 13 06 |
| Will there be a charge? [✓] Yes [ ] No  Sex [✓] Male [ ] Female | SS Number<br>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 | Potential Release Date: (mm/dd/yy)<br>11 20 08 |

Responsible party: — [✓] PHS  [ ] Auto Ins.    [ ] Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans )
[ ] Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

Requesting Provider: [✓] Physician  [ ] NP, PA  [ ] Dental
Paul Corbier, MD

Facility Medical Director Signature and Date:
R J Corbier, 11/24/06

[ ] Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

[ ] Office Visit (OV)    [ ] X-ray (XR)    [ ] Scheduled Admission (SA)
[ ] Outpatient Surgery (OS)    [ ] Dialysis (DA)
[✓] Routine  ASAP    [ ] Urgent

Estimated Date of Service (mm/dd/yy) ___/___/___
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:    [ ] Radiation therapy
Number of Visits/Treatments: _____    [ ] Chemotherapy
[ ] Other:_____

Specialist referred to: Prosthetics South

Type of Consultation, Treatment, Procedure or Surgery:
Diabetic shoes to protect neuropathic feet & custom molded inserts

Diagnosis: Pes Planus, Diabetic neuropathy,
(ICD-9 code: Venous insufficiency

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

[ ] Pertinent Documents have been attached and faxed.

History of Illness/injury/sypmtoms with Date of Onset:
44 yo 6' ♂ c H/o Type II diabetes since 2003. Pt. is a neuropathic diabetic and has had (L) leg pain and significant (L) foot & swelling

Results of a complaint directed physical examination:
- Marked swelling of (L) Lower Ext
- Hyperpigmented skin
- Minimally responsive to light (L) foot touch

Previous treatment and response (including medications):
- Use of support stockings
- Soft shoes
- A+D ointment to hyperpigmented rash

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

[ ] Alternative Treatment Plan (explain here):    [✓] Offsite Service Recommended and Authorized
Mr Ellis to notify Prosthetics South

[ ] More Information Requested: (See Attached)
[ ] Resubmitted with requested information.    Date resubmitted: ___/___/___

Regional Medical Director Signature, printed name and date required:    ___/___/___ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

05a - UM Referral review form

11/30/2006 THU 12:54  FAX  738 8756 BULLOCK CORRECTIONAL FA                   ☑016/052

11/30/2006 12:14 FAX 3343958156              REGIONAL OFFICE            ·· BULLOCK         ☑038
11/29/2006 WED 15:39 FAX 334 567 1538 Staton Health Unit                                  ☑006/00▯

## DEMOGRAPHICS

| Site Name & Number: | Patient Name (Last, First): | Date: (mm/dd/yy) |
|---|---|---|
| **843 - STATON** | Hicks, Charles | 11-27-06 |
| Site Phone #: | AKA? (Last, First): | Date of Birth: (mm/dd/yy) |
| 334-567-1548 | | 10-02-61 |
| Site Fax #: | Inmate #: | PHS Custody Date: (mm/dd/yy) |
| 334-567-7467 | 246241 | 11-7-06 |
| Will there be a charge? Sex | SS Number: | Potential Release Date: (mm/dd/yy) |
| ☐ Yes ☑ No  ☑ Male ☐ Female | 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 | 11-20-08 |

Responsible party: —  ☑ PHS   ☐ ...
☐ Health ...
☐ ...

## CLINICAL DATA

**Requesting Provider:**  ☑ Physician   ☐ NP, PA   ☐ Dental

**Facility Medical Director Signature and Date:**
Paul Corbier, MD
R.. Corbier, 11/24/06

☐ Service does not ...

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☐ Office Visit (OV)        ☐ X-ray (XR)      ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)
☐ Elective ASAP            ☐ Urgent

**Estimated Date of Service** (mm/dd/yy):
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:       ☐ Radiation therapy
Number of Visits/Treatments:      ☐ Chemotherapy  ☐ Other:

**Specialist referred to:** Prosthetics Smith

**Type of Consultation, Treatment, Procedure or Surgery:**
Diabetic Shoes to protect
neuropathic feet, & custom molded inserts
**Diagnosis:** R/O PVD?, Diabetic neuropathy
**ICD-9 code:** venous insufficiency

You must include copies of pertinent reports such as lab results,
x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):

☐ Partial Information Requested: (See Attached)

☐ Reevaluated with requested information.

**Regional Medical Director Signature:**
printed name and date required:

**History of illness/injury/symptoms with Date of Onset:**
44 yo ♂ c̄ H/o Type II
diabetes since 2003.
Pt. is a neuropathic diabetic
and has had ℗ leg pain
and significant ℗ foot ...

**Results of a complaint directed physical examination:**
- Marked swelling
  of ℗ lower Ext
- Hyperpigmented skin
- Minimally responsive to light
  ℗ foot        touch

**Previous treatment and response (including medication):**
Use of support stocking
- soft shoes
- Able to ... to hyperpigmented ...

***For security and safety, please do not inform patient of
possible follow-up appointments***

☑ Care is Recommended and Authorized
R.. Corbier 11/2006
Date Notification:

---

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type  SP | Ind Class  ON | City  97703 | UR AUTH #  16736-02 |

Obs - UM Referral review form

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Hicks, Charles | **Inmate Number:** | 246241HI |
| **Service Authorized:** | Office Visits: Op General Specialty Referral | **Effective Dates:** | 11/30/2006 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Staton Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 16736502 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
Attn: Claims Department
105 West Park Drive, #200
Brentwood, TN 37024-0967

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

| Clinical Summary or Attached Report |
|---|
| |
| |
| |
| |
| |
| |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| | | |
|---|---|---|
| Signature of Consulting Physician: | Date | Time |
| Reviewed and Signed By Medical Director: | Date | Time |

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Hicks, Charles | **Inmate Number:** | 246241HI |
| **Service Authorized:** | Office Visits: General Surgery Consult | **Effective Dates:** | 11/30/2006 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Staton Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 16736557 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
Attn: Claims Department
105 West Park Drive, #200
Brentwood, TN 37024-0967

| |
|---|
| **The consulting physician should complete this section.** **The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.** |

| **Clinical Summary or Attached Report** |
|---|
| |
| |
| |
| |
| |
| |
| ***\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\**** |

| | Date | Time |
|---|---|---|
| Signature of Consulting Physician: | | |
| Reviewed and Signed By Medical Director: | | |
| | Date | Time |

11/30/2006

PHS

*Please send this fo* ... st be Complete and Legible. You must Type c ... e Appointment
*uthorization Letter to the service provider :*

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843  Fuc | Hicks, Charles | 12, 19, 06 |

| Site Phone # | Alias: (Last, First,) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| (334) 567-1548 | 246241  Fuc | 11, 02, 61 |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| (334) 567-1538 | | 04, 13, 06 |

| | SS Number | Potential Release Date: (mm/dd/yy) |
|---|---|---|
| | 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 | 11, , 07 |

Will there be a charge? ☑ Yes ☐ No    Sex ☑ Male ☐ Female

Responsible party: ☑ PHS ☐ Auto Ins.
☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

**Requesting Provider:** ☑ Physician  ☐ NP, PA  ☐ Dental

W. Williams

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☐ Routine  ☐ Urgent

Estimated Date of Service (mm/dd/yy) ___/___/___
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:
Number of Visits/Treatments: _____
☐ Radiation therapy
☐ Chemotherapy
☐ Other:_____

**Specialist referred to:** IMI

**Type of Consultation, Treatment, Procedure or Surgery:**
Doppler USN w/ Saphenous Vein Reflux eval.

**Diagnosis:**
**ICD-9 code:**
You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmhtoms with Date of Onset:**
44yo BM w/ venous insufficiency (L) leg Hx ↑ pain swelling HTN, Diabetes

**Results of a complaint directed physical examination:**
(L) calf 41cm
(R) calf 34 cm
3+ pitting edema
Pulse LE (L). Needs Doppler
R/O DVT ē And Saphenous

**Previous treatment and response (including medications):**
Vein Reflux study to further eval.
Seen Bep Dr White 12/19/06 Request Above study nl Flu.

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:**    ☐ Offsite Service Recommended and Authorized
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.
Date resubmitted: ___/___/___

Regional Medical Director Signature, printed name and date required:

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

05a - UM Referral review form

FAXED 12/20/06

E. Ellis, RN 12/20/06

12/20/2006 WED 16:01 FAX 33 ~7 1538 Staton Health Unit     008/009

Please send this for ...    ... must be Complete and Legible. You must Type ... ... Appointment    PHS
... ... authorization Letter to the service provider ...

## DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number: Staton 843  FYC | Patient Name: (Last, First) Hicks, Charles | Date: (mm/dd/yy) 12,19,06 |
| Site Phone # (334) 567-1543 | Alias: (Last, First) 246241  FYC | Date of Birth: (mm/dd/yy) 11,02,61 |
| Site Fax # (334) 567-1538 | Inmate #: | PHS Custody Date: (mm/dd/yy) 04,13,06 |
| Will there be a charge? ☑Yes ☐No    Sex ☑Male ☐Female | SS Number 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 | Potential Release Date: (mm/dd/yy) 11, ,07 |

Responsible party: ☑PHS  ☐Auto Ins.    ☐Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans)
☐Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services)

## CLINICAL DATA

Requesting Provider:  ☑Physician  ☐NP, PA  ☐Dental

W. Williams

Facility Medical Director Signature and Date:

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☐Office Visit (OV)  ☐X-ray (XR)  ☐Scheduled Admission (SA)
☐Outpatient Surgery (OS)  ☐Dialysis (DA)
☐Routine    ☐Urgent

Estimated Date of Service (mm/dd/yy) 01,02,07

(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:  ☐Radiation therapy  ☐Chemotherapy
Number of Visits/Treatments:  ☐Other

Specialist referred to: IMI

Type of Consultation, Treatment, Procedure or Surgery:
Doppler USN w/ saphenous
Vein Reflux eval.

Diagnosis:
ICD-9 code:
You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

UM DETERMINATION:
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

Regional Medical Director Signature, printed name and date required:

---

History of Illness/Injury/symptoms with Date of Onset:
44 yo BM w/ venous insufficiency
① leg Hx ↑ pain swelling
HTN, Diabetes

Results of a complaint directed physical examination:
① calf 41 cm
② calf 34 cm
3+ pitting edema
Pulse ←② needs Doppler
R/o DVT & saphenous

Previous treatment and response (including medications):
Vein Reflux study to further
eval.
Been Been in white 12/11/06 regular
Above study w/ Flu.

***For security and safety, please do not inform patient of possible follow-up appointments***

☑Offsite Service Recommended and Authorized

Date resubmitted:

[signature] 122106

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: XR | CPT code: 93965 | UR Auth #: 16803344 |

FAXED

E. Ellis, RN 12/20/06

01/04/2007 09:48 FAX 95677167          STATON                              ☑006

Please send this for ... must be Complete and Legible. You must Type c ... ... ... • Appointment    **PHS**
... ... ...thorization Letter to the service provider at ...

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843 | Hicks, Charley | 01.04.07 |

| Site Phone #: | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| (334) 567-1548 | | 11.02.16 |

| Site Fax #: | Inmate #: | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| (334) 567-1538 | 24624 / FMC | 04.13.06 |

| Will there be a charge? | Sex | SS Number: | Potential Release Date: (mm/dd/yy) |
|---|---|---|---|
| ☐ Yes  ☐ No | ☐ Male ☐ Female | 420.90.0383 | 05.23.15 |

RECEIVED JAN 04 2007

Responsible party:  ☐ PHS  ☐ Auto Ins.   ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans)
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:**  ☐ Physician  ☐ NP, PA  ☐ Dental

Paul Corbier, MD

**Facility Medical Director Signature and Date:**  P. Corbier  1/4/07

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

| ☐ Office Visit (OV) | ☐ X-ray (XR) | ☐ Scheduled Admission (SA) |
|---|---|---|
| ☐ Outpatient Surgery (OS) | ☐ Dialysis (DA) | |

☐ Routine    ☐ Urgent

**Estimated Date of Service (mm/dd/yy):** ___/___/___

(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**   ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** ___   ☐ Other:

**Specialist referred to:** Dr. Bryan Whyte

**Type of Consultation, Treatment, Procedure or Surgery:**
Vascular consult

**Diagnosis:** Venous insufficiency, chronic leg pain
**ICD-9 code:** ___

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☑ Pertinent Documents have been attached and faxed

**History of Illness/Injury/symptoms with Date of Onset:**
44 yo ♂ c̄ chronic ℗ leg swelling, pain. Pt. is also a type II DM, H/O HTN.

**Results of a complaint directed physical examination:**
℗ Calf 42 cm
℗ Calf 34 cm
℗ leg 2-3+ pitting edema ∅ calf tenderness

**Previous treatment and response (including medications):**
Pt. saw Dr. Whyte on 12/18/0__ He requested F/U visit after 1st R/O DVT & saphenous vein reflux. Arterial dz also needs to be r/o

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

**Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:**   1.4.07 ro

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.    1683/279

| Cert Type: | Med Class: | CPT code: |
|---|---|---|

Please send this fo ... must be Complete and Legible. You must Type o ... e Appointment    **PHS**
... authorization Letter to the service provider a

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843 | Hicks, Charles | 01, 04, 07 |

| Site Phone # | Alias: (Last, First,) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| (334) 567-1548 | | 11, 02, 66 |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| (334) 567-1538 | 246241 / FVC | 04, 13, 06 |

| | SS Number | Potential Release Date: (mm/dd/yy) |
|---|---|---|
| | 420.90.0383 | 05, 23, 15 |

| Will there be a charge? ☐ Yes ☐ No | Sex ☐ Male ☐ Female |
|---|---|

Responsible party: ☐ PHS ☐ Auto Ins. ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

Requesting Provider: ☐ Physician ☐ NP, PA ☐ Dental

Paul Corbier, MD

Facility Medical Director Signature and Date:

~~Paul Corbier~~ 1/4/07

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☐ Routine  ☐ Urgent @ 1000

Estimated Date of Service (mm/dd/yy): 01, 23, 07

(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments: _____  ☐ Radiation therapy
Number of Visits/Treatments: _____  ☐ Chemotherapy
                                        ☐ Other:

Specialist referred to: Dr. Bryan Whyte

Type of Consultation, Treatment, Procedure or Surgery:

Vascular consult  F/U

Diagnosis: Venous insufficiency, Chronic leg pain
ICD-9 code:

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**

44 yo ♂ c̄ chronic
(R) leg swelling, pain.
Pt. is also a type II DM,
H/O HTN.

**Results of a complaint directed physical examination:**

(R) Calf  42 cm
(L) Calf  34 cm
(R) leg  2-3+ Pitting Edema
c̄ calf tenderness

**Previous treatment and response (including medications):**

-Pt. saw Dr. Whyte on 12/19/06
He requested F/U visit
after 1st R/O DVT & saphenous vein
reflux.
-Arterial dz also needs to be R/O

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

Date resubmitted: ___/___/___

Regional Medical Director Signature, printed name and date required:

_____  ___/___/___ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: 16831779 |
|---|---|---|---|

05a - UM Referral review form

M. Siegel 1/4/07  **FAXED**

## PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name** | Hicks, Charles | **Inmate Number:** | 246241HI |
| **Service Authorized:** | Office Visits: General Surgery Consult | **Effective Dates:** | 1/4/2007 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facil** | Staton Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 16831779 | **Telephone Number** | (334)395-5973 Ext 14 |

### Note to Provider of Services

- **Medicare/Medicaid do not cover any health services proviced to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number.)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
Attn: Claims Department
105 West Park Drive, #200
Brentwood, TN 37024-0967

> **The consulting physician should complete this section.**
> **The completed form will be sealed in the attached envelope and**
> **returned with an officer to the correctional facility.**

### Clinical Summary or Attached Report

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| | Date | Time |
|---|---|---|
| Signature of Consulting Physician: | | |
| Reviewed and Signed By Medical Director: | Date | Time |

1/4/2007

Please send this for    ...m must be Complete and Legible. You must Type ...
...thorization Letter to the service provider at

RECEIVED JUN 05 2007

## DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number | Patient Name: (Last, First) | Date: (mm/dd/yy) |
| Staton 843 | Hicks , Charles | 06, 01, 07 |
| Site Phone # | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
| (334) 567-1548 | | 11, 02, 6 |
| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
| (334) 567-1538 | 206241 SCC | 4, 13, 06 |
| Will there be a charge? Sex | SS Number | Potential Release Date: (mm/dd/yy) |
| ☑Yes ☐No  ☑Male ☐Female | 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 | 11, 20, 08 |

Responsible party: ☑PHS  ☐Auto Ins.  ☐Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plan)  ☐Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services)

## CLINICAL DATA

Requesting Provider: ☑Physician  ☐NP, PA  ☐Dental

Paul Corbier, MD

Facility Medical Director Signature and Date:

Paul Corbier 6/1/07

☐Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☐Office Visit (OV)  ☐X-ray (XR)  ☐Scheduled Admission (SA)
☐Outpatient Surgery (OS)  ☐Dialysis (DA)
   ☐Routine                 ☐Urgent

Estimated Date of Service (mm/dd/yy) ___/___/___
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments: ☐Radiation Therapy ☐Chemotherapy
Number of Visits/Treatments: _____ ☐Other

Specialist referred to: GDS (In house)

Type of Consultation, Treatment, Procedure or Surgery:
Arterial Doppler → Both legs

Diagnosis: PVD / Intermittent Claudication
ICD9 code:

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

History of illness/injury/symptoms with Date of Onset:
Pt. is a diabetic c chronic peripheral edema of lower ext — in last few months he has had progressive calf pain & claudication. Previous work up r/o DVT. ↑ Pain & discomfort in last 2 months. So

Results of a complaint directed physical examination:
Marked swelling / pitting edema ® leg — hyperpigmented rash. Mild calf tenderness. Difficulty palpating ® DP pulse.

Previous treatment and response (including medications):
· Last Hg A1C 10.1 (↓11)
· BP 123
· Pt. compliant c meds
  Nevasc 40  og , Asa, lisinopril
  Glucophage .

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here)    ☐Onsite Service Recommended and Authorized

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested Information.    Date resubmitted: ___/___/___

Regional Medical Director Signature, printed name and date required:

6, 5, 07

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Dir | CPT codes: | UR Auth #: |
|---|---|---|---|
| OP   XR | | 93922 | 17255455 |

Date — UM Referral review form

Please send this for [_____] must be Complete and Legible. You must Type o[_____] [_____]horization Letter to the service provider a[_____] e Appointment

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Staton 843 | **Patient Name: (Last, First,)** Hicks, Charles | **Date: (mm/dd/yy)** 05, 01, 07 |
| **Site Phone #** (334) 567-1548 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** 11, 02, 06 |
| **Site Fax #** (334) 567-1538 | **Inmate #** 20624/ SCC | **PHS Custody Date: (mm/dd/yy)** 4, 13, 06 |
| **Will there be a charge?** ☑Yes ☐No   **Sex** ☑Male ☐Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** 11, 20, 08 |

**Responsible party:** ☑ PHS  ☐ Auto Ins.   ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

**Requesting Provider:** ☑Physician ☐NP, PA ☐Dental
Paul Corbier, MD

**Facility Medical Director Signature and Date:**
Paul Corbier 6/1/07

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

| | |
|---|---|
| ☐ Office Visit (OV) | ☐ X-ray (XR) |
| ☐ Outpatient Surgery (OS) | ☐ Dialysis (DA) |
| ☑ Routine | ☐ Urgent |

☐ Scheduled Admission (SA)

**Estimated Date of Service (mm/dd/yy)** ___/___/___
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy
**Number of Visits/Treatments:** ☐ Other:

**Specialist referred to:** GDS (In house)

**Type of Consultation, Treatment, Procedure or Surgery:**
Arterial doppler → Both legs

**Diagnosis:** PVD/Intermittent Claudication
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of Illness/injury/sypmtoms with Date of Onset:**
Pt. is an diabetic c chronic peripheral edema of lower ext. in last few months he has had progressive calf pain & claudication. Previous work up f/o DVT. ↑ Pain & discomfort in last 2 months so

**Results of a complaint directed physical examination:**
Marked swelling/pitting edema ® leg c hyperpigmented rash. Mild calf tenderness difficulty palpating ® DP pulse

**Previous treatment and response (including medications):**
· last Hg A1C 10.1 (↓ 11)
· LDL 123
· Pt. compliant c meds
Mevacor 40 mg, ASA, Lisinopril
Glucophage.

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:
☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized
6/7/07 BL Low up Art OS

**Date resubmitted:** ___/___/___

lauren art global diag

**Regional Medical Director Signature, printed name and date required:**

(mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| **Cert Type:** | **Med Class:** | **CPT code:** | **UR Auth #:** 17255455 |
|---|---|---|---|

USa - UM Referral review form

## PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| Patient Name | Hicks, Charles | Inmate Number: | 246241HI |
|---|---|---|---|
| Service Authorized: | X-Ray: Doppler Study - Standard Cost | Effective Dates: | 6/5/2007 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facil | Staton Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 17255455 | Telephone Number | (334)395-5973 Ext 14 |

### Note to Provider of Services

- Medicare/Medicaid do not cover any health services proviced to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number.)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
Attn: Claims Department
105 West Park Drive, #200
Brentwood, TN 37027-5010

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and**
**returned with an officer to the correctional facility.**

### Clinical Summary or Attached Report

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

| Signature of Consulting Physician: | Date | Time |
|---|---|---|
| Reviewed and Signed By Medical Director: | Date | Time |

6/5/2007

Please send this for ___ must be Complete and Legible. You must Type at ___ ___ authorization Letter to the service provider at ___ e Appointment

PHS

RECEIVED JUN 20 2007

## DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number: **Staton 843** | Patient Name: (Last, First) **Hicks, Charles** | Date: (mm/dd/yy) **06 19 07** |
| Site Phone # **(334) 567-1548** | Alias: (Last, First) | Date of Birth: (mm/dd/yy) **11 02 61** |
| Site Fax # **(334) 567-1538** | Inmate # **246 241/scc** | PHS Custody Date: (mm/dd/yy) **4 13 06** |
| Will there be a charge? ☑ Yes ☐ No | Sex ☑ Male ☐ Female   SS Number **420 90 0383** | Potential Release Date: (mm/dd/yy) **11 20 2008** |

Responsible party: ☑ PHS  ☐ Auto Ins.   ☐ Health Inc (Excludes Medicare/Medicaid Managed Care alternative plans)  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services)

## CLINICAL DATA

Requesting Provider: ☑ Physician  ☐ RN, PA  ☐ Dental

**Paul Corbier, MD**

Facility Medical Director Signature and Date:

**Phil Corbier  6/19/07**

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☑ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)
☐ Routine **ASAP**  ☐ Urgent

Estimated Date of Service (mm/dd/yy): ___/___/___
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:  ☐ Radiation therapy
☐ Chemotherapy
Number of Visits/Treatments: ___  ☐ Other:

Specialist referred to: **Dr. Ahmed**

Type of Consultation, Treatment, Procedure or Surgery:

**Nuclear Stress Test**

Diagnosis: **Severe PVD**
ICD9 Code:

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached/enclosed.

History of Illness/Injury/symptoms with Date of Onset:
Pt. has type II DM & intermittent claudication ⓑ legs
∅ CP but very Abnormal Arterial doppler & multiple other risk factors

Results of a complaint directed physical examination:
Heart - RRR - S1 S2 distinct
∅ murmur or gallop.
Ext - marked ⓑ lower ext edema
no palpable ⓑ DP pulse

Labs **LDL 137**  **HBA1C 10.1**

Previous treatment and response (including medications):
Meds
Glucophage, Glipizide
ASA, Lisinopril, HCTZ

***For security and safety, please do not inform patient of possible follow-up appointments***

UM DETERMINATION:
☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

☑ Onsite Service Recommended and Authorized

Date resubmitted: ___/___/___

Regional Medical Director Signature, printed name and date required:

_(signature)_  6/21/07

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: **ST** | Med Code: **OS** | CPT Code: **93015** | UR Auth #: **17297900** |

USR = UM Referral Review Form

## DEMOGRAPHICS

**Site Name & Number:**
Staton 843

**Site Phone #**
(334) 567-1548

**Site Fax #**
(334) 567-1538

**Will there be a charge?** Yes ☑ No ☐

**Sex:** ☑ Male ☐ Female

**Responsible party:** ☑ PHS  ☐ Auto Ins.

☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

**Patient Name: (Last, First)**
Micks, Charles

**Alias: (Last, First)**

**Inmate #**
24624/ SCC

**SS Number**
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

**Date: (mm/dd/yy)**
06, 19, 07

**Date of Birth: (mm/dd/yy)**
11, 02, 61

**PHS Custody Date: (mm/dd/yy)**
4, 13, 06

**Potential Release Date: (mm/dd/yy)**
11, 20, 2008

## CLINICAL DATA

**Requesting Provider:** ☑ Physician  ☐ NP, PA  ☐ Dental
Paul Corbier, MD

**Facility Medical Director Signature and Date:**
Paul Corbier 6/19/07

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DN)
☑ Routine  ASAP   ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**
**Number of Visits/Treatments:** ___

☐ Radiation therapy
☐ Chemotherapy
☐ Other:

**Specialist referred to:** GDS - In house

**Type of Consultation, Treatment, Procedure or Surgery:**
Bilateral Carotid doppler

**Diagnosis:** Severe PVD
**ICD-9 code:**

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**

☐ Pertinent Documents have been attached and faxed.

**History of Illness/Injury/symptoms with Date of Onset:**
Pt. has type II DM &
severe PVD per arterial
doppler. Risk factors
are - HTN, Obesity,
Dyslipidemia

**Results of a complaint directed physical examination:**
Heent - ø Carotid bruits.
Heart - RRR S1S2 distinct
~~Chest~~ - ø Palpable pulse
CDP in ① foot
labs
LDL 137   HBA1C 10.1

**Previous treatment and response (including medications):**
meds
Glucophage / Glipizide
ASA, lisinopril, HCTZ

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here:)

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

**Date resubmitted:** ___/___/___

☐ Offsite Service Recommended and Authorized

**Regional Medical Director Signature, printed name and date required:**

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

**Cert Type:**     **Med Class:**          **CPT code:**          **UR Auth #:**

053 - UM Referral review form

FAXED 6/20/07

## DEMOGRAPHICS

**Site Name & Number:**
Staton 843

**Site Phone #**
(334) 567-1548

**Site Fax #**
(334) 567-1538

**Will there be a charge?** ☑ Yes ☐ No
**Sex** ☑ Male ☐ Female

**Responsible party:** ☑ PHS ☐ Auto Ins.
☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

**Patient Name: (Last, First)**
Hicks, Charles

**Alias: (Last, First,)**

**Inmate #**
24624/SCC

**SS Number**
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

**Date: (mm/dd/yy)**
06/19/07

**Date of Birth: (mm/dd/yy)**
11/02/61

**PHS Custody Date: (mm/dd/yy)**
4/13/06

**Potential Release Date: (mm/dd/yy)**
11/20/2008

## CLINICAL DATA

**Requesting Provider:** ☑ Physician ☐ NP, PA ☐ Dental
Paul Corbier, MD

**Facility Medical Director Signature and Date:**
Paul Corbier  6/19/07

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)   ☑ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☑ Routine  ASAP      ☐ Urgent  7:30 AM

**Estimated Date of Service (mm/dd/yy)** 6/27/07
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**   ☐ Radiation therapy
**Number of Visits/Treatments:** _____   ☐ Chemotherapy
☐ Other: _____

**Specialist referred to:** IMI

**Type of Consultation, Treatment, Procedure or Surgery:**
Peripheral Angiogram of Lower Extremities

**Diagnosis:** Severe PVD
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of Illness/Injury/Symptoms with Date of Onset:**
Pt. has severe PVD
Type II diabetes - HBA1C 10.1
Arterial doppler → No flow detected in (R) LE, suspected occlusion in (R) LE

**Results of a complaint directed physical examination:**
HEENT — ∅ Carotid bruits
Heart — RPR. S1S2 distinct ∅ murmur
Ext — ∅ Palpable pulses in (R) foot (DP ∮ PT)
(R) foot viable.

**Previous treatment and response (including medications):**
Meds
Glucophage, Glipizide, ASA, Lisinopril HCTZ

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

**Date resubmitted:**
___ / ___ / ___

**Regional Medical Director Signature, printed name and date required:**

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

USA - UM Referral Review Form

FAXED  6/20/07

NAME: Hicks, Charles
PT. #: 31512
DATE: 12/19/06

**Advanced Surgical Associates**
Proven surgical results from doctors who care

This is a 45 year old male with HTN, diabetes, who presents for evaluation of (L) leg swelling and pain. No pain in (R) leg. No DVT or claudication.

PMH  ① HTN
     ② diabetes

PSH  ∅

MEDS → noted

SH  ∅

ALLERGIES:

PE

HEENT : WNL
LUNGS: CLEAR.
COR    RRR ⊕ m

ABDOMEN ⊕ BS, SOFT, NONTENDER
EXT ⊕ BROWNING INDURATION (L) LEG.
    c̄ VENOUS STASIS SES.

| | PT | AP | DP | PT |
|---|---|---|---|---|
| R | NL | — | — | — |
| L | NL | — | — | — |

IMPRESSION (L) VENOUS INSUFFICIENCY    (L) ARTERIAL INSUFFICIENCY DUE TO R/O DVT

PLAN UNDERGO LOWER EXT VENOUS AND SAPHENOUS VEIN REFLUX  (1) RETURN AFTER STUDIES  (2) STOCKINGS  . Wheye

NAME Charles Hicks

PT. # 3518

DATE 1-23-07

**Advanced Surgical Associates**
Proven surgical results from today's advance

1/23/07   PATIENT WITH PROBLEMS IN (L) LEG
SINCE 1988 WHICH HAS GOTTEN WORSE. HIS MOTHER
HAD THE SAME PROBLEM. HAD AN ULTRASOUND
EGS WHICH WAS NEGATIVE FOR A DVT

PE   STILL WITH (L) LEG SWELLING.
     NO ULCERS

DEPRESSION (1) WITH FAMILY HISTORY MUST B
CONSIDER LYMPHEDEMA c̄ ASSOCIATED VENOUS
INSUFFICENCY.

        Recommend (1) SUPPORT   HOSE

             (II) COMPRESSION THERAPY

             (III) SEE ME PRN

DISCUSSED WITH PATIENT THAT THIS IS
FOR LIFE, AND HE MUST USE HIS SOCKS.



**PRISON
HEALTH
SERVICES
INCORPORATED**

### DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _Hicks Charles_ _____    _246241_
      (Print Name)                                                              (Doc#)

acknowledge receipt of the following medical equipment or appliance:

( )   Splint

( )   Eyeglasses

( )   Dentures              describe _Thigh Length TED Hose_

( )   Prothesis

( )   Wheelchair

( )   Cane

( )   Crutches

( )   Other               describe _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.


_Charles Hicks_                          _7-5-06_
(Inmate)                                            (Date)

_Al Hall Smith_                          _7/5/0_
(Witness)                                         (Date)


| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Hicks, Charles | 246241 | 110261 | B/m | PLYC |

PHS-MD-70005              (White – Medical File, Yellow – Security Property Officer)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

**DEPARTMENT OF CORRECTIONS**

# RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _____Hicks , Charles_____    246241

(Print Name)                                                   (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(   )   Splint

(   )   Eyeglasses

(   )   Dentures

(   )   Prothesis     describe _____

(   )   Wheelchair

(X)   Cane

(   )   Crutches

(X)   Other     describe Anti embolic stocking x 1

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_Charles Hicks_____    _11/3/06_____

(Inmate)                                                   (Date)

_____    _____

(Witness)                                                 (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Hicks, Charles | 246241 | 11/12/61 | | |

PHS-MD-70005       (White – Medical File, Yellow – Security Property Officer)

**Prison Health Services**

### REFUSAL OF TREATMENT FORM

Institution: _FLUC_

Resident's Name: _Charles Hicks_    ID# _____

D.O.B. _11-2-61_

I, _Charles Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

_____ A.    Refused medication.              _____ E.    Refused X-Ray services.

_____ B.    Refused dental care.             _____ F.    Refused other diagnostic tests.

_____ C.    Refused an outside medical appointment.   _____ G.    Refused physical examination.

_____ D.    Refused laboratory services.     _____ H.    Other (Please specify)

_____

Reason For Refusal _No need to be screened_ _____

_____

_____

Potential Consequences Explained _____

_____

_____

    I acknowledge that I have been fully informed of and understand the above treatment recommendations
and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory
authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which
may result from this refusal and I shall personally assume responsibility for my welfare.

        I have read this form and certify that I understand its contents.

_J. Surndle_ _____
Witness Signature

_J. Osborne, COI_ _____          _Charles Hicks_ _____
Witness Signature                            Patient Signature

_11-8-06_ _____                    _11 55/Am_ _____
Date                                         Time

NOTE: A refusal by the resident to sign requires the signatures of at least one witness in addition to
that of the medical staff member.

PHS MD-70108                                                                7/94

# Prosthetics South

**3654 C Airport Blvd**
**Mobile, AL 36608**
**Phone: 251-343-9848**
**Fax: 251-343-3267**

---

### Facsimile Transmittal

---

**To:** Darrell

**From:** Lisa Miller, CP

**Fax:** 334-567-7167

**Date:** 11/21/06

**Attn:**

**Pages(includes cover)** 2

**Phone#** 334-567-1598 Ext. 733

Charles Hicks cost estimate

**Confidentiality notice:** The information contained in this fax is confidential, and intended only for the individual named above. Dissemination, distribution or copying of this information by unintentional recipients is strictly prohibited. If you receive this copy in error, please call (251) 343-9848 as soon as possible.

# PROSTHETICS SOUTH

3645C Airport Boulevard
Mobile, Alabama 36608
(251) 343-9848 • Fax (251) 343-3267

---

### Cost Estimate

**Patient: Hicks, Charles**
**Staton C.F.**
**Diábetes, Pes Planus, Diabetic neuropathy**

| | | |
|---|---|---|
| 2 A5500 Supply of extra depth shoe for multi-density inserts $58.17 each | | $116.34 |
| 2 A5513 Custom diabetic, multi density insert | $35.42 each | $70.84 |

|  |  |
|---|---|
| Total | $187.18 |

*Auth #*
*16736502*



**PRISON HEALTH SERVICES INCORPORATED**

### DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _Charles Hicks_                    _246241_
(Print Name)                          (Doc#)

acknowledge receipt of the following medical equipment or appliance:

( ) Splint

( ) Eyeglasses

( ) Dentures

( ) Prothesis          describe _____

( ) Wheelchair

( ) Cane

( ) Crutches

( ✓ ) Other          describe _1 Pair Extra Depth Shoes_
_and Custom Molded Foot Orthotics_

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_Charles Hicks_                    _12/13/06_
(Inmate)                            (Date)

_Brian M_                          _12/13/06_
(Witness)                           (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Hicks, Charles | DE 246241 | 11/2/61 | B/M | Staton |

PHS-MD-70005          (White – Medical File, Yellow – Security Property Officer)

# JUZO®

*Freedom in Motion™*

## Physician's Prescription for Medical Compression Garments

*This product is a medical necessity and requires a diagnosis for insurance reimbursement.*

**Patient Name** HICKS, CHARLES   **Date** 12-19-06

**Diagnosis** VENOUS DISEASE

**Extremity** ☐ Left ☐ Right ☑ Pair

### Compression:

**Support**
☐ **15-20 mmHg**
Aching/fatigued legs, mild ankle and foot edema, mild varicosities, prophylaxis during pregnancy, post sclerotherapy

☐ **20-30 mmHg** ☑
Aching/fatigued legs, mild venous insufficiency, prophylaxis during pregnancy, moderate varicosities, hereditary tendency toward varicose veins, post sclerotherapy, mild edema or lymphedema, burn scar management, hypertrophic scar treatment, prevention of venous ulcers, in conjunction with the management of open venous ulcers, DVT prevention, superficial thrombophlebitis

☐ **30-40 mmHg**
Chronic venous insufficiency, severe varicosities, post surgical, moderate and post traumatic edema, post phlebectomy, post sclerotherapy, pronounced varicosities during pregnancy, orthostatic hypotension, moderate lymphedema, prevention of venous ulcers, in conjunction with the management of open venous ulcers, burn scar management, DVT/post thrombotic syndrome

☐ **40-50 mmHg**
Severe tendencies toward edema, severe lymphedema, severe chronic venous insufficiency, in conjunction with the management of open venous ulcers

☐ **50+ mmHg**
Severe post thrombotic conditions, severe lymphedema, elephantiasis

**Contraindications:** Untreated open venous ulcers, intermittent claudication, acute thrombophlebitis, phlebothrombosis, arterial disease, uncontrolled congestive heart failure, acute dermatitis, weeping dermatosis

### Options:
☐ **Silver**
Anti-microbial protection against infection, hypoallergenic and surface-cooling for rashes and skin sensitivities, anti-odor

☐ **Stippies®**
An application aid for donning and doffing medical compression garments. Not required by prescription.

### Style:



| knee-high | thigh-high | thigh-high w/ hip attachment | pantyhose | maternity pantyhose | arm sleeve | hand gauntlet |

**Physician's Signature** - DISPENSE AS WRITTEN

*[signature]*

**Physician's Phone Number**

For additional Juzo Rx pads please call 1-888-255-1300

® Juzo and Stippies are registered trademarks of Julius Zorn, Inc.

*To find a dealer near you log on to or visit:*
*www.jucousa.com*

**Precision Medical Solutions**
119 Market Pl.
Montgomery, AL 36106
334-260-3767

RXGENERIC-2004



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, Charles Hicks _____ 246241 _____
(Print Name)                                           (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(  )  Splint

(  )  Eyeglasses

(  )  Dentures

(  )  Prothesis        describe  Ted Hose _____

(  )  Wheelchair

(  )  Cane

(  )  Crutches

(  )  Other            describe _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

Charles Hicks _____        12/20/06 _____
(Inmate)                                                    (Date)

J. Parker, LPN _____        12/20/06 _____
(Witness)                                                   (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Hicks, Charles | 246241 | 11/2/61 | B/M | FLYC |

PHS-MD-70005                    (White – Medical File, Yellow – Security Property Officer)

KILBY CORRECTIONAL FACILITY
C A N T E E N   S A L E S   R E C E I P T

HICKS, CHARLES          246241   B/M   6/02/2006   3:35PM   TRANS NR   98845
------------------------------------------------------------------------------
```
      ITEM  ISSUE                          UNIT        EXTENDED
 LI   NBR    QTY   DESCRIPTION      UI     COST          COST
```
------------------------------------------------------------------------------

```
  1   934     1    HONEY BUN        EA    $.67          $.67

              **** LAST ITEM ****                 ===========

                                 TOTAL PURCHASES    $.67
```

OLD PMOD BALANCE     .70   TOTAL PURCHASE   .67   NEW PMOD BALANCE      .0?

TOTAL APPLIED TO WEEKLY LIMIT    .00   POSTED BY: INMATE WORKERS


I CERTIFY THAT I RECEIVED ALL ITEMS AND QUANTITIES LISTED ABOVE.

_Charles Hicks_
_____          _____
SIGNATURE                         DATE         BED NBR: M  074B



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 7-12-06

**To:** Frank Lee

**From:** HCU

**Inmate Name:** Hicks, Charles     **ID#:** 246241

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other Start 2000 cal ADA diet x 365 days

**Comments:**

**Date:** 7-12-06   **MD Signature:** Dr. Pleasant / S. Taylor LPN   **Time:** 10:10 AM

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** _10-2-06_

**To:** _F4C_

**From:** _SHCU_

**Inmate Name:** _Hicks, Charles_      **ID#:** _246241_

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

_2000 CAL ADA diet x 180 days_

_May Purchase diabetic shoes off store_

**Date:** _10/2/06_  **MD Signature:** _Mahood, CRNP/J. Pauley LPN_  **Time:** _10:42 pm_

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _10/24/06_

**To:** _Flyc_

**From:** _HCU_

**Inmate Name:** _Hicks, Charles_          **ID#:** _246241_

**The following action is recommended for medical reasons:**

1.   House in _____

2.   Medical Isolation _____

3.   Work restrictions _____

4.   May have extra _____ until _____

5.   Other _____

**Comments:**

_Blood Sugar checks x 2 weeks to expire 11/4/06_

_____

_____

_____


**Date:** _10/30/06_    **MD Signature:** _wo Dr Phil McRerdy_    **Time:** _1915_

60418



PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 10-27-06

**To:** DOC

**From:** Staton HCU

**Inmate Name:** Hicks, Charles     **ID#:** 246241

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

Slide Profile → Marked
peripheral edema X 60 days

**Date:** 10-28-06  **MD Signature:** ABlunf/Dr. Corbier  **Time:** 9:00 pm

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 11/3/06

**To:** FLYC

**From:** Staton Hu

**Inmate Name:** Hicks, Charles     **ID#:** 246241

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until
5. Other _____

**Comments:**                                                Start 11/3/06

Bottom Bunk profile X 180 Days    Stop 5/3/07

No Prolonged Standing                        Start 11/3/06
Front of Line
Walking Cane                  X 180 days      Stop 11/3/06
Anti Embolism Stockings

**Date:** 11/3/06   **MD Signature:** Williams   **Time:** _____

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 11/29/06

**To:** FLYC

**From:** SHCU

**Inmate Name:** Hicks, Charles          **ID#:** 246 241

The following action is recommended for medical reasons:

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**
Crutches x 90 days → Chronic (L) leg pain

**Date:** 11/29/06    **MD Signature:** Dr. Corbier B. Parker, LPN    **Time:** 9:23 pm

60418

Request for Special Needs

Name _Charles Hicks_ AIS# _246241_ Camp _F4YC_

Privileges requested:

No Prolong Standing ✓   Special Shoes ✓ Bottom Bunk ✓
Cane ✓   Egg Crate Mattress ✓
Other (list) _Light Work Profile._

Name the physical condition which requires the special arrangement:
_Swelling in my left leg._

Approximate date when first experienced this condition:
_July of 2006._

MD'S treating this condition prior to incarceration and location of the office and approximate dates of service:
_① Kilby Correctional. ② I M I in Montgomery, Al._

Test done prior to incarceration for this condition with results:
_I M I Montgomery._

Describe exactly what restriction is required by your condition:

Signature _Charles Hicks_   Date submitted to medical _4/13/07_

4/16/07

F/u ī me
on 4/18/07
@ camp

(sig)



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 6/20/07

**To:** Staton

**From:** SHCU

**Inmate Name:** Hicks Charles          **ID#:** 246241

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Place on medical hold.
Has free World Appt.
June 27, 28

**Date:** _____  **MD Signature:** _____  **Time:** _____

Y Butler

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 6/28/07

**To:** Stanton

**From:** SHU

**Inmate Name:** Hicks Charles     **ID#:** 246241

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Bottom Bunk Profile ⟶ X 180 days

No prolong Standing

**Date:** 6/28/07  **MD Signature:** Corbier /Gittany  **Time:** _____

60418



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 8/3/07

**To:** DOC

**From:** HCU

**Inmate Name:** Hicks, Charles          **ID#:** 246247

**The following action is recommended for medical reasons:**

1.  House in
2.  Medical Isolation
3.  Work restrictions
4.  May have extra _____ until
5.  Other

**Comments:**

KOP Thighhigh ted hose
on 9 am & off 9 pm
X 100 d

**Date:** 8/3/07   **MD Signature:** WO Baker NP/   **Time:** 3 pm

N Stough RN

60418



# SPECIAL NEEDS COMMUNICATION FORM

**PRISON HEALTH SERVICES INCORPORATED**

**Date:** 8-7-7

**To:** DOC

**From:** HCU

**Inmate Name:** Hicks, Charles    **ID#:** 246241

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____
5. Other _____ until _____

**Comments:**

BPVS twice wk X 1 month

**Date:** 8-7-7    **MD Signature:** _____    **Time:** 1200

60418

# EXHIBIT C

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES HICKS, (AIS #246241),           *

                                  *

      Plaintiff,

                                  *

V.                                       *        2:07-CV-668-WHA

PRISON HEALTH SERVICES, et al.          *

      Defendants.                        *

## AFFIDAVIT OF DARRYL ELLIS, DIRECTOR OF NURSING

**BEFORE ME,** *Annie Latimore*, a notary public in and for said County and State, personally appeared **DARRYL ELLIS, DIRECTOR OF NURSING,** and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

"My name is Darryl Ellis. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I have been a licensed, registered nurse in Alabama since 1995. I hold an Associates Degree in nursing from Troy State University. Since 1995, I have practiced as a registered nurse in a variety of positions and settings. In particular, I have worked at Staton Correctional Facility in Elmore, Alabama as a LPN since 1985 and as a registered nurse since 1995. Since October 2005, I have been employed as the Director of Nursing for Staton Correctional Facility by Prison Health Services, Inc., the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Prison Health Services, Inc. (PHS) has established a simple two-step procedure for identifying and addressing inmate grievances at Staton Correctional Facility. If an inmate has a grievance regarding a healthcare issue he must submit to the healthcare unit a grievance form. These are standard forms that may be acquired in the healthcare unit or from an inmate's supervising officer in his dormitory. The grievance form allows an inmate to communicate any healthcare related concern by placing the form in the in house mail system or sick call box to be forwarded to the healthcare unit. I have also been directly handed a grievance form from an inmate. I subsequently review the concern and respond via in house mail.

If the inmate is unsatisfied with my response, he may request a grievance appeal form from the healthcare unit. This form allows an inmate to again voice his concerns relating to the healthcare issue addressed with the grievance form. After the inmate has submitted the formal grievance, I will either respond again in writing, or, if warranted, I will meet with the inmate face-to-face in a final attempt to address his concerns verbally.

It is my understanding that Charles Hicks has filed suit in this matter alleging that PHS failed to provide him with appropriate medical care. However, Mr. Hicks has failed to exhaust Staton's grievance procedure relating to receipt of medical care for this alleged allegation. Specifically, as relevant to his Complaint, Mr. Hicks has failed to submit any grievance form relating to the allegations made the basis of his lawsuit. As such, the healthcare unit at Staton Correctional Facility has not been afforded the opportunity to resolve Mr. Hick's complaints prior to filing suit.

Further affiant sayeth not.

_Darryl Ellis, RN, DON_

DARRYL ELLIS
DIRECTOR OF NURSING

STATE OF ALABAMA          )
                          )
COUNTY OF _Elmore_        )

    Sworn to and subscribed before me on this the _____4_____ day of _September,_ 2007.

_Annie Latimore_

Notary Public

_____
My Commission Expires:

_12/06/2008_

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES HICKS (# 246241)                      *

     Plaintiff,                                   *

v.                                            *        2:07-CV-668-WHA

                                             *

PRISON HEALTH SERVICES, et al.                *

     Defendants.                                  *

                                             *

### AFFIDAVIT OF PAUL CORBIER, M.D.

BEFORE ME, *Annie Latimore*, a notary public in and for said County

and State, personally appeared **PAUL CORBIER, M.D.** and being duly sworn, deposed and

says on oath that the averments contained in the foregoing are true to the best of her ability,

information, knowledge and belief, as follows:

My name is Paul Corbier. I am over the age of twenty-one and am personally familiar

with all of the facts set forth in this Affidavit. I have been licensed as a physician in Alabama

since 2005, and have been board certified in internal medicine since 1998. I have served as the

Medical Director for Staton Correctional Facility in Elmore, Alabama since July 2006. I also

provide treatment to inmates at Frank Lee Youth Center in Deatsville, Alabama that are brought

to Staton Correctional Facility. Since July 2006 my employment at Staton Correctional Facility

has been with Prison Health Services, Inc. ("PHS"), the company which currently contracts with

the Alabama Department of Corrections to provide medical services to inmates.

Charles Hicks (#246241) is an inmate who is currently incarcerated at Alexander City

Community Base. He was incarcerated at Frank Lee Youth Center and treated at Staton

Correctional Facility at all times relevant to this matter. I have reviewed Mr. Hicks' Complaint in this action as well as his medical records (certified copies of which are being produced to the Court along with this Affidavit).

It is my understanding that Mr. Hicks has made a Complaint in this matter that I failed to provide him with appropriate medical treatment on July 12, 2007. Mr. Hick's allegations are untrue as he was not seen by me on July 12, 2007.

However, I have reviewed Mr. Hicks' medical records and the following is a summary of his most recent care and treatment. Mr. Hicks has a medical history of Diabetes and swelling in his left leg with venous insufficiency. His Diabetes is a hereditary condition. He has circulatory problems which are complicated by problems with his feet. His condition can be treated by controlling his Diabetes and swelling in his left leg, but there is no cure. Mr. Hicks has been treated at Staton Correctional Facility for these problems with medication, blood tests, diagnostic studies and TED hose.

Mr. Hicks was seen and evaluated by Dr. Brian White (surgeon) on December 19, 2006 for complaints of left leg swelling and pain. It is noted that he had no pain in his right leg. It is also noted that he did not have Deep Vein Thrombosis (DVT) or Claudication (limping). Deep Vein Thrombosis is the formation of a blood clot in a deep vein. His impression was venous and arterial insufficiency and he recommended that a lower extremity Venous Doppler be performed.

An ultrasound of the bilateral lower extremity venous system was performed on January 2, 2007 and it revealed that there was no evidence of deep venous thrombosis in either lower extremity venous systems.

Mr. Hicks was seen again by Dr. White on January 23, 2007 for continued problems with his left leg. It is noted that he has had problems with his left leg since 1988 and it is further

2

noted that his mother had the same problem. The results of his ultrasound were discussed and it was negative for a Deep Vein Thrombosis. His exam revealed that he still had swelling in his left leg. It was the Dr. White's impression at that time that due to his family history, they must consider Lymphedema with associated venous insufficiency. Lymphedema is swelling as a result of an obstruction of lymphatic vessels or lymph nodes and the accumulation of large amounts of lymph in the affected region. At this time, Dr. White recommended support hose and compression therapy. Dr. White advised Mr. Hicks that this condition was for life.

I saw Mr. Hicks on June 1, 2007 for left leg pain and chronic swelling. On exam he had marked edema in his left leg. My assessment at that time was 1) Chronic Venous Insufficiency; 2) Type II Diabetes; 3) Hyperlipidemia; 4) Renal Insufficiency; and 5) Obesity. I placed Mr. Hicks on a low fat/low cholesterol/low carb diet. We would monitor his renal functioning and consider an arterial doppler.

Mr. Hicks had a Bilateral Venous Doppler Ultrasound performed on June 7, 2007. At that time, findings revealed that there was no flow detected in the left lower extremity arterial tree. There was a suspected occlusion in the right popliteal artery and arterial tree of the right calf. He also had patent right common femoral and superficial femoral artery.

I saw Mr. Hicks again on June 19th and we discussed the results of his ultrasound. I advised him that the impression was that he had a total occlusion (no flow) in his left lower extremity. There was also a suspected occlusion in his right popliteal artery and in the arterial tree of his right calf. My assessment at this time was that he had severe Bilateral Peripheral Vascular Disease. Peripheral Vascular Disease refers to diseases of the blood vessels (arteries and veins) located outside the heart and brain. At this time, we would consider and Angiogram

3

versus sending Mr. Hicks to a vascular surgeon. The appropriate tests were ordered at this time
(see below) and I counseled Mr. Hicks and answered all his questions regarding his condition.

On June 28, 2007 a Persantine Stress Test was performed and it was negative for
pharmacological-induced ischemia. A Dual Isotope Nuclear Scan performed on the same date
noted a fixed defect involving the basal and mid-inferior wall particularly, which would suggest
a scar from a previous myocardial infarction. The very basal segments also show slight thinning
suggesting this may be a true finding. They did not identify any reversible defects to suggest
ischemia. There was normal wall motion of all segments except the basal inferior wall which
showed thinning. There was also an ejection fraction of 64%. There was no evidence of
Coronary Artery Disease for which treatment or intervention would be needed.

A CT Angiogram of the abdomen and pelvis was also performed on June 28, 2007. This
revealed patent arterial circulation to the lower extremities bilaterally from the aorta to the
trifurcation arteries with at least two-vessel runoff to the ankles bilaterally (posterior tibial and
peroneal arteries). There was no evidence of significant Peripheral Vascular Disease. Also,
there was no evidence blockage or poor circulation needing intervention beyond his current
treatment.

Mr. Hicks returned on July 3rd and was advised at that time that the above mentioned
tests performed on June 28th were all normal. He may still need a cardiac work-up because of his
cardiovascular risks. However, I did inform him that a more extensive work-up may not be
needed in light of the CT Angiogram. I did remind him that he does have venous insufficiency
and I emphasized a lifestyle modification.

He was seen for a follow-up visit on July 24th by our nurse practitioner. At that time he
was still insisting on further work-up for his persistent bilateral lower extremity edema. The

4

assessment at that time was 1) Severe Bilateral Peripheral Vascular Disease; 2) Chronic Venous Insufficiency; 3) Type II Diabetes; 4) Dyslipidemia (disruption in the amount of lipids in the blood); and 5) Hypertension. His medications were changed at this time and he was to continue to follow-up.

He was seen by the nurse practitioner on August 3rd for swelling in his lower extremities. He has a history of Peripheral Vascular Disease, Chronic Venous Insufficiency, Diabetes, Dyslipidemia and Hypertension. His exam at that time revealed general edema to his lower extremities. He was to continue his current medical treatment. He was prescribed and advised to wear a thigh high TED stocking and was also prescribed Lasix.

The nurse practitioner saw him again on August 7th for follow-up. He still had swelling to his bilateral lower extremity. He was reassured this problem was due to Chronic Venous insufficiency. It is noted that his blood pressure was elevated and his dyslipidemia was improved. He was advised to continue his current medicine and educated on medical compliance. He was to continue with the TED hose.

Mr. Hicks was seen again on August 4th. The assessment at that time was Peripheral Vascular Disease – severe; chronic renal insufficiency; and Hypertension. He was advised to wear his TED stockings at all times. He was also educated on Deep Vein Thrombosis and the need for stocking and elevating his legs.

I would like to emphasize that Mr. Hicks' medical condition is a chronic condition. However, Peripheral Vascular Disease can be treated with lifestyle modifications and/or changes which include controlling blood pressure; controlling diabetes; exercise; eating a low-saturated-fat, low cholesterol diet; and medication. His leg swelling and pain is mostly due to venous

5

insufficiencies for which he is receiving supportive care (Ted Hose and elevation of legs), but there is no cure.

Based on my review of Hicks' medical records, and on my personal knowledge of the treatment provided to him, it is my opinion that all of his medical conditions and complaints have been evaluated in a timely fashion at Staton Correctional Facility, and that his diagnosed conditions have been treated in a timely and appropriate fashion. At all times, he has received appropriate medical treatment for his health conditions from me and the other PHS personnel at Staton Correctional Facility. At no time has he been denied any needed medical treatment. In other words, it is my opinion that the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate.

At no time have I or any of the medical or nursing staff at Staton Correctional Facility denied Hicks any needed medical treatment, nor have we ever acted with deliberate indifference to any serious medical need of Hicks. At all times, Hicks' known medical complaints and conditions have been addressed as promptly as possible under the circumstances.

Further affiant sayith not.

_____
PAUL CORBIER, M.D.

STATE OF ALABAMA    )
                     )
COUNTY OF _Elmore_   )

Sworn to and subscribed before me on this the ___5___ day of _August_, 2007.

_____
Notary Public

My Commission Expires:

_12/06/2008_

6